IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02362-WYD

DANA ALIX ZZYYM,

      Plaintiff,

v.

JOHN F. KERRY, in his official capacity as the Secretary of State; and,
SHERMAN D. PORTELL, in his official capacity as the Director of the Colorado
Passport Agency for the United States Department of State,

      Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiff's Unopposed Motion for Order to Present Supplemental Materials to the Court (ECF No. 28) is **GRANTED**.  The Court will accept for filing the supplemental materials in connection with Plaintiff's Opposition to Defendants' Motion and Cross Motion/Opening Brief as set forth in the motion.

      Dated:  March 1, 2016