# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02362-WYD

DANA ALIX ZZYYM,

    Plaintiff,

v.

REX W. TILLERSON, in his official capacity as Secretary of State; and
SHERMAN D. PORTELL, in his official capacity as Director of the Colorado Passport Agency of the United States Department of State,

    Defendants.

## NOTICE OF FILING ADMINISTRATIVE RECORD

In this case, Plaintiff has brought challenges under the Administrative Procedure Act to actions taken by the United States Department of State. On September 1, 2017, the Court entered an order adopting the briefing schedule that was jointly proposed by the parties. ECF No. 63. That schedule requires Defendants to file the administrative record with the Court by September 11, 2017. *Id.* Pursuant to the Court's Order, Defendants have submitted the administrative record with this notice. The administrative record is broken up into seventeen parts and numbered from AR 0001 to AR 1191. Personally identifiable information and protected health information have been redacted from the administrative record.

Dated: September 11, 2017                Respectfully submitted,

                                        CHAD A. READLER
                                        Acting Assistant Attorney General
                                        Civil Division

                                        ROBERT C. TROYER
                                        Acting United States Attorney
                                        District of Colorado

1

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Ryan B. Parker*
RYAN B. PARKER
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-4336
Email: ryan.parker@usdoj.gov

Attorneys for Defendants

2