

**United States Department of State**

*Washington, D.C. 20520*

I, Jonathan M. Rolbin, Director, Office of Legal Affairs and Law Enforcement Liaison, Passport Services Directorate, Bureau of Consular Affairs, United States Department of State, certify under penalty of perjury that the enclosed documents are originals, or copies thereof, from the records of the U.S. Department of State.

The attached documents are (i) a complete record of the adjudication of the U.S. passport application of Dana Alix Zzyym ("Plaintiff"), and the reconsideration of that adjudication upon remand, pursuant to the November 22, 2016 order of the District Court in *Zzyym v. Tillerson, et al.*, D. Col. No. 1:15-cv-2362-RBJ (Doc. 55)[1]; and (ii) a complete record of the reconsideration of the policy of the Passport Services Directorate regarding designation of sex in U.S. passports and passport applications, undertaken in part in response to such remand.

Because some of the attached documents contain both personally identifiable information (PII) and protected health information (PHI) relating to Plaintiff, the court should impose appropriate safeguards against unauthorized disclosure.

Sincerely,

Jonathan M. Rolbin
Director
Office of Legal Affairs and
Law Enforcement Liaison
Passport Services Directorate

Dated: August 8, 2017

---

[1]    Redactions have been made for personal privacy information.

**Zzyym Administrative Record Index - August 2017**          **1:15-cv-02362-RBJ**

**Part 1:  U.S. Passport Application number 172460355 (Sep. 2, 2014 - Dec. 30, 2014)**

| Page | Date | Exhibit | Subject |
|------|------|---------|---------|
| 1 | 8/7/2014 | | Aug. 7, 2017 - Certificate of Administrative Record by Jonathan M. Rolbin, Director, Office of Legal Affairs and Law Enforcement Liaison, Passport Services Directorate, Bureau of Consular Affairs, U.S. Department of State |
| 2 | 8/7/2017 | | Index |
| 7 | 9/2/2014 | 1 | Sep. 2, 2014 - Applicant's signed U.S. Passport Application number 172460355 on Form DS-11 |
| 9 | | | Sep. 2, 2014 - Letter from Applicant requesting third sex marker of "X" |
| 10 | | | Nov. 1, 2013 - Amended Michigan Birth Certificate listing Applicant's sex as "UnKnown" |
| 11 | | | Jan. 12, 1995 - Order of County Court, Larimer County, Colorado for Applicant's name change |
| 12 | | | Jun. 25, 2010 - Applicant's Colorado Driver's License issued in sex of "F" for female |
| 13 | | | Applicant's Dept. of Veterans Affairs Healthcare Card expiring 05/27/2024 |
| 15 | | | Oct. 15, 2013 - Letter from Laura Ann Harper, M.D., Dept. of Veterans Affairs, Bay Pines FL |
| 16 | | | Sep. 2, 2014 - Letter from Plaintiff requesting third sex marker of "X" |
| 17 | | | Sep. 4, 2014 - Privacy Act Waiver for Sen. Michael F. Bennet constituent advocate to inquire on applicant's behalf |
| 18 | | | Sep. 4, 2014 - Privacy Act Waiver on Form DS-5505 for Dept. of State to release data to members of Congress and Staff |
| 20 | | | Sep. 5, 2014 - Letter from Organisation Intersex International USA to Eva Serenil, constituent advocate for Sen. Bennet |
| 22 | | | Applicant's business card with OII-USA |
| 23 | 9/24/2014 | 2 | Sep. 24, 2014 - Letter to Applicant from Colorado Passport Agency requesting clarification of applicant's wishes with respect to sex marker |
| 25 | 9/29/2014 | 3 | Sep. 29, 2014 - Letter from Organisation Intersex International USA to Eva Serenil, constituent advocate for Sen. Bennet |
| 26 | 12/18/2014 | 4 | Dec. 18, 2014 - Letter from Applicant requesting third sex marker of "X" |
| 28 | | | Dec. 16, 2014 - Letter from Terri Orcutt, M.D., Dept. of Veterans Affairs, Cheyenne WY |
| 29 | | | Dec. 5, 2015 - Cover letter to Applicant from Dept. of Veterans Affairs, Cheyenne WY |
| 30 | | | Dec. 4, 2014 - Progress Note from Amanda Johnson, M.D., Dept. of Veterans Affairs, Cheyenne WY |
| 33 | 12/29/2014 | 5 | Dec. 29, 2014 - Letter to Applicant from Colorado Passport Agency denying application for U.S. passport in third sex of "X" |
| 34 | 12/30/2014 | | Dec. 30, 2014 - Waybill for denial letter |

**Zzyym Administrative Record Index - August 2017**             **1:15-cv-02362-RBJ**

**Part 2: U.S. Passport Application number 172460355 (Dec. 30, 2014 - May 1, 2017)**

| Page | Date | Exhibit | Subject |
|---|---|---|---|
| | | | |
| 35 | 2/26/2015 | 6 | Feb. 26, 2015 - E-mail to Colorado Passport Agency from Applicant's counsel, Lambda Legal |
| 36 | 2/26/2015 | 7 | Feb. 26, 2015 - Letter to Colorado Passport Agency from Applicant's counsel, Lambda Legal, with enclosures |
| 39 | | | Sep. 2, 2014 (copy) - Letter from Applicant requesting third sex marker of "X" |
| 40 | | | Sep. 2, 2014 (copy) - Applicant's copy of U.S Passport Application on Form DS-11 |
| 42 | | | Nov. 1, 2013 (copy) - Amended Michigan Birth Certificate listing Applicant's sex as "UnKnown" |
| 43 | | | Oct. 23, 2013 - Progress Note from Elzbieta J. Chobot-Sochet, M.D., Dept. of Veterans Affairs, Bay Pines FL |
| 44 | | | Jan. 23, 2008 - Certified Copy of Jan. 12, 1995 Order of County Court, Larimer County, Colorado for Applicant's name change |
| 45 | | | Dec. 18, 2014 (copy) - Letter from Applicant requesting third sex marker of "X" |
| 47 | | | Dec. 4, 2014 (copy) - Progress Note from Amanda Johnson, M.D., Dept. of Veterans Affairs, Cheyenne WY |
| 48 | | | Dec. 16, 2014 (copy) - Letter from Terri Orcutt, M.D., Dept. of Veterans Affairs, Cheyenne WY |
| 49 | | | Sep. 24, 2014 (copy) - Letter to Applicant from Colorado Passport Agency requesting clarification of applicant's wishes with respect to sex marker |
| 51 | | | Dec. 29, 2014 (copy) - Letter to Applicant from Colorado Passport Agency denying application for U.S. passport in third sex of "X" |
| 52 | 4/10/2015 | 8 | Apr. 10, 2015 - Letter to Lambda Legal from Jonathan M. Rolbin, Director, Legal Affairs and Law Enforcement Liaison, Bureau of Consular Affairs, Passport Services Directorate |
| 53 | 1/25/2016 | 9 | Sep. 4, 2016 - Privacy Act Waiver on Form DS-5505 for Dept. of State to release data to Paul Castillo, Michael Ponto, and Jessica Kunevicius |
| 55 | 11/22/2016 | 10 | Nov. 22, 2016 - Order of District Judge R. Brooke Jackson Remanding for Reconsideration of Sex Designation Policy and Re-adjudication of Plaintiff's U.S. Passport Application (ECF Doc. No. 55) |
| 67 | 3/6/2017 | 11 | Mar. 6, 2017 - Letter to DOS from Lambda Legal regarding Applicant's plan to travel to Amsterdam for Fourth International Intersex Forum |
| 70 | 3/15/2017 | 12 | Mar. 15, 2017 - E-mail from Robert C. Satrom, CA/PPT/S/L/LA, to Colorado Information Analysis Center, with copy of Applicant's Colorado Driver's License issued Jun. 25, 2010, listing Applicant's sex as female. |
| 71 | | | Jun. 25, 2010 - Colorado Driver's License issued to Applicant on Jun. 25, 2010, listing Applicant's sex as female |
| 72 | 3/15/2017 | 13 | Mar. 15, 2017 - E-mail to CA/PPT/S/L/LA from Colorado Information Analysis Center forwarding Record of Applicant's valid Colorado Driver's License issued Feb. 24, 2015 |
| 74 | | | Feb. 24, 2015 - Record of Colorado Driver's License issued to Applicant on Feb. 24, 2015, listing Applicant's sex as female |
| 75 | 3/15/2017 | 14 | Mar. 15, 2017 - Letter to Lambda Legal from Jonathan M. Rolbin, Director, Office of Legal Affairs and Law Enforcement Liaison, Bureau of Consular Affairs, Passport Services Directorate |
| 77 | 3/29/2017 | 15 | Mar. 29, 2017 - Letter to DOS from Lambda Legal |
| 79 | 5/1/2017 | 16 | May 1, 2017 - Letter to Applicant from DOS denying application for U.S. passport in third sex marker of "X" |
| 81 | 5/3/2017 | | May 3, 2017 Waybill for denial letter |

**Zzyym Administrative Record Index - August 2017**          **1:15-cv-02362-RBJ**

**Part 3: Policy Reconsideration and Continuation**

| Page | Date | Exhibit | Subject |
|------|------|---------|---------|
| | | | |
| 82 | 5/1/2017 | 17 | May 1, 2017 - Memorandum from CA/PPT/S to CA/PPT Regional Directors, Directors, Assistant Directors, Adjudication Managers, Fraud Prevention Managers, and Customer Service Managers, "Sex Designation Policy for U.S. Passports" |
| | | | *Subpart A:  History of the Designation of Sex in U.S. Passports* |
| 87 | 5/1/2017 | 18 | Memo - History of the Designation of Sex in U.S. Passports |
| 91 | | 19 | May 4, 1971 - Passport Instruction 2510.9C, Appendix A, General Guideline No. 10, "Use of Names Indicating a Change of Sex" |
| 107 | | 20 | Nov. 1975, Oct. 1976 - Passport Application, Form DSP-82 |
| 109 | | 21 | Nov. 8, 1977 - "Citizenship and Passport Matters," STATE 267726 |
| 111 | | 22 | Dec. 23, 1977 - "Revision of Passport Application Form and Passport Amendment and Extension Form," STATE 305744 |
| 115 | | 23 | Oct. 1, 1992 - Passport Bulletin 92-22, "Procedures for Handling Requests for a Change of Gender in Passports" |
| 118 | | 24 | Mar. 26, 1993 - "Change of Gender in Passports," STATE 090654 |
| 120 | | 25 | May 14, 2010 - CA/OCS Action Memo for A/S Jacobs |
| 122 | | 26 | June 9, 2010 - Media Note |
| 123 | | 27 | June 10, 2010 - 7 FAM 1300 Appendix M, "Gender Change" |
| 132 | | 28 | Aug. 30, 2010 - E-mail of Mara Keisling, Executive Director, National Center for Transgender Equality, on behalf of Council for Global Equality, National Center for Lesbian Rights, National Center for Transgender Equality, and National Gay & Lesbian Task Force, with Recommendations Regarding Gender- and Intersex-Related Revisions to FAM |
| 135 | | 29 | Dec. 8, 2010 - CA/OCS Action Memo for A/S Jacobs |
| 137 | | 30 | Jan. 20, 2011 - 7 FAM 1300 Appendix M, "Gender Change" |
| 148 | | 31 | Sept. 9, 2013 - Memorandum to Brenda S. Sprague, Deputy Assistant Secretary for Passport Services, from Harper Jean Tobin, Director of Policy, National Center for Transgender Equality |
| 165 | | 32 | Sep. 27, 2013 - Letter to National Center for Transgender Equality from DAS Sprague, Passport Services |
| 166 | | 33 | Dec. 30, 2013 - CA/PPT/S Action Memo from CA/PPT/S to DAS Sprague, Passport Services, for response to National Center for Transgender Equality |
| 167 | | 34 | Dec. 30, 2013 - Letter to National Center for Transgender Equality from DAS Sprague, Passport Services |
| 169 | | 35 | Dec. 12, 2014 - 7 FAM 1300 Appendix M, "Gender Change" |
| 178 | | 36 | Mar. 31, 2016 - 7 FAM 1300 Appendix M, "Gender Change" |
| 188 | | 37 | Mar. 1, 2016 - Memoradum from CA/PPT/S to CA/PPT Regional Directors, Directors, and Assistant Directors, "Court-Ordered Gender Change Not Acceptable" |
| | | | *Additional references not included in record* |
| | | | The United States Passport:  Past, Present, Future; U.S. Passport Office, Department of State (Washington, DC:  GPO, 1976) |
| | | | The American Passport:  Its History and a Digest of Laws, Rulings, and Regulations Governing its Issuance by the Department of State; Hunt, Gaillard (Washington, DC:  GPO, 1898) |
| | | | The Passport in America:  The History of a Document; Robertson, Craig (New York:  Oxford Univ. Press, 2010) |
| | | | *Subpart B: Male/Female Designation of Sex in U.S. Birth Certificates, Driver's Licenses, and Identification Cards* |
| 189 | 5/1/2017 | 38 | Memo - Male/Female Designation of Sex in U.S. Birth Certificates, Driver's Licenses, and Identification Cards |
| 192 | | 39 | Mar. 15, 2017 - Notice of Proposed Rulemaking, State of Oregon Department of Transportation, Driver and Motor Vehicle Services Division |
| 196 | | 40 | Apr. 17, 2017 - SB-179, introduced in the California State Senate on Jan. 24, 2017, as amended in the Senate Apr. 17, 2017 |

**Zzyym Administrative Record Index – August 2017**        **1:15-cv-02362-RBJ**

**Part 3:  Policy Reconsideration and Continuation**

| Page | Date | Exhibit | Subject |
|------|------|---------|---------|
| 217 |  | 41 | Oct. 2014 - Birth Certificate Application, New York City Department of Health, Office of Vital Records, Form VR 67 |
| 219 |  | 42 | 2013 - "Modernizing State Vital Statistics Statutes and Policies to Ensure Accurate Gender Markers on Birth Certificates:  A Good Government Approach to Recognizing the Lives of Transgender People," 19 Mich. J. Gender & L. 373 |
| 318 |  | 43 | Sep. 2016 - "Resource Guide on Gender Designation on Driver's Licenses and Identification Cards," American Association of Motor Vehicle Administrators (AAMVA) |
| 361 |  | 44 | Aug. 2011 - Form SS-5, "Application for a Social Security Card," U.S. Social Security Administration (SSA) |
| 366 |  | 45 | June 2013 - "RM 10212.200 - Changing Numident Data for Reasons other than Name Change," U.S. Social Security Administration Program Operations Manual System (POMS) |
|  |  | | *Subpart C:  Use of a Third Sex Marker by Contracting States as Permitted by ICAO* |
| 372 | 5/1/2017 | 46 | Memo - Use of a Third Sex Marker by Contracting States as Permitted by ICAO |
| 374 |  | 47 | Sept. 13, 1974 - "Fourth Report of the Panel on Passport Cards," ICAO Air Transport Committee |
| 440 |  | 48 | 1980 - ICAO Doc 9303, "A Passport with Machine Readable Capability," 1st Edition |
| 464 |  | 49 | 1999 - ICAO Doc 9303, "Machine Readable Travel Documents," 4th Edition, Part 1 - Machine Readable Passports |
| 489 |  | 50 | 2015 - ICAO Doc 9303, "Machine Readable Travel Documents," 7th Edition, Part 1, "Introduction" |
| 521 |  | 51 | 2015 - ICAO Doc 9303, "Machine Readable Travel Documents," 7th Edition, Part 4, "Specifications for Machine Readable Passports (MRPs) and other TD3 Size MRTDs" |
| 554 |  | 52 | Nov. 20, 2012 - "A Review of the Requirement to Display the Holder's Gender on Travel Documents," ICAO Technical Advisory Group on Machine Readable Travel Documents, Information Paper TAG/MRTD/21-IP/4 |
| 564 |  | 53 | 2015 - "Gender and Sex Designations for Identification Purposes:  A Discussion on Inclusive Documentation for a Less Assimilationist Society," 3 Wisc. J. Law, Gender & Society 131 |
| 590 |  | 54 | June 30, 2014 - "Third Gender:  A Short History," Foreign Policy |
| 595 |  | 55 | Oct. 9, 2011 - "On Australia passports and 'X' for sex," Organisation Intersex International Australia Ltd. |
| 598 |  | 56 | Jan. 19, 2015 - "Statement on Identity Recognition," World Professional Association for Transgender Health (WPATH) |
|  |  | | *Subpart D:  Medical Concepts of "Intersex Condition" and "Non-Binary Gender"* |
| 599 |  | 57 | July 10, 2016 - "Intersex," MedlinePlus Medical Encyclopedia, U.S. National Library of Medicine, National Institutes of Health |
| 605 |  | 58 | 2016 - Fact Sheet:  Intersex, United Nations Office of the High Commissioner for Human Rights |
| 607 |  | 59 | "How Common is Intersex?," Intersex Society of North America (ISNA), www.isna.org/faq/frequency |
| 608 |  | 60 | Nov. 21, 2014 - "This is What Intersex Means," Time |
| 610 |  | 61 | Feb. 19, 2015 - "Sex Redefined," Nature |
| 614 |  | 62 | Feb. 2001 - "Standards of Care for Gender Identity Disorders," 6th Version, World Professional Association for Transgender Health (WPATH, formerly Harry Benjamin International Gender Dysphoria Association) |
| 636 |  | 63 | June 2006 - "Consensus statement on management of intersex disorders," Journal of Pediatric Urology, Vol. 2 No. 3 |
| 646 |  | 64 | 2011 - "Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People," 7th Version, World Professional Association for Transgender Health (WPATH) |
| 764 |  | 65 | Feb. 8, 2013 - "Providing Health Card for Transgender and Intersex Veterans," VHA Directive 2013-003, Department of Veterans Affairs, Veterans Health Administration |

**Zzyym Administrative Record Index - August 2017**          **1:15-cv-02362-RBJ**

**Part 3: Policy Reconsideration and Continuation**

| Page | Date | Exhibit | Subject |
|------|------|---------|---------|
| 777 | | 66 | May 13, 2016 - Expert Declaration of Deanna Adkins, M.D. in *Carnaño, et al., v. McCrory, et al.* (M.D.N.C. No. 1:16-cv-236) |
| 789 | | 67 | Sept. 13, 2016 - Expert Declaration of Deanna Adkins, M.D. in *U.S.A. v. North Carolina, et al.* (M.D.N.C. No. 1:16-cv-425) |
| 798 | | 68 | June 20, 2016 - Expert Declaration of George R. Brown, M.D., DFAPA in *U.S.A. v. North Carolina, et al.* (M.D.N.C. No. 1:16-cv-425) |
| 864 | | 69 | Sept. 14, 2016 - Expert Declaration of George R. Brown, M.D., DFAPA in *U.S.A. v. North Carolina, et al.* (M.D.N.C. No. 1:16-cv-425) |
| 875 | | 70 | Aug. 9, 2016 - Expert Declaration of Paul W. Hruz, M.D., Ph.D, in *Carnaño, et al., v. McCrory, et al.* (M.D.N.C. No. 1:16-cv-236) and *U.S.A. v. North Carolina, et al.* (M.D.N.C. No. 1:16-cv-425) |
| 903 | | 71 | 2015 - Berenbaum S.A. and Meyer-Bahlburg H.F.L. "Gender Development and Sexuality in Disorders of Sex Development," Horm. Metab. Res. 47: 361–66 |
| 909 | | 72 | July 2002 - Diamond, M. "Sex and Gender are Different: Sexual Identity and Gender Identity are Different," Clinical Child Psychology & Psychiatry 7(3): 320-334 |
| 928 | | 73 | 2004 - Diamond, M. "Sex, Gender, and Identity Over the Years: A Changing Perspective," in Child and Adolescent Psychiatric Clinics of North America, 13: 5911-607 |
| 947 | | 74 | October 2012 - Furtado P. S.; et al. "Gender dysphoria associated with disorders of sex development," Nat. Rev. Urol. 9: 620-627 (online); Nat. Rev. Urol. 9: 620-627 (November 2012) |
| 955 | | 75 | 2015 - Kraus, C. "Classifying intersex in DSM-5: Critical Reflections on Gender Dysphoria," Arch. Sex. Behav. 44: 1147–1163 |
| 972 | | 76 | 2016 - Lee, P.A., *et al.*, "Global Disorders of Sex Development Update since 2006: Perceptions, Approach and Care," Horm. Res. Paediatr. 85: 158-180 |
| 996 | | 77 | 2005 - MacGillivray, M.H. and Mazur, T. "Intersex," Advances in Pediatrics 52:295-319 |
| 1021 | | 78 | 2007 - Mazur, T., Colsman, M. and Sandberg, D. "Intersex: Definition, Examples, Gender Stability, and the Case Against Merging with Transsexualism," in Principles of Transgender Medicine and Surgery (Ettner, R. *et al.*, eds.) 235 (1st ed.), Chap. 12, 235-259 |
| 1048 | | 79 | 2004 - McLaughlin, D. T., & Donahoe, P. K. "Sex Determination and Differentiation," N. Engl. J. Med. 350: 367-378 |
| 1061 | | 80 | 2002 - Meyer-Bahlburg, H. F. L. "Gender assignment and reassignment in intersexuality: Controversies, data, and guidelines for research," Advances in Experimental Medicine and Biology, 511, 199-223 |
| 1086 | | 81 | June 2001 - Schober, J.M. "Sexual Behaviors, Sexual Orientation and Gender Identity in Adult Intersexuals: A Pilot Study," J. of Urology 165(6): 2350-2353 |
| 1090 | | 82 | 1999 - Zucker, K. J. "Intersexuality and gender identity differentiation," Ann. Rev. Sex. Res. 10(1): 1-69 |
| 1159 | | 83 | 2016 - Zucker, K. J., Lawrence, A. A., and Kreukels, B. P.C. "Gender Dysphoria in Adults," Annu. Rev. Clin. Psychol. 12: 217-247 |
| | | | *Additional references not included in record* |
| | | | 2006 - Sytsma, Sharon E., ed. *Ethics and Intersex* (Springer; Netherlands) |

00006368-1618

WC    Thur @ 2 pm

# APPLICATION FOR A U.S. PASSPORT
Please Print Legibly Using Black Ink Only

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 01-31-2017
ESTIMATED BURDEN, 85 MIN.

Attention: Read WARNING on page 1 of instructions.
Please select the document(s) for which you are applying:

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☒ Both
The U.S. passport card is not valid for international air travel. For more information see page 5 of instructions.

☐ 28 Page Book (Standard)    ☐ 52 Page Book (Non-Standard)
Note: The 52 page option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

172460355

**1. Name Last**    ZZYYm    ☐ D  ☐ O  ☐ Dep  DOTS   End. #    Exp.

**First**    DANA    **Middle**    ALIX

**2. Date of Birth** (mm/dd/yyyy)    1958    **3. Sex**    INTERSEX    **4. Place of Birth** (City & State if in the U.S., or City & Country as it is presently known.)    MICHIGAN

**5. Social Security Number**    **6. Email Address** (e.g. my_email@domain.com)    **7. Primary Contact Phone Number**

**8. Mailing Address: Line 1: Street/RFD#, P.O. Box, or URB.**

Address Line 2: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. (e.g., In Care Of - Jane Doe, Apt # 100)

**City**    FORT COLLINS    **State**    CO    **Zip Code**    80521    **Country, if outside the United States**

**9. List all other names you have used.** (Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)
BRIAN ORIN WHITNEY

---

### STOP! CONTINUE TO PAGE 2 →
DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)
☐ Driver's License    ☐ State Issued ID Card    ☐ Passport    ☐ Military    ☐ Other

Name    Dana Alix Zzyym

Issue Date (mm/dd/yyyy)    06 25 2010    Exp. Date (mm/dd/yyyy)    2015    State of Issuance    CO

ID No.    Country of Issuance

Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)
☐ Driver's License    ☐ State Issued ID Card    ☐ Passport    ☐ Military    ☐ Other

Name

Issue Date (mm/dd/yyyy)    Exp. Date (mm/dd/yyyy)    State of Issuance

ID No.    Country of Issuance

☐ Acceptance Agent    ☐ (Vice) Consul USA

☐ Passport Staff Agent

DEPARTMENT OF STATE

(Seal)    SEP 2 2014

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

Name of courier company (if applicable)    Facility ID Number    **Applicant's Legal Signature, age 16 and older**    Dana Zzyym

Facility Name/Location    Agent ID Number    Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Signature of person authorized to accept applications    Date    Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

For Issuing Office Only →    Bk 110    Card 30    EF 60    Postage    Execution 25    Other    CC

* DS 11 C 09 2013 1 *

DS-11  09-2013    Page 1 of 2

00006368-1619

**Name of Applicant** (Last, First, & Middle)

ZZYYM   DANA   ALIX

**Date of Birth** (mm/dd/yyyy)

1958

**10: Parental Information**
Mother/Father/Parent - First & Middle Name

Last Name (at Parent's Birth)

Date of Birth (mm/dd/yyyy)      Place of Birth

Sex: ☐ Male ☒   U.S. Citizen? ☐ Yes
☒ Female ☐ No

Mother/Father/Parent - First & Middle Name

Last Name (at Parent's Birth)

Date of Birth (mm/dd/yyyy)      Place of Birth

Sex: ☒ Male ☒   U.S. Citizen? ☐ Yes
☐ Female ☐ No

**11. Have you ever been married?** ☒ Yes ☐ No   If yes, complete the remaining items in #11.
Full Name of Current Spouse or Most Recent Spouse        Date of Birth (mm/dd/yyyy)      Place of Birth

U.S. Citizen? ☒ Yes ☐ No   Date of Marriage (mm/dd/yyyy) 02/06/2004   Have you ever been widowed or divorced? ☒ Yes ☐ No   Widow/Divorce Date (mm/dd/yyyy) 01/08/2008

**12. Additional Contact Phone Number**      ☐ Home ☐ Cell ☐ Work

**13. Occupation** (if age 16 or older) DISABLED   **14. Employer or School** (if applicable)

**15. Height** 5'9"   **16. Hair Color** Grey   **17. Eye Color** Blue   **18. Travel Plans** Departure Date (mm/dd/yyyy) 10/24/2014   Return Date (mm/dd/yyyy) 11/03/2014   Countries to be Visited Mexico

**19. Permanent Address** - If P.O. Box is listed under Mailing Address, or if residence is different from Mailing Address.
Street/RFD # or URB (No P.O. Box)        Apartment/Unit

City        State   Zip Code

**20. Emergency Contact** - Provide the information of a person not traveling with you to be contacted in the event of an emergency.
Name        Address, Street/RFD # or P.O. Box        Apartment/Unit

City        State   Zip Code   Phone Number   Relationship

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ☐ Yes ☒ No   If yes, complete the remaining items in #21.
Name as printed on your most recent passport book        Most recent passport book number   Most recent passport book issue date (mm/dd/yyyy)

Status of your most recent passport book. ☐ Submitting with application ☐ Stolen ☐ Lost ☐ In my possession (if expired)
Name as printed on your most recent passport card        Most recent passport card number   Most recent passport card issue date (mm/dd/yyyy)

Status of your most recent passport card. ☐ Submitting with application ☐ Stolen ☐ Lost ☐ In my possession (if expired)

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence Brian Orin Whitney
☒ Birth Certificate ☒ SR ☐ CR   City ___ Filed 3-3-58   Issued: N/C related on BC A#
☐ Nat. / Citz. Cert. USCIS   Date/Place Acquired:
☐ Report of Birth   Filed/Place:   1-12-95
☐ Passport C/R, S/R   Per PIERS   #/DOI:   Dana Alix Zzyym
☒ Other: O/o N/C # F9464068 - Larimer Cnty Ct, CO -   From: Brian Orin Whitney
☒ Attached:   To: Dana Alix Zzyym

☒ P/C of ID ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5513 ☐ Citz W/S
☒ P/C of Citz ☐ DS-10 ☐ DS-66 ☐ DS-71 ☐ IRL ☐ CIS Ver

* DS 11 C 09 2013 2 *

DS-11 09-2013        Page 2 of 2

00006368-1624

2 September 2014

To: The US Passport Office

My name is Dana Alix Zzyym. I am an Intersex person. Both my biological sex and my gender is Intersex.

The International Civil Aviation Organization, the UN organization that controls passports worldwide allows for a third sex marker on passports an "X". As an Intersex person, I'm not male or female. I want the third sex marker on my passport the "X".

Sincerely,

Dana Alix Zzyym

**STATE OF MICHIGAN**

DANA ZZYYM

00006368-1621
**IMPORTANT INFORMATION**
This certificate is a valuable and legal document. Please keep it in a safe place.

Errors or omissions should be reported to the State Vital Records Office within 30 days of issue by calling (517)335-8666

## STATE OF MICHIGAN

LF_ **64**

CF _____

**STATE OF MICHIGAN**
DEPARTMENT OF COMMUNITY HEALTH

**CERTIFICATE OF LIVE BIRTH**
Addended

121 - **1334217**
State File Number

| 1. CHILD'S NAME (First, Middle, Last, Suffix) |
|---|
| Brian   Orin   Whitney |

| 2. SEX | 3a. PLURALITY - Single, Twin, Triplet, etc. (Specify) | 3b. IF NOT SINGLE BIRTH - First, Second, Third, etc. (Specify) | 4a. DATE OF BIRTH (Month, Day, Year) | 4b. TIME OF BIRTH |
|---|---|---|---|---|
| UnKnown | Single | | ████ 1958 | Not Recorded |

| 5a. CHILD'S BIRTHPLACE(Hospital or Address if other) | 5b. COUNTY |
|---|---|
| | |

| 6a. MOTHER'S CURRENT LEGAL NAME (First, Middle, Last) | 6b. MOTHER'S FULL NAME BEFORE FIRST MARRIED (First, Middle, Last) |
|---|---|
| | |

| 7a. STATE OF BIRTH - Name Country if not USA | 7b. DATE OF BIRTH OR AGE | 7c. COUNTY OF RESIDENCE | 7d. STATE OF RESIDENCE |
|---|---|---|---|
| Michigan | | | Michigan |

| 8a. FATHER'S CURRENT LEGAL NAME (First, Middle, Last) | 8b. STATE OF BIRTH - Name Country if not USA | 8c. DATE OF BIRTH OR AGE |
|---|---|---|
| | Michigan | |

| 9a. REGISTRAR'S SIGNATURE | 9b. DATE FILED BY LOCAL REGISTRAR - (Month, Day, Year) |
|---|---|
| \S\ Fred G. Catrell | March 3, 1958 |

**New Name:** Dana Alix Zzyym, **Established By:** Larimer County, Colorado County Court, January 12, 1995.

I hereby certify that the above is a true and correct representation of the birth facts on file with the State of Michigan, issued from the Michigan Centralized Birth Certification System.

Certified by: _Glenn Copeland_

Glenn Copeland
State Registrar

Date Issued: **November 1, 2013**
AFS: 2605850

20182341

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

00008368-1626

COUNTY COURT, LARIMER COUNTY, COLORADO

CASE NO. F94C4088

**PUBLIC NOTICE**

IN THE MATTER OF THE PETITION OF:    FOR A CHANGE OF NAME TO:

BRIAN ORIN WHITNEY    DANA ALIX ZZYYM

PUBLIC NOTICE is hereby given that on the 12 day of Jan 1995,

by an order of the County Court of Larimer County, Colorado, the name of

BRIAN ORIN WHITNEY, was changed to

DANA ALIX ZZYYM, and in accordance with

such Order this Notice is given.

WILLIAM R. PERMER
Clerk of the County Court of
Larimer County, Colorado

By _____
Deputy

FOR BILLING PURPOSES:

Name BRIAN O. WHITNEY

Address ██████████

City, State, ZIP FORT COLLINS CO. 80526



00006368-1622



**Department of Veterans Affairs**

SERVICE CONNECTED

ZZYYM,DANA ALIX

00006368-1623



00006368-1625

\\\  ///\\\
 \\\ /// \\\        Department of Veterans Affairs
 \\\///   \\\       P.O. Box 5005
 \///   \\\\\\      Bay Pines, FL  33744

OCT 15, 2013

DANA ALIX ZZYYM

████████████████████

To whom it may concern:

    Dana Zzyym was born with ambigous genitalia which would classify her as intersex.

Sincerely,

LAURA ANN HARPER MD

00006368-1633

2 September 2014

To: The US Passport Office

My name is Dana Alix Zzyym. I am an Intersex person. Both my biological sex and my gender is Intersex.

The International Civil Aviation Organization, the UN organization that controls passports worldwide allows for a third sex marker on passports an "X". As an Intersex person, I'm not male or female. I want the third sex marker on my passport the "X".

Sincerely,

Dana Alix Zzyym

00006368-1630



# Office of United States Senator
# Michael F. Bennet

### RELEASE OF INFORMATION FORM

Before an inquiry can be made on your behalf and subject to the provisions of the Privacy Act of 1974 (Title 5, Sec. 552A of the U.S. Code), the Office of United States Senator Michael Bennet must first receive, in writing, your permission. Please provide the information below (please print) and **mail, email, or fax this form** and **other necessary documents** to your Constituent Advocate.

Printed Name: DANA Alix Zzyym

Signature: [signature]                                    Date: 9/4/14

*(not typed)    Your signature on this form authorizes us to obtain information on your behalf.*

Please complete the following section as we must have this information to effectively assist you:

| | | |
|---|---|---|
| Address: ■■■■■■■■■■ | City: FoRt Collins | Zip: 80521 |
| Preferred Phone: ■■■■■■■■ | Email: ■■■■■■■■ | |
| Social Security #: ■■■■■■■■ | Date of Birth: ■■■■ /58 | |

Please include the Information that pertains to your issue:

| | |
|---|---|
| **Housing** Lease #: PASSPORT | Name of Bank: |
| **IRS** Case #: | Specific years in question: |
| **Social Security** Case #: | New Enrollment? YES NO Date: |
| **Immigration** File #: | DHS/DOS office: |
| **Military** Rank: _____ Branch: _____ Years of Service: _____ Last Post/Base/Port: _____ | |
| Retirement/Separation Date: | Disabled? YES NO     Percentage? |

Have you retained an attorney? YES (NO) Name: _____ no yet#

Have you contacted another congressional office? If so, whom? NO

**Please describe problem and attach supporting documents:**

Return to Constituent Advocate:

Aaron_torres@bennet.senate.gov
FAX: 303-455-8851

1127 Sherman St. Suite 150, Denver, CO 81501
Call for Assistance: 303-837-3806

00006368-1631



U.S. Department of State

CONSULAR OFFICES OF THE UNITED STATES OF AMERICA

## AUTHORIZATION FOR THE RELEASE OF INFORMATION UNDER THE PRIVACY ACT

In accordance with the Privacy Act (PL 93-579) passed by Congress in 1974, a U.S. Consular Office cannot release any information regarding you to anyone without your written consent except as set forth in the Act. Please complete the authorization below, specifying whom a U.S. Consular Office may contact and to whom to release information with regard to your case. Please return the completed authorization to a U.S. Consular Office. Local language translations are acceptable to facilitate completion of the form in English.

The U.S. Government, by providing the Authorization for the Release of Information Under the Privacy Act Form, cannot under any circumstances compel an individual to complete and submit the form. PLEASE CAREFULLY CONSIDER TO WHOM, AND WHAT INFORMATION IS BEING DISCLOSED.

IMPORTANT: You are not obliged to grant anyone access to information regarding you but failure to provide the information requested on this form may make it more difficult, or impossible, for the Department of State or the U.S. Consular Office to assist you.

Your Full Name (Last, First, MI)

Zzyym DANA A

Born At: [REDACTED] Michigan
Place of Birth (City, State/Province, Country)

On: [REDACTED] 1958
Date of Birth (mm-dd-yyyy)

## SECTION A

I hereby authorize the U.S. Consular Office of the United States of America and the U.S. Department of State to release information regarding me to the following individuals :

| Name (Last, First) | Telephone Number | Address | Relationship |
|---|---|---|---|
| Name (Last, First) | Telephone Number | Address | Relationship |
| Name (Last, First) | Telephone Number | Address | Relationship |
| Name (Last, First) | Telephone Number | Address | Relationship |
| Name (Last, First) | Telephone Number | Address | Relationship |

DS-5505
10-2008

Page 1 of 2

00006368-1632

IN THE EVENT OTHER PERSONS REQUEST INFORMATION REGARDING MY CASE, INFORMATION CAN BE RELEASED TO THE FOLLOWING:

| YES | NO | |
|-----|-----|-----|
| ☐ | ☐ | Family (Other than Those Listed Under Section A) |
| ☐ | ☐ | Friends (Other than Those Listed Under Section A) |
| ☒ | ☐ | Individual Members of Congress and Staff |
| ☐ | ☐ | Members of the Media |
| ☐ | ☐ | The General Public |
| ☐ | ☐ | Employer |

Please review the form before signing. Information will only be released under Section A if requested and if we have your signed authorization.

Signature of the Applicant
(Please Sign in Black or Blue Ink)

City, Country   Fort Collins   Larimer

DANA A Zzyym
Print Your Name

Date (mm-dd-yyyy)   09/04/2014

## PRIVACY ACT STATEMENT

This information is needed to assist you in your present need for consular services. The primary purpose for soliciting this information is to establish your citizenship, identity, and entitlement to welfare protection services offered by the U.S. Government.

The U.S. Department of State is committed to ensuring that any personal information received is safeguarded against unauthorized disclosure. The data you provide is subject to the provisions of the Privacy Act (5 U.S.C. 552a). This means that the U.S. Department of State will not disclose the information you provide unless you have given us written authorization to do so, or unless the disclosure is otherwise permitted under the provisions of the Act or in accordance with our routine uses published in Title 22 of the Code of Federal Regulations. The information solicited on this form may be made available as a routine use to other government agencies for law enforcement and administrative purposes. For further information on routine uses, please visit http://www.state.gov/documents/organization/102787.pdf.

DS-5505
10-2008

Page 2 of 2

00006368-1627



**Organisation Intersex International USA**
United States affiliate of the world's largest organization of intersex people.
3060 Kansas Street, Oakland, CA 94602
+1 415 374-1255
info@oii-usa.org
oii-usa.org

September 5, 2014

Dear Ms. Serenil:

I am writing on behalf of Dana Zzyym, our Rocky Mountain Regional Rep, and Dana's ability to attend the 4th International Intersex Forum, October 27-31, 2014, in Mexico City. Intersex people are born with sex anatomy (chromosomes, gonads, and/or genitalia) that is not typically male or female, and the Intersex Forum (hosted by ILGA: http://ilga.org), is an international gathering of intersex human rights activists. At this year's Forum, held in conjunction with the ILGA World Conference, organizations will be voting on representatives including, for the first time, an Intersex Secretariat, who will serve as a liaison and representative on intersex issues to ILGA staff and members (http://ilga.org/ilga-xxvii-world-conference-second-mailing/). I cannot attend this year, nor can our Associate Director, and thus we would like Dana to attend and vote for OII-USA, which requires obtaining a passport.

Dana is not male or female but intersex, as reflected in their birth certificate designation of "sex unknown" (note: Dana uses "their" rather than "him" or "her"). Dana is also a veteran, and the Veteran's Administration (which acknowledges intersex people in VHA DIRECTIVE 2011-024, http://www.va.gov/vhapublications/ViewPublication.asp?pub_ID=2416), has also issued medical records confirming Dana's intersex status.

Dana is thus seeking an "X" sex designator, which is available through the ICAO, the agency that governs passports. ICAO Doc 9303 specifies in Part 1, Section IV, p. IV-16, that the category of "sex" on passports may be "female", "male", or "unspecified" (http://www.icao.int/publications/Documents/9303_p1_v1_cons_en.pdf). The ICAO's 2012 paper, "Technical Advisory Group on Machine Readable Travel Documents", which advises nations on how to comply with its regulations, elaborates in Part IV, Technical Specifications for Machine Readable Passports, Section VIII, 8.6, that Field No. 11, "Sex", is to be "specified by use of the single initial commonly used in the language of the state. If English/French or Spanish necessary use F/M/X" (http://www.icao.int/Meetings/TAG-MRTD/Documents/Tag-Mrtd-21/Tag-Mrtd21_WP10.pdf).

Australia made the X available to citizens providing documentation of being neither male nor female in 2011, as traveling with an incorrect sex designation often results in discrimination and/or harassment. U.N. Human Rights Commissioner Navi Pillay stated, "I... urge other states around the world to review their own laws, policies and practices to ensure that discrimination against transgender and intersex individuals is addressed in a systematic and effective way." (http://news.smh.com.au/breaking-news-world/un-welcomes-aust-passport-changes-20110916-1kee2.html).

All members of the ICAO, including the U.S., are able to submit applications with "Sex" listed as X, as it is one of the three available passport sex designators, but Dana's passport officials are unaware of this. We thus kindly ask that you contact them and request that they expedite Dana's passport application, with their sex listed as "X" as Dana is not male or female, in order for Dana to be accurately identified.

Thank you for your assistance, and please do not hesitate to contact me with any questions.

Respectfully,

Hida Viloria
Director, OII-USA

00006368-1628

http://oii-usa.org
hida@oii-usa.org

Zzyym v. Tillerson - AR 0021

00006368-1629

**Dana Zzyym**
Hermaphrodite/Intersex: Advocate & Activist
Public Speaker/Panelist, Personal Story,
National/International Issues
Intersex & Genderqueer Recognition Project Member
Oii-USA Member

P
E

00006368-1634



United States Department of State

*Colorado Passport Agency*
*3131 South Vaughn Way, Suite 600*
*Aurora, Colorado 80014*

September 24, 2014

Dana Alix Zzyym

Fort Collins, CO 80521

RE: 172460355

Dear Dana Zzyym:

Thank you for your recent passport application.

The Department of State currently requires the sex field on United States passports to be listed as "M" or "F." Therefore, we are unable to fulfill your request to list your sex as "X." If you wish to receive a passport listing you as female as shown on your driver's license, please return a signed statement indicating that to our office.

If you wish to receive a passport listing you as male, please refer to the second page of this letter.

If you wish to withdraw your application, please let us know.

We appreciate your assistance in this matter so that we may continue processing your passport application. If we do not receive the requested information **within ninety (90) days from the date of this letter;** or the information you submit is insufficient to establish your entitlement to a U.S. passport in accordance with the relevant provisions of Part 51, Title 22 of the Code of Federal Regulations, your application will be denied and your evidence returned to you. By law, the passport execution and application fees are non-refundable. Any special return postage will be returned or refunded.

If you have any questions regarding this letter or your passport application, contact the National Passport Information Center (NPIC), toll-free, at 1-877-487-2778 (TTY/TDD: 1-888-874-7793). For general passport information, to check the status of your passport application, or to enroll in our Smart Traveler Enrollment Program (STEP), please visit us online at travel.state.gov.

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR REPLY.**

Sincerely,

Customer Service Department

00006368-1635

In order to issue you a full validity passport book reflecting a gender different from the one on
some or all of your citizenship and/or identity evidence, please send us a signed original
statement on office letterhead from your attending medical physician. Statements from medical
physicians can be from licensed medical doctors (M.D.) and osteopathic doctors (D.O.); the
physicians may specialize in various medical fields, including, but not limited to: internal
medicine, endocrinology, gynecology, urology, surgery, psychiatry, pediatrics, and family
practice. The statement must include the following information:

a)    Physician's full name;
b)    Medical license or certificate number;
c)    Issuing state of medical license/certificate;
d)    Address and telephone number of the physician;
e)    Language stating that he/she has treated you or has reviewed and evaluated your medical
history and that he/she has a doctor/patient relationship with you;
f)    Language stating that you have had appropriate clinical treatment for transition to the
new gender (the new gender, male or female, must be stated); and
g)    The statement must clearly state the following: "I declare under penalty of perjury under
the laws of the United States that the forgoing is true and correct."

If your gender transition process is ongoing, a two-year limited validity passport book reflecting
the new gender will be issued upon submission of the letter stated above with language from
your attending physician that you are in the process of gender transition.

The two-year passport may be replaced for the remaining validity period without additional fees
(except for expedited service), if you apply within two (2) years of issuance using a DS-5504
Application for a U.S. Passport (Name Change, Data Correction and Limited Passport Book
Replacement) and provide a new statement from your attending physician attesting that you have
had appropriate clinical treatment for transition to the new gender.



**Organisation Intersex International USA**
United States affiliate of the world's largest organization of intersex people.
3060 Kansas Street, Oakland, CA 94602
+1 415 374-1255
info@oii-usa.org
oii-usa.org

September 29, 2014

Eva Serenil
Constituent Advocate
U.S. Senator Michael Bennet
1127 Sherman Street, Ste. 150
Denver, CO 80203

Dear Ms. Serenil:

Thank you for providing ongoing assistance to Dana Zzyym in her efforts to attain a passport with an "X" sex designation, as they are not male of female but intersex. I am aware that Dana's passport application was rejected by the U.S. Department of State Colorado Passport Agency, in Aurora, Colorado, for the stated reason that, "The Department of State currently requires the sex field on United States passports to be listed as "M" or "F".

As you know, Dana is seeking their passport in order to attend the International Intersex Forum in Mexico City, in order to represent and vote on behalf of OII-USA. The deadline for payment of conference fees is September 30th, but there is a 15-day extension available with a $50 late fee.

Also, I was just informed by my colleague Morgan Carpenter, President of OII Australia (our Australian affiliate), that the U.S. Consulate approved his X passport, and he can receive a visa to enter the country. While he obviously does not hold a United States passport, it is evidence that the United States recognizes the X sex designator in some capacity.

I hope that this information is useful to you in advocating to the Department of State on Dana's behalf, in order that Dana be able to pay the fees knowing their passport application has been approved.

Thank you once again, and please let me know if I can provide any further assistance.

Sincerely,

Hida Viloria
Chairperson, Organisation Intersex International
http://oiiinternational.com/
Director, OII-USA
http://oii-usa.org
hida@oii-usa.org

00006368-1641

12/18/14

Dear Passport Appeal Officer:

I was recently notified in a letter from the Colorado Passport Agency that my passport application was denied because "the Department of State currently requires the sex field on United States passports to be listed as "M" or "F". I was provided two choices, male or female, for obtaining a United States passport, but neither of these applies because I am, intersex, both biologically and in terms of my Gender (as per Supreme Court Justice Ruth Bader Ginsberg). In addition to being intersex, I am a United States Navy veteran, and served six years of active duty in Beirut.

Delivered with this appeal are two signed, sworn documents which verify that my sex is intersex, from my current doctors, both of whom work for the VA MEDICAL CENTER in Cheyenne, WY. I am thus providing the required documentation for obtaining a "passport book reflecting a gender different from the one on some or all of [my] citizenship and/or identity evidence" – as the gender listed on my Colorado state driver's license is "female"—but the gender I wish to have reflected is not male, but intersex.

As I stated in my letter delivered with the original passport application, the International Civil Aviation Organization, which controls passports worldwide, allows for an "X" gender marker in the sex field of passports, representing "indeterminate sex" or "sex unknown". Intersex Australian citizens are legally utilizing an X sex marker on their passports (upon their request), representing "Intersex/Indeterminate/Unspecified". In fact, the Department of State recently recognized the "X"/intersex individuals legally identified by an "X" gender marker, by providing a Visa for entry to an intersex Australian (Morgan Carpenter) with an "X" in the sex field of his passport. I would thus like, for international consistency and bureaucratic ease, to likewise have my intersex status represented by an "X" sex marker on my passport.

The U.N. Declaration of Human Rights states:
**Article 2.** Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. **Article 6.** Everyone has the right to recognition everywhere as a person before the law. **Article 13.** (2) Everyone has the right to leave any country, including his own, and to return to his country.

In addition, the Organization of American States (OAS) aims: 1. To... urge the states within the parameters of the legal institutions of their domestic systems to eliminate, where they exist, barriers faced by lesbians, gays, and bisexual, transsexual, and intersex (LGBTI) persons in equal access to political participation and in other areas of public life, and to avoid interferences in their private life.. 4. In addition, to encourage states, within their institutional capacities, to produce data on homophobi cand transphobic violence, with a view to fostering public policies that protect the human rights of lesbians, gays, and bisexual, transsexual, and intersex people.

00006368-1642

In the United States, the authority of the Secretary of State to issue passports was made exclusive by the Act of Congress, August 18, 1856. ... The decisions in *Crandal l v. Nevada*", *Edwards v. California3*, and *Williams v. Fears4*, although concerned with interstate travel, reflect a philosophy of basic rights readily applicable to travel abroad.... the decision gave the first legal recognition...to the
right to travel outside the United States as a civil liberty...of increasing importance to the ordinary citizen. (William & Mary Law Review. Vol. issue 2, Passport Denial and the Freedom to Travel, Roger M. Johnson).

The U.S. Department of Veterans Affairs recognizes intersex citizens in VHA DIRECTIVE                                              2011-024,
http://www.va.gov/vhapublications/ViewPublication.asp?pub_ID=2416).     It     likewise behooves the Department of State to recognize the existence of intersex American citizens. Denying me my passport because I will not incorrectly identify my sex as male or female denies me the right to legal recognition and the right to leave and return to my country that is granted to male and female U.S. citizens.

Discrimination against marginalized communities is facilitated and reflected by a lack of equal legal rights and recognition. This is why in 2011, in response to Australia's X passport legislation, the U.N. High Commissioner of Human Rights stated, "'I... urge other states around the world to review their own laws, policies and practices to ensure that discrimination against transgender and intersex individuals is addressed in a systematic and effective way." (http://news.smh.com.au/breaking-news-world/un-welcomes-aust-passport-changes-20110916-1kee2.html)." As the article in the link discusses, England is considering abolishing sex markers altogether in identification documents.

I urge you to join other Commonwealth nations in enacting policies that are inclusive of intersex citizens. A small technicality such as updating sex marker fields in passport forms and documents should not prevent U.S. citizens, particularly those who have served their country, from obtaining accurate legal recognition and equal rights under the eyes of the law.

Thank you,

Dana Zzyym
Intersex Person/IGM survivor
█████████████████ Fort Collins CO. 80521
█████████████

00006368-1636



**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
2360 East Pershing Boulevard
Cheyenne WY 82001

December 16, 2014

To Whom it May Concern,

Re: Dana Zzyym, DOB ▇▇/58

I have been veteran's mental health provider since 6/23/08. I have had a 6 year doctor/patient relationship with her. She has had the appropriate clinical treatment for transition to intersex.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Terri Orcutt M.D.

Colorado medical license number  CO 38367

Fort Collins VA Outpatient Clinic

2509 Research Blvd

Fort Collins, CO  80526

00006368-1640

# DEPARTMENT OF VETERANS AFFAIRS

Cheyenne VAMC
2360 E. Pershing Blvd
Mail Stop: 136
Cheyenne, WY 82001

DATE: 12/5/2014
In Reply Refer To: 136
SSN: ▮▮▮

DANA ALIXZZYYM
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FORT COLLINS, CO 80521

RE: ROI Plus Request for DANA ALIX ZZYYM

Dear MS ZZYIM:

This individually identifiable information is privileged. Its confidentiality
should be maintained along with appropriate security safeguards to protect
against individual harm (identity theft), embarrassment, or inconvenience.

Sincerely,

BOOKS, LAROY
Chief, HIMS

Prepared by: GILBERT R MADRID - Release of Information