Attachment A
2510.9C
5/4/71

- 3 -

Donohue write as Mary Eileen Donohue;  if line one shows Sister Mary Eileen write as Mary Eileen Donohue K-A Sister Mary Eileen;  if line one shows Mary Eileen Donohue K-A Sister Mary Eileen write as shown. Where the applicant has assumed a completely different religious name, the passport shall be written in both the civil and religious names.  Examples: Sara Mack Jones K-A Sister Mary Therese;  Jonas Wittman K-A Abdulla Ali.

Generally, for members of recognized religious organizations, identification reflecting the religious "known as" name is sufficient to document the use of the name.

An applicant requesting his "known as" name be included in his passport who claims affiliation with a religious organization not coming within the above subparagraph, will have to submit affidavits and supporting documentation in accordance with Section 4b(2) of this Instruction.

CLEARANCE:  All names, including religious "known as" names, that are shown on the application and documents must be cleared.

7.  Married Women.  Passports will be written in the surname of the husband.  When a married woman requests that her maiden name be written, she will be required to submit evidence in accordance with Section 4 of this Instruction.  The applicant's given name must always be written as, for example, Dorothy Jane Black rather than Mrs. Joseph Alan Black. If the application is signed in the husband's name (i.e. Mrs. Joseph Alan Black) and the Examiner is satisfied that the documents and the application related to the same person, the application shall be changed to show the given name to be written in the passport.  The Examiner should also print the given name above the signature.  A marriage certificate need not be requested as evidence except when identification in the married name is not available due to a recent marriage, or when there is reason to believe the marriage did not occur prior to the date of execution of the application.

A woman who is divorced or widowed may have her passport written in her maiden name or former married name if she submits evidence in accordance with Sections 4a or 4b(1) of this Instruction.  (NOTE: A divorce decree permitting a woman to resume the use of a prior name is a legal change of name.)  If the above evidence can not be presented, a woman may have her maiden name or former married name included in her passport as a "known as" name even though the two years specified in Section 4b(2) of this Instruction has not elapsed since the divorce or death.  The woman shall submit her statement regarding the resumption of the previous name.  In addition, she shall submit citizenship evidence in her maiden name, and if she is resuming a former married name, evidence of the previous marriage.  The Examiner shall note on page two of the application (DSP-11), "Identifying Document Submitted", the name in which her identity documents are in.

CLEARANCE:  All names including maiden and previous married surnames that are shown on the application and documents shall be cleared.  When the

Attachment A
2510.9C
5/4/71                                    - 4 -

maiden surname is <u>included</u> as a middle name on line one of the appli-
cation, the adjudicator shall indicate to the flexowriter operator
that both surnames are to be cleared by drawing two vertical lines
immediately <u>before</u> the maiden surname, e.g. Mary ‖ Parker   Jones.
The two vertical lines shall indicate that a surname marker is to be
inserted in the clearance request tape at that point. The surname
marker will cause the computer to search each name to the right of
the marker as the surname. For example, the above name will be
searched as Mary Parker Jones, Mary Jones, and Mary Parker.

    If the maiden surname is not included on line one, or if the
wife is included in the passport of her husband, the Examiner shall
request clearance of the maiden surname by completing and attaching
DS-1373 to the application.

8.  <u>Adoption.</u>  In most instances a person will have acquired a new
name through adoption. Where a final decree of adoption has been
issued, the adoptive name only, as it appears on the decree, shall
be written in the passport (see Section 4a of this Instruction).
During the probationary period prior to issuance of the final decree,
where adoption has not been finalized, a child may be documented in
the name of his adoptive parents provided the adoption agency, or
other organization having legal custody of the child, authorizes the
adoptive parents to take the child abroad and certifies to the adop-
tive name, and the date and place of birth of the child. The pass-
port shall be written in the adoptive name only.

<u>CLEARANCE:</u>  All names including the name(s) before adoption that are
shown on the application and documents must be cleared.

9.  <u>Use of Stepfather's Surname.</u>  Unless legally adopted or his name
legally changed, passports for children may not be written in the
surname of the stepfather unless the application is accompanied by
the written consent of the natural father. However, in cases where
the whereabouts of the natural father is unknown (desertion) or the
natural father is deceased, and the mother has remarried, the pass-
port may be written in the stepfather's surname if that is the name
by which the child is known, in the absence of a letter of objection
from the natural father. An affidavit from the mother regarding the
whereabouts of the natural father and the child's assumption of the
stepfather's surname shall accompany the application. If it is not
possible to obtain the consent of the natural father before issuance
of the passport, the surname of the stepfather may be included in
the passport as a "known as" name even though the child has not used
the stepfather's surname for the two years specified in Section 4b(2)
of this Instruction. When such child is to be included in a passport,
the child's given name with the natural father's surname shall be
written.

    Where a letter of objection to a child using the stepfather's
surname is on file in the Passport Office, the passport shall be
written in the natural father's surname only.

Attachment A
2510.9C
5/4/71

- 5 -

A child born out of wedlock whose mother has subsequently married and who has assumed his stepfather's surname may have his passport written in the stepfather's surname. The Examiner shall note in the evidence block the name in which the citizenship evidence was issued.

The Examiner is responsible for determining the name of the child and for changing the application accordingly.

CLEARANCE: All names, including the surnames of the natural father and stepfather, that are shown on the application and documents must be cleared.

10. Use of Names Indicating a Change of Sex. An applicant may assume a name indicating a change of sex provided evidence in accordance with Section 4 of this Instruction is submitted. However, photographs shall depict the sex of the applicant as indicated on the citizenship evidence unless a physician's statement that a medical change of sex has been undergone accompanies the application.

Whenever it appears that the discrepancy in name and sex is due to a bona fide error at the time of the recording of birth the matter should be handled as a clerical error.

CLEARANCE: All names, including "known as" or adoptive names, that are shown on the application and documents must be cleared.

Zzyym v. Tillerson - AR 0100

- 1 -

2510.90
5/4/71

## GUIDELINES - CHINESE NAMES

EXAMINERS MUST REFER TO INSTRUCTION 3200.6   (APPLICATIONS SUBMITTED BY PERSONS OF CHINESE DESCENT)  BEFORE APPROVING APPLICATION

1.  Execution of Applications.  Applications of persons with Chinese names will be executed giving the Chinese names in the manner customarily used by the applicant.  An applicant who adheres to the Chinese custom may execute his application and set forth his name on line one giving the family name first, e.g., WONG LU LENG; WONG being the family name.  An applicant who has rearranged his Chinese name to conform to the custom of writing the family name last, will execute his application and show his name on line one giving the family name last, e.g., LU LENG WONG; WONG being the family name.  The rearrangement of the Chinese name is not required to be substantiated by documents other than those of identity.

2.  Recording - Washington only.  Chinese names shall be transcribed on interim control cards as follows:  SURNAME, GIVEN NAME, and MIDDLE NAME.  The last name appearing on line one of the application reading from left to right shall constitute the surname for recording purposes and may or may not be the family name.

3.  Determination of Family Name.  Adjudicators shall be responsible for making the determination with respect to the family name of applicants who have Chinese names.

   a.  Method.  The family name of a person with a Chinese name may generally be determined by checking the name of the applicant's father or husband, whichever is controlling, as it appears on the application.

   b.  Action.  The adjudicator shall underline TWICE, in red ink, the family name which appears on line one of the application.  If the name is shown on the right margin of the application, the adjudicator shall insure that it is set forth in the following manner:  FAMILY NAME, GIVEN NAME, and MIDDLE NAME.

4.  Transcription of Name.  Names shall be transcribed as set forth on line one of the application reading from left to right.  The flexowriter operator shall attach no significance to the underlining of the family name on line one.

5.  Clearance.  As a general rule, clearance is required for all names and aliases which are shown on the passport application and documents, whether or not these names will appear in the passport.  In addition, a surname marker is required at the beginning of Chinese names in the clearance request tape.  This causes the computer to search each part of the name as though it were the surname.  For example, if the name on line one is WONG LU LENG, the clearance request shall be transmitted WONG LU LENG with a surname marker preceeding WONG.  The computer will search the name as WONG LU LENG, LU WONG LENG, LU LENG WONG, LENG LU WONG, LENG WONG LU, and WONG LENG LU.  Thus, a Chinese name will be properly cleared regardless of where the family name is placed.

Zzyym v. Tillerson - AR 0101

Attachment B
2510.9C
5/4/71                              - 2 -

6.  Filing of  Records.

    a.  Index Cards.  Index cards shall be filed under the last name
transcribed on the card, e.g., a card reading WONG LU LENG will be filed
under LENG, which may or may not be the family name of the applicant.

    b.  Interim  Control Cards - Washington Only.  Shall be filed under
the surname as transcribed on the cards which may or may not be the
family name of the applicant.

    c.  Passport Applications.  Applications shall be filed in the
Passport Office Files Section, PT/RAF, under the family name.  The
name underscored TWICE on line one of the application shall be used
as the family name.

Zzyym v. Tillerson - AR 0102

Attachment C
2510.9C
5/4/71

- 1 -

# GUIDELINES - SPANISH NAMES

1. <u>Composition of Spanish Names</u>.  Generally, Spanish names consist of the:

| (X) GIVEN | (P) PATRONYMIC | (M) MATRONYMIC |
|---|---|---|
| Christian name | father's surname | mother's surname |

The patronymic and matronymic may, or may not, be joined by "y" or by hyphenation.

| (X) | (P) | | (M) |
|---|---|---|---|
| Jose | Perez | | Gonzalez |
| Jose | Perez | y | Gonzalez |
| Jose | Perez | - | Gonzalez |

The given, the patronymic, or the matronymic, or all three may be compound.  The parts of the compound patronymic or matronymic may be joined by "de" or by hyphenation.

| (X) | (P) | | (M) |
|---|---|---|---|
| Jose | Perez | y | Gonzalez-Crespo |
| Jose | Perez-Diaz | y | Gonzalez |
| Jose Maria | Perez de Diaz | y | Gonzalez de Crespo |

a.  Married Women.  A married woman may join her husband's name to her own name by the use of "de", generally retaining her patronymic and dropping her matronymic.  However, the woman may retain, or in some instances drop, both her patronymic and matronymic.  Example:  If Anna Menendez Robledo marries Jose Perez Gonzalez, her married name may be one of these combinations:

| (X) | (P) | (M) | | (HP) | (HM) |
|---|---|---|---|---|---|
| Anna | Menendez | Robledo | de | Perez | Gonzalez |
| Anna | Menendez | | de | Perez | Gonzalez |
| Anna | Menendez | | de | Perez | |
| Anna | Menendez | | | Perez | |
| Anna | | | | Perez | |

b.  <u>Widows</u>.  A woman whose husband has died may use the title "Viuda" (widow) or its abbreviation, "Vda." either before her given name or before the prefix "de" and her husband's surname.  "Viuda" shall be transcribed into the passport as shown but shall be disregarded for filing purposes.

| Viuda Anna | Menendez | | de | Perez |
|---|---|---|---|---|
| Anna | Menendez, Viuda, | | de | Perez |
| Anna | Menendez, Vda., | | de | Perez |

2. <u>Execution of Applications</u>.  Applications of persons with Spanish names will be executed giving the Spanish names in the manner customarily used by the applicant.  An applicant who adheres to the Spanish custom may execute his application and set forth his name on line one giving his mother's surname as his last name and his father's surname as his middle name, e.g. Jose PEREZ Gonzalez, PEREZ being the patronymic.  However, other

Attachment C
2510.9C
5/4/71                                    - 2 -

applicants may drop the use of the mother's surname or may rearrange
their names to conform to the custom of writing the father's (or hus-
band's) surname last, e.g. Jose PEREZ; Jose Gonzalez PEREZ. The
dropping of the matronymic or the re-arrangement of the patronymic
and matronymic are to be considered minor name changes and need not
be substantiated by documents other than those of identity. In all
instances, the controlling patronymic (the father or husband's surname)
MUST BE WRITTEN IN FULL in the passport.

3. <u>Recording - Washington Only</u>. Spanish names shall be transcribed on
interim control cards as follows: SURNAME, GIVEN NAME, MIDDLE NAME.
The last name appearing on line one of the application reading from
left to right shall constitute the surname for recording purposes and
may or may not be the controlling patronymic.

4. <u>How to Determine the Controlling Patronymic</u>. It is the adjudicator's
responsibility to determine the controlling patronymic of applicants with
Spanish names. The controlling patronymic is the legal surname acquired
at birth or by marriage. For men and unmarried women, the legal or control-
ling surname is the patronymic (father's surname). For married women, the
legal or controlling surname is the husband's patronymic.

    a. <u>Method</u>. The controlling patronymic of the applicant can generally
be determined by checking the names of the applicant's father and mother,
or husband where applicable, as they appear in Section D of the passport
application (DSP-11).

    b. <u>Action</u>. The adjudicator shall underline TWICE, in red ink, the
controlling patronymic which appears on line one of the application. This
action will indicate the surname under which the application is to be filed.
In addition, the adjudicator shall draw TWO vertical lines immediately after
the given name(s) to separate the given name(s) from the surnames. This
second action will indicate the surnames under which the applicant must be
cleared. Examples:

    Jose ‖Gonzalez  <u>Perez</u>

    Jose ‖<u>Perez</u>  Gonzalez

    Jose Maria ‖<u>Perez</u>  Gonzalez

    Anna ‖Menendez  de  <u>Perez</u>

    Anna  <u>Perez</u>

5. <u>Transcription of Name</u>. The name shall be transcribed into the pass-
port as set forth on line one of the application. The controlling patro-
nymic must be written in full regardless of its position in the name.

6. <u>Clearance</u>. As a general rule, clearance is required for all names and
aliases which are shown on the passport application and documents, whether
or not these names will appear in the passport. For all applicants, the
patronymic must be cleared. The matronymic of men and unmarried women
should also be cleared as a possible surname, if it can be ascertained from
the application or evidence. For married women, the patronymic (maiden
surname) and the husband's patronymic must be cleared.

Attachment C:
2510.9C
5/4/71

- 3 -

    When two vertical lines are drawn by the adjudicator after the given name(s), the flexowriter operator shall insert a surname marker in the clearance request tape at that point. This will cause the computer to search each name to the right of the marker as the surname. Example: Jose ‖ Perez  Gonzalez will be searched as Jose Perez Gonzalez, Jose Gonzalez, and Jose Perez. Thus, a Spanish name will be properly searched regardless of whether the patronymic is written as a middle or last name.

    In those instances where the matronymic of men and unmarried women, or the patronymic (maiden surname) of married women, does not appear as part of the name on page one of the application, the adjudicator shall request clearance of the additional surname using the DS-1373.

7.  Filing of Records.

    a.  Index Cards and Interim Control Cards.  Shall be filed under the last name transcribed on the card which may or may not be the controlling patronymic.

    b.  Passport Applications.  Shall be filed in the Passport Office Files Section, PT/RAF, under the controlling patronymic.  The name underscored TWICE on line one of the application is the patronymic under which the application shall be filed.

8.  Summary of the Adjudication and Processing of Spanish Names.

| | Unmarried Women (and Men) | Married Women (and Widows) |
|---|---|---|
| Information on DSP-11 | | |
| Name of applicant | Anna Gomez Conte | Anna Gomez della Casa |
| Name of father | Piedro Gomez Bonilla | Piedro Gomez Bonilla |
| Name of mother | Inez Conte Garcia | Inez Conte Garcia |
| Name of husband | --- | Juan della Casa Lopez |
| | | |
| Definition of Terms | | |
| Applicant's patronymic | Gomez | Gomez |
| Applicant's matronymic | Conte | Conte |
| Husband's patronymic | --- | della Casa |
| Controlling patronymic | Gomez | della Casa |
| | | |
| Preparation of Line One | | |
| Controlling patronymic shall be written in full | Gomez | della Casa |
| Adjudicator markings | Anna ‖ Gomez  Bonilla | Anna ‖ Gomez della Casa |
| | | |
| Processing | | |
| Transcription of Name | Anna Gomez Bonilla | Anna Gomez della Casa |
| Surname marker * | Anna * Gomez Bonilla | Anna * Gomez della Casa |
| Surnames cleared | Gomez and Bonilla | Gomez and della Casa |
| | | |
| Filing | | |
| Index/Interim Control Cards | Conte, Anna Gomez | Casa, Anna Gomez della |
| Passport application | Gomez, Anna Conte | della Casa, Anna Gomez |

Zzyym v. Tillerson - AR 0105

Zzyym v. Tillerson - AR 0106

DON'T CUT IT OFF
APPLY NOW → PLEASE TYPE OR PRINT IN INK
(Pencil is not acceptable)

**MINUTE RUSH**

**(PASSPORT OFFICE USE ONLY)**
Endorsement _____

DEPARTMENT OF STATE
## APPLICATION FOR PASSPORT BY MAIL
Your most recent passport issued within the past eight years, two signed
photographs and the fee of $10 MUST accompany this application.

**A**

(First name)    (Middle name)    (Last name)

I, _____
a citizen of the United States, do hereby apply to the Department of State for a passport.

MAIL PASSPORT TO:

IN CARE OF (If applicable) _____

STREET _____

CITY _____ STATE _____ ZIP CODE _____

PHONE NOS. Area Code: _____ Home: _____ Business: _____

DATE OF BIRTH
Month    Day    Year

PLACE OF BIRTH (City, State, Province, Country)

HEIGHT
_____ FT. _____ IN.

COLOR OF HAIR
(Spell out)

COLOR OF EYES
(Spell out)

APPROXIMATE DATE OF
DEPARTURE

EVIDENCE OF NAME CHANGE
Type _____
Date _____
Place _____

VISIBLE DISTINGUISHING MARKS

OCCUPATION

**B**

MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED
No. _____ Issue Date _____

SOCIAL SECURITY NUMBER (Not Mandatory)

MY PERMANENT RESIDENCE (Street Address, City, State, ZIP Code)

COUNTY OF RESIDENCE
(Not Mandatory)

IF YOU WERE BORN ABROAD, WERE BOTH OF YOUR PAR-
ENTS U.S. CITIZENS AT THE TIME OF YOUR BIRTH?
FATHER: ☐ Yes    ☐ No
MOTHER: ☐ Yes    ☐ No

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Do not show name of a person who will accompany you when traveling) (Not Mandatory)
(Name in full)    (Relationship)    (Street address, City, State, ZIP Code)    (Phone No.)

**C**

PROPOSED TRAVEL PLANS (Not Mandatory)

PURPOSE OF TRIP

MEANS OF TRANSPORTATION
           Sea    Air    Other
Departure  ☐     ☐     ☐
Return     ☐     ☐     ☐

COUNTRIES TO BE VISITED

PROPOSED LENGTH OF STAY

NO. OF PREVIOUS TRIPS ABROAD WITHIN
LAST 12 MONTHS

DO YOU EXPECT TO TAKE ANOTHER TRIP ABROAD?
☐ Yes    ☐ No    IF SO, WITHIN ☐ 1 year    ☐ 2 years
                                  ☐ 5 years

**D**

I have not since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath, or made an affirmation or other formal declaration of alle-
giance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the Government of
a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United
States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of
committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or to destroy by
force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be struck out, and a supplementary explan-
atory statement should be attached, signed and made a part of this application.)

WARNING: False statements made knowingly and willfully in passport applications or affidavits or other support-
ing documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC
1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or
imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by
fine and/or imprisonment under 18 USC 1544.

**DECLARATION**

I declare that the statements made in this application are true and complete to the best of my knowledge and belief,
that the attached photographs are a true likeness of me, and that I have not been issued or included in a passport
issued subsequent to the one submitted herein.

### DO NOT ATTACH PHOTOGRAPHS

See detailed requirements for photographs
in paragraph 2 on reverse. This applica-
tion will not be accepted if the photographs
do not meet the requirements, were not taken
within the past 6 months, or are not a like-
ness of or do not identify the applicant.

(Date) _____    (Signature of applicant) _____

**(PASSPORT OFFICE USE ONLY)**

FORM DSP-82
11-73

FORM APPROVED
O.M.B. NO. 47-R0172

Zzyym v. Tillerson - AR 0107

**DON'T PUT IT OFF**
**APPLY NOW** ➤  ← **PLEASE TYPE OR PRINT CLEARLY IN INK**
(Pencil is not acceptable) ←  **AVOID THE LAST MINUTE RUSH**

### DEPARTMENT OF STATE
### APPLICATION FOR PASSPORT BY MAIL
Your most recent passport issued within the past eight years, two signed
photographs and the fee of $10 MUST accompany this application.

**(PASSPORT OFFICE USE ONLY)**
Endorsement _____

(First name)        (Middle name)        (Last name)

I, _____
a citizen of the United States, do hereby apply to the Department of State for a passport.

MAIL PASSPORT TO:

IN CARE OF (if applicable) _____

STREET _____

CITY _____ STATE _____ ZIP CODE _____

PHONE NOS. Area Code: _____ Home: _____ Business: _____

SEX (M-F) | PLACE OF BIRTH (City, State or Province, Country) | DATE OF BIRTH Month | Day | Year

**EVIDENCE OF NAME CHANGE**
Type _____
Date _____
Place _____

HEIGHT | COLOR OF HAIR (Spell out) | COLOR OF EYES (Spell out) | DATE OF DEPARTURE
____ FT. ____ IN.

VISIBLE DISTINGUISHING MARKS | OCCUPATION

**B**  MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED
No. _____ Issue Date _____

SOCIAL SECURITY NUMBER (Not Mandatory)

MY PERMANENT RESIDENCE (Street Address, City, State, ZIP Code) | COUNTY OF RESIDENCE (Not Mandatory) | IF YOU WERE BORN ABROAD, WERE YOUR PARENTS U.S. CITIZENS AT THE TIME OF YOUR BIRTH?
FATHER: ☐ Yes ☐ No
MOTHER: ☐ Yes ☐ No

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Not Mandatory) (Do not show name of a person who will accompany you when traveling)
(Name in full) | (Relationship) | (Street address, City, State, ZIP Code) | (Phone No.)

**C**  PROPOSED TRAVEL PLANS (Not Mandatory)

PURPOSE OF TRIP | MEANS OF TRANSPORTATION | Sea | Air | Other | COUNTRIES TO BE VISITED
Departure ☐ ☐ ☐
PROPOSED LENGTH OF STAY | Return ☐ ☐ ☐

NO. OF PREVIOUS TRIPS ABROAD WITHIN LAST 12 MONTHS | DO YOU EXPECT TO TAKE ANOTHER TRIP ABROAD?
☐ Yes ☐ No   IF SO, WITHIN ☐ 1 year ☐ 2 years ☐ 5 years

**D**  I have not since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath, or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the Government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be struck out, and a supplementary explanatory statement should be attached, signed and made a part of this application.)

WARNING: False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544.

**DO NOT ATTACH PHOTOGRAPHS**

See detailed requirements for photographs in paragraph 2 on reverse. This application will not be accepted if the photographs do not meet the requirements, were not taken within the past 6 months, or are not a likeness of or do not identify the applicant. Sign the photographs on the front along the left-hand margin.

**DECLARATION**
I declare that the statements made in this application are true and complete to the best of my knowledge and belief, that the attached photographs are a true likeness of me, and that I have not been issued or included in a passport issued subsequent to the one submitted herein.

(Date) | (Signature of applicant)

**(PASSPORT OFFICE USE ONLY)**

FORM 10-76 DSP-82

**PLEASE RECHECK THE APPLICATION AND ENCLOSURES BEFORE MAILING. INCOMPLETE OR IMPROPERLY PREPARED APPLICATIONS WILL BE RETURNED THUS CAUSING DELAY IN THE ISSUANCE OF YOUR PASSPORT.**

FORM APPROVED O.M.B. NO. 47–R0172

**UNCLASSIFIED**                                    1 of 2

UNCLASSIFIED

PAGE 01        STATE   267726
ORIGIN PPTE-00

INFO   OCT-01   CA-01   ISO-00   /002 R

DRAFTED BY PPT/FE :IMKANTER :MTW
APPROVED BY PPT/F :FGRANDO
PT/L - JODOWD
PT/FC - GSCANLAN
                 ------------------010031  090013Z /66
O 082302Z NOV 77
FM SECSTATE WASHDC
TO AMEMBASSY SEOUL IMMEDIATE

UNCLAS STATE 267726

PASSPORT

E.O. 11652: N/A

TAGS: CPAS

SUBJECT: CITIZENSHIP AND PASSPORT MATTERS

REF : TELCON RINI - KANTER NOVEMBER 8

1. PLEASE PASS FOLLOWING INFORMATION PROMPTLY TO MR. JAY
RINI, PASSPORT OFFICE REPRESENTATIVE CONSULAR CONFERENCE.

2. GENDER WILL BE SHOWN ON NEW FORM APPLICATIONS.  THE
REVISED FS-176 AND 176S WILL BE DISTRIBUTED ALL POSTS IN
TIME FOR NEW YEAR.

3. NAME CHANGE :AMEMBASSY TOKYO'S MEMO NOT REPEAT NOT
RECEIVED BY PT/AOC OR PT/L.  UNDER HAWAIIAN LAW CHANGE
OF NAME HANDLED BY LT. GOVERNOR.  USUALLY DONE IN ABOUT
ONE WEEK.  WHEN NAME LEGALLY CHANGED PASSPORT CANNOT
BE DENIED EXCEPT UNDER PROVISIONS OF 22 CFR 51.70(B)4.
UNCLASSIFIED

UNCLASSIFIED

PAGE 02        STATE   267726

THIS APPEARS UNLIKELY UNDER FACTS PRESENTLY KNOWN.  IF
REPATRIATION LOAN GIVEN NEW PASSPORT WOULD NOT BE ISSUED
UNTIL LOAN REPAID.

**UNCLASSIFIED**                                    1 of 2

UNCLASSIFIED                                    2 of 2

4. CHILD CUSTODY :A PASSPORT MUST BE ISSUED TO A CHILD IN
A CASE IN WHICH ONE PARENT APPLIES FOR A PASSPORT ABROAD

EVEN THOUGH THERE IS A DOMESTIC COURT ORDER AWARDING
CUSTODY TO THE OTHER PARENT.  THIS STEMS FROM THE
DEPARTMENT'S POLICY OF NOT ALLOWING UNITED STATES CITIZEN'S
TO REMAIN UNDOCUMENTED WHILE TRAVELLING OR LIVING ABROAD.
IN ADDITION, FAILURE TO ISSUE IN SUCH CASES WOULD NOT
INSURE THE RETURN OF THE CHILD TO THE UNITED STATES AND
MAY CREATE PROBLEMS FOR THE CHILD WITH THE HOST GOVERNMENT
(E.G. DETENTION OR ARREST FOR LACK OF DOCUMENTATION).  HOW-
EVER, A PASSPORT SHOULD NOT BE ISSUED TO A NONCUSTODIAL
PARENT IN A CASE IN WHICH THERE IS A COURT ORDER FROM THE
COUNTRY WHERE THE POST IS LOCATED.

5. REVISION 8FAM 261.12, PROCEDURES :STUDY REGISTRATION
PROCEDURES CONTINUING.  POSSIBLY 261.12 WILL BE REVISED
AS RESULT.  SECTION REMAINS IN EFFECT UNTIL FURTHER NOTICE.
VANCE

UNCLASSIFIED

NNN

UNCLASSIFIED                                    2 of 2

Zzyym v. Tillerson - AR 0110

UNCLASSIFIED

UNCLASSIFIED

PAGE 01        STATE   305744
ORIGIN PPTE-00

INFO  OCT-01  CA-01  ISO-00  AF-10  /012 R

DRAFTED BY PT/FC:GSCANLAN:VNB
APPROVED BY PT/F:FGRANDO
PT/A:EMIL W. KONTAK
PT/L:WILLIAM B. WHARTON
PT:ROBERT E. LAMB
                  ------------------000121  230750Z /14

R 230135Z DEC 77
FM SECSTATE WASHDC
TO ALL DIPLOMATIC AND CONSULAR POSTS

UNCLAS STATE 305744

PASSPORT

E.O. 11652: N/A

TAGS: CPAS

SUBJECT: REVISION OF PASSPORT APPLICATION FORM AND PASSPORT
AMENDMENT AND EXTENSION FORM

1.  THE PASSPORT APPLICATION FORM (OF-178) AND THE PASSPORT
AMENDMENT AND EXTENSION FORM (OF-195) HAVE BEEN REVISED
EFFECTIVE JANUARY 1978.  A SIX MONTH SUPPLY OF THE FORMS
IS BEING SENT TO ALL POSTS AND SHOULD BE PUT INTO USE
AS SOON AS RECEIVED.  OLD FORMS SHOULD BE DESTROYED.

2.  THE NEW FORMS (A) TAKE ACCOUNT OF THE NEW FORMAT
PASSPORTS; (B) GIVE THE NEW PHOTOGRAPH AND INCLUSION
REQUIREMENTS (C) INCLUDE THE PRIVACY ACT STATEMENT
(D) CONFORM THE FOREIGN APPLICATION FORMS AS MUCH AS
POSSIBLE TO THE DOMESTIC APPLICATION FORMS (E) INCLUDE AS
MUCH INFORMATION AS POSSIBLE ON THE FRONT PAGE TO
UNCLASSIFIED

UNCLASSIFIED

PAGE 02        STATE   305744

FACILITATE THE FILES MINIATURIZATION PROGRAM NOW IN
PROGRESS IN THE PASSPORT OFFICE.

3.  THE NEW PHOTOGRAPH REQUIREMENTS ARE AS FOLLOWS:

UNCLASSIFIED

(A)  NUMBER AND RECENCY OF PHOTOGRAPHS REQUIRED.  TWO
IDENTICAL PHOTOGRAPHS OF THE PASSPORT BEARER PLUS TWO
IDENTICAL PHOTOGRAPHS OF ANY INCLUSIONS WHICH HAVE BEEN

TAKEN WITHIN 6 MONTHS OF THE DATE OF THE APPLICATION AND
WHICH PORTRAY A GOOD LIKENESS OF AND SATISFACTORILY
IDENTIFY THE APPLICANT AND INCLUDED PERSONS SHALL BE
PRESENTED WITH THE APPLICATION.  PHOTOGRAPHS SHOULD BE
TAKEN IN NORMAL STREET ATTIRE, WITHOUT A HAT.  DARK
GLASSES ARE NOT ACCEPTABLE UNLESS REQUIRED FOR MEDICAL
REASONS.  ONLY APPLICANTS WHO ARE IN THE ACTIVE SERVICE
OF THE ARMED FORCES AND WHO ARE PROCEEDING ABROAD IN THE
DISCHARGE OF THEIR DUTIES MAY SUBMIT PHOTOGRAPHS IN THE
UNIFORM OF THE ARMED FORCES OF THE UNITED STATES.

(B)  PHOTOGRAPHS OF THE PASSPORT BEARER.  INDIVIDUAL
PHOTOGRAPHS OF THE PASSPORT BEARER ARE REQUIRED AT ALL
TIMES.  NO JOINT PHOTOGRAPHS OF THE BEARER AND INCLUDED
PERSON(S) WILL BE ACCEPTABLE.

1.  SIZE.  PHOTOGRAPHS SHALL BE 2 X 2 INCHES IN
SIZE.  THE IMAGE SIZE MEASURED FROM THE BOTTOM OF THE
CHIN TO THE TOP OF THE HEAD (INCLUDING HAIR) SHALL BE
NOT LESS THAN 1 INCH NOR MORE THAN 1 3/8 INCHES.

2.  SIGNATURE.  PHOTOGRAPHS MUST BE SIGNED BOTH
ON THE FRONT LEFT-HAND SIDE WITHOUT MARRING THE FEATURES
AND IN THE CENTER ON THE REVERSE OF THE PHOTOGRAPH.  THE
SIGNATURE ON THE PHOTOGRAPHS MUST AGREE WITH THE
UNCLASSIFIED

UNCLASSIFIED

PAGE 03        STATE  305744

SIGNATURE OF THE APPICATION.

(C)  PHOTOGRAPHS OF INCLUSIONS.  WHEN A WIFE/HUSBAND
AND/OR CHILDREN ARE TO BE INCLUDED IN THE PASSPORT, TWO
ADDITIONAL PHOTOGRAPHS SHALL BE SUBMITTED SHOWING ONLY
THE INCLUSION(S).  WHEN MORE THAN ONE PERSON IS TO BE
INCLUDED, A GROUP PHOTOGRAPH OF THE INCLUSIONS IS
REQUIRED.

1.  SIZE.  PHOTOGRAPHS SHALL BE 2 X 2 INCHES IN
SIZE.  WHEN ONE PERSON IS TO BE INCLUDED, THE IMAGE SIZE
MEASURED FROM THE BOTTOM OF THE CHIN TO THE TOP OF THE
HEAD (INCLUDING HAIR) SHALL BE NOT LESS THAN 1 INCH NOR
MORE THAN 1 3/8 INCHES.  WHEN MORE THAN ONE PERSON IS TO
BE INCLUDED, THE IMAGES SHOULD BE OF SUFFICIENT SIZE FOR

Zzyym v. Tillerson - AR 0112

IDENTIFICATION PURPOSES.

2.  SIGNATURE.  PHOTOGRAPHS OF INCLUSIONS MUST
BE SIGNED BY THE PASSPORT APPLICANT (BEARER) ON THE
REVERSE OF THE PHOTOGRAPH.

D.  PHOTOGRAPHS MAY BE IN COLOR OR IN BLACK AND WHITE.
PASSPORT PHOTOGRAPHS ARE ACCEPTABLE IN BLACK AND WHITE
OR IN COLOR.  PHOTOGRAPHS RETOUCHED TO A POINT WHERE
THE APPLICANT'S APPEARANCE IS CHANGED ARE UNACCEPTABLE.
HOWEVER, THOSE RETOUCHED MERELY TO ELIMINATE SHADOWS
AND LINES ARE ACCEPTABLE.

E.  QUALITY OF PHOTOGRAPHS.  WE WELCOME PHOTOGRAPHS
WHICH DEPICT THE APPLICANT AS RELAXED AND SMILING.
PHOTOGRAPHS SHALL BE CLEAR, FRONT VIEW, FULL FACE AND
SHALL BE PRINTED ON THIN, NON-GLOSSY PAPER WITH A LIGHT,
PLAIN BACKGROUND.  PRINTS SHALL BE CAPABLE OF WITHSTANDING
A MOUNTING TEMPERATURE OF UP TO 225 DEGREES FAHRENHEIT
(107 DEGREES CELSIUS) FOR 30 SECONDS.  MOST VENDING
MACHINE PRINTS WILL NOT WITHSTAND THE MOUNTING TEMPERA-
UNCLASSIFIED

UNCLASSIFIED

PAGE 04          STATE   305744

TURE AND THEREFORE ARE NOT ACCEPTABLE.  ALSO, MAGAZINE
OR FULL LENGTH PHOTOGRAPHS ARE NOT ACCEPTABLE.

4.  POSTS SHOULD REPRODUCE THE PHOTOGRAPH REQUIREMENTS
AND DISTRIBUTE THEM WITH PASSPORT APPLICATION FORMS.
AS OF JANUARY 1, 1978 PERSONS REQUESTING INFORMATION
ABOUT PASSPORT PHOTOGRAPHS SHOULD BE ADVISED OF THE
NEW REQUIREMENTS ONLY.  HOWEVER, IN ORDER TO AVOID
INCONVENIENCE TO APPLICANTS, PROPERLY COMPLETED APPLICA;
TIONS REFLECTING THE PREVIOUS PHOTOGRAPH REQUIREMENTS
MAY BE ACCEPTED UNTIL JULY 1, 1978.  AS OF JULY 1 ONLY
APPLICATIONS MEETING THE NEW REQUIREMENTS ARE ACCEPTABLE.

5.  THE REQUIREMENTS CONCERNING PERSONS WHO MAY BE
INCLUDED IN A PASSPORT APPLICATION HAVE ALSO BEEN
CHANGED.  THE NEW REQUIREMENTS ARE AS FOLLOWS:  A WIFE
OR HUSBAND WHO IS TO BE INCLUDED IN THE PASSPORT MUST
APPEAR IN PERSON WITH THE APPLICANT AND ALSO SIGN THE
APPLICATION.  UNMARRIED CHILDREN UNDER 13 YEARS OF
AGE WHO ARE TO BE INCLUDED IN THE APPLICATION ARE NOT
REQUIRED TO APPEAR IN PERSON.  AN UNMARRIED PERSON WHO
HAS ATTAINED THE AGE OF 13 YEARS AS OPPOSED TO 18 UNDER
THE OLD REQUIREMENTS, MUST OBTAIN A PASSPORT IN HIS OR

Zzyym v. Tillerson - AR 0113

**UNCLASSIFIED**

HER OWN NAME.  A PERSON INCLUDED IN THE PASSPORT OF
ANOTHER MAY NOT USE THE PASSPORT FOR TRAVEL UNLESS
ACCOMPANIED BY THE BEARER.  THE PROHIBITION AGAINST
INCLUSION OF A CHILD 13 YEARS OLD OR OVER IS EFFECTIVE
JANUARY 1, 1978.  ALL APPLICANTS SHOULD BE ADVISED OF IT.
HOWEVER, TO AVOID INCONVENIENCE TO APPLICANTS, PROPERLY
COMPLETED APPLICATIONS INCLUDING MINORS OVER AGE 13 MAY
BE ACCEPTED BUT ONLY UNTIL JULY 1, 1978.

6.  ALL POSTS SHOULD PUT THE NEW FORMS INTO USE WHEN
UNCLASSIFIED

UNCLASSIFIED

PAGE 05        STATE  305744

THEY ARE RECEIVED.  8 FAM WILL BE REVISED TO REFLECT
THESE CHANGES.    VANCE

UNCLASSIFIED

NNN

Zzyym v. Tillerson - AR 0114

United States Department of State
Washington, D.C. 20520
October 1, 1992

### Passport Bulletin 92- 22

TO          CA/PPT  All Regional Directors
All Office Directors
All Passport Services Staff

FROM       CA/PPT - Carmen A. DiPlacido
Acting Deputy Assistant Secretary
Passport Services

SUBJECT    Procedures for Handling Requests for a Change of Gender in Passports

REFERENCE   Instruction 2510.9F
Instruction 3120.2D
Instruction 3120.3C

SUMMARY

This bulletin provides a more detailed explanation of Passport Services' policy, and the procedures adjudicators are to follow, in cases where an applicant requests a different gender on the passport application from that on the applicant's citizenship evidence. It expands upon the previous information given to adjudicators as contained in current Instruction 2510.9F entitled "Names to be Written in Passports". It emphasizes the need for complete and detailed documentation regarding the change in gender; as well as the need for accurate identification and photographs reflecting the applicant's current appearance.

Because of the need for further medical guidance concerning certain aspects of this subject, a new and separate Instruction cannot be issued at this time. However, with the forthcoming publication of new Instruction 2105 regarding names, which does not contain any mention of gender disorder issues, it was believed essential to provide adjudicators with a uniform set of procedures to be followed in these types of cases.

PROCEDURES

A.  Documents to be submitted with an application:

     (1)  Evidence of U.S. citizenship

     (2)  Evidence of Identity.

(3) Photographs. Two recent and identical photographs reflecting a good likeness of, and satisfactorily identifying, the applicant. The adjudicator should not, in any instance, require photographs to conform to a preconceived "male" or "female" appearance. However, the photographs should agree with the submitted identification evidence and reflect the applicant's current and true appearance.

(4) Fee.

(5) Medical Documentation.

   (a) "Preoperative" Applicant. In the case of a preoperative transsexual, submitted documentation should be, at the very least, in the form of a detailed statement from the attending medical physician or surgeon outlining the applicant's past medical history relating to the gender disorder, such as past psychological and hormonal treatment, the treatment stage the applicant currently is in, and the approximate date of the sexual reassignment surgery.

   (b) "Postoperative" Applicant. In the case of a postoperative transsexual, submitted documentation should be in the form of appropriate medical documentation from either the attending surgeon or hospital evidencing that the sexual reassignment surgery has taken place.

(6) Name change. While some applicants may not have a name different from that on the citizenship evidence, most do. Adjudication of the name change should be handled as a routine request, and conform to the requirements listed in Section 3A of Instruction 2105 for change of name by court order, or in Section 5 of the Attachment to Instruction 2105 for a change of name without the benefit of a court order.

B.  Validity of passport to be issued:

   (1) Limited Validity. A one year limited validity passport reflecting a different gender from the citizenship evidence provided may be issued for a preoperative transsexual, if the applicant is immediately enroute to his or her gender reassign-surgery and upon presentation of acceptable medical documentation as listed in Section A (5) (a) above.

   (2) Full Validity. A full validity passport reflecting a different gender from the citizenship evidence provided may be issued for a postoperative transsexual upon presentation of acceptable medical documentation as listed in Section A(5)(b) above.

Any further questions regarding the acceptability of submitted evidence in such cases should be referred to the Office of Citizenship Appeals and Legal Assistance, PPT/C. The office telephone is (202) 326-6168/6178.

DISTRIBUTION:

CA
CA/OCS
CA/FPP
CA/PPT
CADiPlacido and Office Directors

UNCLASSIFIED

PAGE 01      STATE   090654 261018Z
ORIGIN PPT-01

INFO LOG-00   CA-02   OASY-00 TEDE-00 ADS-00  OCS-06    /009R

DRAFTED BY: CA/PPT/C:LJLOGAN
APPROVED BY: CA/PPT/C:WBWHARTON
CA/OCS/CCS/EUR:JOLIVER
DESIRED DISTRIBUTION
CA:MHARTY
                   ------------------ABDFAA  261026Z /38
R 261017Z MAR 93
FM SECSTATE WASHDC
TO USMISSION GENEVA
INFO AMEMBASSY BERN

UNCLAS STATE 090654

E.O. 12356:  N/A
TAGS:   CPAS
SUBJECT:   CHANGE OF GENDER IN PASSPORTS
REF:  GENEVA 02375

1.  DEPARMMENT POLICY IN SUCH CASES IS THAT A LIMITED ONE
YEAR VALIDITY PASSPORT REFLECTING A DIFFERENT GENDER FROM
THE CITIZENSHIP EVIDENCE SUBMITTED MAY BE ISSUED TO A
PREOPERATIVE TRANSSEXUAL IF THE APPLICANT IS IMMEDIATELY
ENROUTE TO HIS OR HER GENDER REASSIGNMENT SURGERY; AND,
UPON PRESENTATION OF ACCEPTABLE MEDICAL DOCUMENTATION.
THIS DOCUMENTATION MUST BE, AT THE VERY LEAST, IN THE
FORM OF A DETAILED STATEMENT FROM THE ATTENDING MEDICAL
PHYSICIAN OR SURGEON OUTLINING THE APPLICANT'S PAST
MEDICAL HISTORY RELATING TO THE GENDER DISORDER, (SUCH AS
PAST PSYCHOLOGICAL AND HORMONAL TREATMENT), HE TREATMENT
STAGE THE APPLICANT CURRENTLY IS IN, AND THE APPROXIMATE
DATE OF THE SEXUAL REASSIGNMENT SURGERY.

2.  IN THE CASE OF A POSTOPERATIVE TRANSSEXUAL, A FULL
VALIDITY PASSPORT MAY BE ISSUED, (OR A LIMITED PASSPORT
ISSUED FOR A PREOPERATIVE TRANSSEXUAL MAY BE EXTENDED TO
FULL VALIDITY), IF DOCUMENTATION FROM EITHER THE
ATTENDING SURGEON OR HOSPITAL IS SUBMITTED EVIDENCING
THAT THE SEXUAL REASSIGNMENT SURGERY HAS TAKEN PLACE.

3.  LAST YEAR, THE DEPARTMENT CHANGED ITS POLICY
CONCERNING PHOTOGRAPH REQUIREMENTS FOR PREOPERATIVE
TRANSSEXUALS.  PHOTOGRAPHS ARE NO LONGER REQUIRED TO
CONFORM TO A PRECONCEIVED QUOTE MALE UNQUOTE OR QUOTE
FEMALE UNQUOTE APPEARANCE.  HOWEVER, THE PHOTOGRAPHS
SHOULD AGREE WITH THE SUBMITTED IDENTIFICATION EVIDENCE
AND REFLECT THE APPLICANT'S CURRENT AND TRUE
APPEARANCE.

4.  REFTEL ALSO REQUESTED INFORMATION CONCERNING STATE
LAWS/PROCEDURES IN GENDER CHANGE CASES AS TO THE
AMENDMENT OF BIRTH CERTIFICATES, WILLS, ETC.  THE
DEPARTMENT HAS NO INFORMATION CONCERNING INDIVIDUAL
STATE LAWS REGARDING THIS ISSUE.  PERSONS REQUESTING
THIS INFORMATION SHOULD BE REFERRED TO THE PERTINENT
STATE INVOLVED FOR FURTHER GUIDANCE.

5.  IF POST HAS ANY FURTHER QUESTIONS CONCERNING ISSUE,
PLEASE REFER THEM TO DEPARTMENT, ATTN:  CA/PPT/C.
CHRISTOPHER

UNCLASSIFIED

NNNN