

United States Department of State

*Deputy Assistant Secretary
for Overseas Citizen Services*

*Washington, D.C. 20520*

<u>UNCLASSIFIED</u>                                    **May 14, 2010**

## ACTION MEMO FOR ASSISTANT SECRETARY JACOBS – CA

**FROM:**    CA/OCS – Michele Thoren Bond

**SUBJECT:**  7 FAM 1300 Appendix M – Gender Change

**Recommendation:**

That you approve publication of 7 FAM 1300 Appendix M Gender Change.

Approve ___AA___ 5/14/2010    Disapprove _____

**Background:**

The attached 7 FAM 1300 Appendix M provides new policy guidance for CA regarding gender change in a U.S. Passport or Consular Report of Birth Abroad (CRBA). Specifically, upon presentation of a certification, done under penalty of perjury, from the attending medical physician (internist, endocrinologist, gynecologist, urologist or psychiatrist) that the applicant has had appropriate clinical treatment for gender transition, the passport or CRBA can be written or amended in the new gender.

The physician's certification must include the physician's name, address, phone number, medical license or certificate number, state of issuance, DEA registration number, and a statement that the physician has a doctor-patient relationship with the applicant. A full-validity passport in the new gender will be issued on the basis of this certification. The physician's statement may also state that the patient is in the process of gender transition, which will result in issuance of a two-year limited validity passport in the new gender.

The new policy and procedures in the Appendix are based on standards and recommendations of the World Professional Association for Transgender Health (WPATH), recognized as the authority in this field by the American Medical Association. The FAM Appendix has been cleared by PPT, OCS, FPP, L/CA, M/MED and reviewed by the OIG.

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>
-2-

We believe that the Appendix addresses the concerns raised by Ambassador Guest and the Council for Global Equality. While we will not create a new form for change of gender, we provided an exhibit with model language to be used by the attending physician. The passport applicant may indicate the new gender on the passport application itself.

L/CA discussed the Appendix with Jim Thessin, who recommended that CA inform Under Secretary Kennedy of the change but did not believe a formal Department clearance was required. The Appendix will be published Unclassified on both the Internet and Intranet.

Media Note

Office of the Spokesman
Washington, DC
June 9, 2010

The U.S. Department of State is pleased to use the occasion of Lesbian, Gay, Bisexual, Transgender Pride Month to announce its new policy guidelines regarding gender change in passports and Consular Reports of Birth Abroad.

Beginning June 10, when a passport applicant presents a certification from an attending medical physician that the applicant has undergone appropriate clinical treatment for gender transition, the passport will reflect the new gender. The guidelines include detailed information about what information the certification must include. It is also possible to obtain a limited-validity passport if the physician's statement shows the applicant is in the process of gender transition. No additional medical records are required. Sexual reassignment surgery is no longer a prerequisite for passport issuance. A Consular Report of Birth Abroad can also be amended with the new gender.

As with all passport applicants, passport issuing officers at embassies and consulates abroad and domestic passport agencies and centers will only ask appropriate questions to obtain information necessary to determine citizenship and identity.

The new policy and procedures are based on standards and recommendations of the World Professional Association for Transgender Health (WPATH), recognized by the American Medical Association as the authority in this field.

PRN: 2010/766

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

# 7 FAM 1300 APPENDIX M
# GENDER CHANGE

*(CT:CON-334;   06-10-2010)*
*(Office of Origin:  CA/OCS/PRI)*

## 7 FAM 1310 APPENDIX M  SUMMARY

*(CT:CON-334;   06-10-2010)*

a.  This appendix provides policy and procedures that passport specialists and consular officers must follow in cases in which an applicant requests a gender on the passport application different from the one reflected on some or all of the submitted citizenship and/or identity evidence, including a prior passport.

b.  This policy explains the need for medical certification from an attending medical physician regarding the change in gender, as well as the need for accurate identification and a photograph reflecting the applicant's current appearance.  It is based on standards and recommendations of the World Professional Association for Transgender Health (WPATH), recognized as the authority in the field by the American Medical Association.

c.  A passport is defined by INA 101(a)(30) (Immigration and Nationality Act) (8 U.S.C. 1101(a)(30)) as "any travel document issued by competent authority showing the bearer's origin, identity, and nationality if any, which is valid for the entry of the bearer into a foreign country." An individual's gender is an integral part of that person's identity.

d.  Sexual reassignment surgery is not a prerequisite for passport issuance and such documentation must not be requested.

e.  Medical certification of gender transition from an attending medical physician as described in 7 FAM 1320 Appendix M is the only documentation of gender change required.  Other medical records are not to be requested.  If a passport adjudicating officer or consular officer has questions about this guidance or a particular case, see 7 FAM 1380 Appendix M.

ARCHIVE COPY

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

# 7 FAM 1320 APPENDIX M  DOCUMENTS TO BE SUBMITTED WITH PASSPORT APPLICATION

*(CT:CON-334;  06-10-2010)*

a. Requirements for all elements of the passport application aside from gender still apply, including:

(1)    Evidence of U.S. citizenship/nationality.  The applicant must submit acceptable evidence of U.S. citizenship or nationality.  (See 7 FAM 1100 Acquisition and Retention of U.S. Citizenship and Nationality.)  It is not necessary, however, for the applicant to obtain an amended birth record reflecting the change of gender.  State law in the United States and the laws of other countries vary on whether an amended birth certificate may be issued reflecting a gender change;

(2)    Evidence of identity.  The applicant must be asked to submit acceptable evidence of identity in the new gender, if available, and must submit evidence of the new name, if changed.  (See 7 FAM 1320.)  State law and foreign laws vary as to whether a driver's license or other State government form of identity document may be issued reflecting a gender change.  If evidence of change of gender in the identity documents is not obtainable because of state or local requirements, the passport may still be issued in the new gender based on the medical certification outlined below in paragraph b(1)(f);

(3)    Photographs.  A recent photograph that reflects a good likeness of, and satisfactorily identifies the applicant must be submitted.  The photograph must agree with the submitted identification evidence and reflect the applicant's current and true appearance.  (See also 7 FAM 1300 Appendix E Passport Photographs.)

(4)    Passport Fee.  All necessary passport fees must be submitted.  (See 7 FAM 1300 Appendix G Passport Fees.)

(5)    Name Change.  If the applicant's name has been changed, he/she must present satisfactory evidence of a legal name change.  Adjudication of the name change must be handled as a routine request and conform to the requirements of 7 FAM 1300 Appendix C Names to Be Used in Passports.

ARCHIVE COPY

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

b. Medical Certification.

(1)  A full validity U.S. passport will be issued reflecting a new gender upon presentation of the following:  A signed original statement, on office letterhead, from the attending medical physician (internist, endocrinologist, gynecologist, urologist or psychiatrist).  The statement must include the following information (See 7 FAM 1320 Appendix M Exhibit B):

(a)  Physician's full name;

(b)  Medical license or certificate number;

(c)  Issuing state or other jurisdiction of medical license/certificate;

(d)  Drug Enforcement Administration (DEA) registration number assigned to the physician;

> NOTE:  If the attending physician does not have or provide a DEA number, the passport application is to be suspended for further clarification or verification of the physician's bona fides. Physicians in foreign countries, for example, would not have a DEA number.

(e)  Address and telephone number of the physician;

(f)  Language stating that he/she is the attending physician for the applicant and that he/she has a doctor/patient relationship with the applicant;

(g)  Language stating the applicant has had appropriate clinical treatment for gender transition to the new gender (male or female);

(h)  Language stating "I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct": and

(i)  Annotate the application "gender transition" to record the reason for issuing the full validity passport in the new gender.

> NOTE:  Passport adjudicators and consular officers must not ask for additional medical information from the

7 FAM 1300 Appendix M  Page 3 of 9

Zzyym v. Tillerson – AR 0125

applicant.

(2) A two year limited validity passport reflecting the new gender will be issued upon presentation of the following:

    (a) Information listed in paragraph 1(a)-(h) above;

    (b) Language stating the applicant is in the process of gender transition to the new gender (male or female); and

    (c) Use endorsement code 46 for domestic and Overseas Photodigitized Passports (OPDP) issuance. Annotate the application "gender transition" to record the reason for the limited validity book in the new gender.

> **Endorsement Code 46:** THIS PASSPORT EXPIRES ON (MON DAY, YEAR). IT CANNOT BE REPLACED WITHOUT THE EXPRESS AUTHORIZATION OF THE DEPARTMENT OF STATE.

(3) If overseas, and an Emergency Photodigitized Passport (EPDP) must be issued so that the applicant can travel, the passport must be limited to three months using endorsement code 109. Annotate the application "gender transition" to record the reason for the limited validity book in the new gender.

> **Endorsement Code 109:** THIS PASSPORT EXPIRES ON (mon day, year). IT CANNOT BE REPLACED WITHOUT THE EXPRESS AUTHORIZATION OF THE DEPARTMENT OF STATE.

(4) The applicant will receive a passport for the remaining full validity period without further fee, (except for expedited service), if:

    (a) He/she applies for the new passport within two years of issuance using form DS-5504, Application for a U.S. Passport (Name Change, Data Correction and Limited Passport Book Replacement);

    (b) Meets the requirements of (1) or (2) above. ; and

    (c) Use Endorsement Code 3 for domestic and OPDP passports.

> **Endorsement Code 3: THIS PASSPORT REPLACES (REGULAR/OFFICIAL/ DIPLOMATIC) PASSPORT NUMBER (NUMBER) ISSUED ON (MON DAY, YEAR).**

ARCHIVE COPY

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

> **IT IS VALID UNTIL (MON DAY, YEAR).**
>
> To replace a passport canceled in error, spoiled or defective book, or a passport containing a data error. Limit to expiration date of original passport.

c. If the applicant has not submitted the requested medical certification, use the appropriate Information Request Letter (IRL) in corresponding with the passport applicant.  (See also 7 FAM 1320 Appendix M Exhibit A, Information Request Letter Regarding Gender Change.)  (See 7 FAM 1300 Appendix T for general guidance about IRLs.)

# 7 FAM 1330 APPENDIX M  CONVERSATIONS WITH PASSPORT APPLICANTS SEEKING TO DOCUMENT GENDER TRANSITION

*(CT:CON-334;  06-10-2010)*

a. As with all passport applicants, you must be sensitive and respectful at all times.

b. Refer to the applicant by the pronoun appropriate to his/her new gender.

c. Ask only appropriate questions regarding information necessary to determine citizenship and identity of the applicant.

# 7 FAM 1340 APPENDIX M  AMENDING GENDER IN REPORTS OF BIRTH

*(CT:CON-334;  06-10-2010)*

The Form FS-240, Consular Report of Birth Abroad of Citizen of the United States of America, can be amended by the Vital Records Section of Passport Services (CA/PPT/TO/RS/VR) to reflect the change in gender.  The same documentary requirements specified above for passport services would pertain to amending gender in a Form FS-240.  (See 7 FAM 1440, Consular Report of Birth Abroad of a Citizen of the United States of America.)  Inquirers should be directed to Passport Vital Records.

ARCHIVE COPY

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

---

**Contact ...**

U.S. Department of State
Passport Services
Vital Records Section
1111 19th Street, NW, Suite 510
Washington, DC 20522-1705
(202) 955-0307

---

# 7 FAM 1350 APPENDIX M  CASES OF UNSPECIFIED GENDER

*(CT:CON-334;  06-10-2010)*

"Intersex" is a group of conditions where there is a discrepancy between the internal and external genitals (previously this was referred to as hermaphroditism).  Unless the applicant has undergone gender transition as outlined in this appendix, the gender listed on the applicant's birth documentation will determine the gender to be listed in the passport.

# 7 FAM 1360 APPENDIX M  GENDER ERRORS IN ORIGINAL BIRTH CERTIFICATE

*(CT:CON-334;  06-10-2010)*

If an applicant advises that the gender on his/her birth document mistakenly lists the wrong gender due to typographical error, refer the applicant to the appropriate issuing vital records office.

# 7 FAM 1370 APPENDIX M  QUESTIONS

*(CT:CON-334;  06-10-2010)*

a. Passport agencies and centers should contact CA-PPT-ADJQ@state.gov for specific guidance.

b. U.S. embassies and consulates should contact ASKPRI@state.gov for specific guidance.

Zzyym v. Tillerson – AR 0128

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

# 7 FAM 1380  THROUGH 1390 APPENDIX M UNASSIGNED

## 7 FAM 1320 APPENDIX M EXHIBIT A INFORMATION REQUEST LETTER TO APPLICANTS REGARDING GENDER CHANGE

*(CT:CON-334;   06-10-2010)*

Dear [Name of subject]:

Thank you for your recent passport application. We need your help in order to continue processing your request for the issuance of a passport reflecting a gender different from the one reflected on some or all of the submitted citizenship and/or identity evidence.

A full validity passport reflecting the new gender will be issued to you upon submission of a signed original statement, on office letterhead, from your attending medical physician (internist, endocrinologist, gynecologist or urologist, psychiatrist).  The statement, signed under penalty of perjury, must include the following information:

(a)  Physician's full name;

(b)  Medical license or certificate number;

(c)  Issuing state of medical license/certificate;

(d)  Drug Enforcement Administration (DEA) registration number assigned to the physician;

(e)  Address and telephone number of the physician;

(f)  Language stating that he/she is the attending physician for the applicant.  He/she has a doctor/patient relationship with the applicant; and

(g)  Language stating that the applicant has had appropriate clinical treatment for gender transition to the new gender (male or female).

If your gender transition process is ongoing, a two year limited validity passport reflecting the new gender will be issued upon submission of the items above and a statement from your attending physician that you are in

ARCHIVE COPY

Zzyym v. Tillerson – AR 0129

the process of gender transition.

If we do not receive the requested information within ninety (90) days or the information you submit is insufficient to establish your gender transition, your passport will be issued in your birth gender.  If you prefer you may withdraw your application.  By law, passport fees are not refundable.  Any special return postage will be returned or refunded.

Sincerely,

[Signature]

[Name]

[Title]

[Name of Passport Issuing Office]



# 7 FAM 1320 APPENDIX M EXHIBIT B  MODEL LETTER FOR ATTENDING PHYSICIAN CERTIFYING TO THE APPLICANT'S GENDER CHANGE

*(CT:CON-334;   06-10-2010)*

## Attending Physician's Letterhead (Physician's Address and Telephone Number)

I, (physician's full name), (physician's medical license or certificate number), (issuing state of medical license/certificate), (DEA Registration number), am the attending physician of (name of patient), with whom I have a doctor/patient relationship.  (The letter must indicate that the physician is either an internist, endocrinologist, gynecologist, urologist or psychiatrist.)

(Name of patient) has had appropriate clinical treatment for gender transition to the new gender (specify new gender male or female).

> Or

Zzyym v. Tillerson - AR 0130

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

(Name of patient) is in the process of gender transition to the new gender
(specify new gender male or female).

I declare under penalty of perjury under the laws of the United States that
the forgoing is true and correct.



Signature of Physician

Type Name of Physician

Date

7 FAM 1300 Appendix M  Page 9 of 9

**From:** Mara Keisling [mailto:mkeisling@transequality.org]
**Sent:** Monday, August 30, 2010 5:31 PM
**To:** Conway, Barry J
**Cc:** mike@globalequality.org; Shannon Minter; mark bromley; lmottet@thetaskforce.org; Julie Dorf;
Harper Jean Tobin
**Subject:**

Mr. Conway,

We deeply appreciate the actions taken by the State Department on June 10 to update passport
policies so as better to serve transgender citizens' needs for safe foreign travel and accurate
identification documents.  Both our organizations and those whose interests we represent are
grateful for this effort to ensure that the passport needs of all U.S. citizens are respected and met.

Since these policies were introduced, we have spoken with a range of transgender citizens,
doctors, mental health providers, and lawyers who advise transgender clients to discuss and
explain the changes that were made. In these discussions, it has become clear that several
difficulties have already arisen in the implementation of the new policies.  For reasons of both
clarity and effectiveness, we have framed a set of modest recommended changes to the Foreign
Affairs Manual.  These recommendations are attached.

We know that the nuances of transgender and intersex issues are not always evident or easily
understood.  For that reason, we would be pleased to meet or speak by conference call with you
and your team to follow up on these recommendations.  We also would be happy to provide
additional documentation, as needed.

Again, we are grateful for the Department's actions to date and hope that you will find the
attached recommendations useful in your mission to ensure fast, user-friendly customer service.


Mara Keisling
Executive Director, National Center for Transgender Equality

*On behalf of*

Council for Global Equality
National Center for Lesbian Rights
National Center for Transgender Equality
National Gay & Lesbian Task Force


Attachment:
        As stated.

## Recommendations Regarding
## Gender- and Intersex-Related Revisions to FAM

### Expanded List of Medical Specialists Permitted to Certify Gender Transition

The FAM lists only five types of medical specialists authorized to certify gender transition: psychiatrists, gynecologists, urologists, endocrinologists and internists. This limited list fails to capture many, even most providers who commonly provide and/or oversee transition-related care. Internationally recognized standards of care for the medical treatment of transgender people include a range of other providers, including therapists, surgeons, pediatricians and family practitioners. Failure to include these and other care providers has caused confusion among those with whom we have held discussions and would disadvantage some transgender citizens who do not have contacts with the limited range of specialists currently identified in the FAM.

> **Recommendation:** That certification be accepted from any licensed physician or licensed mental health provider who has treated or evaluated the applicant and provides a statement certifying that relationship under penalty of perjury, along with his/her professional license number.

### Clarifications to the Term "Attending Physicians"

Given that the FAM is a public document, we would appreciate an appropriate clarification of the term "attending physician," as used by the State Department in passport adjudications. This term is not commonly used or understood in the context of transition-related care for transgender people. Of note, many people apply for a passport years after they transition and no longer are in contact with any of the professionals who may have coordinated their care during transition.

> **Recommendation:** That the relevant section of the FAM clarify or replacing the term "attending physician" for the benefit of transgender citizens and providers who consult the FAM in the passport application process.

### Accurate Elaboration of Intersex Conditions

Several issues related to the FAM's treatment of intersex conditions bear revision or elaboration:

**Title**: The section title "Cases of Unspecified Gender" is misleading and inaccurate: it is exceedingly rare that anyone has an officially "unspecified gender," which implies that no gender was specified on one's birth documentation or other records. Using commonly accepted medical terminology should enable people with intersex conditions to recognize the policy section that is relevant to them.

> **Recommendation**: That this section be renamed "Intersex Conditions (Disorders of Sex Development)" for the above reasons.

1

**Definition**:  The new policy states that "'Intersex' is a group of conditions where there is a discrepancy between the internal and external genitals (previously referred to as hermaphroditism)." This definition is inaccurate as there are many Disorders of Sex Development that do not necessarily involve a discrepancy between internal and external genitals.

> **Recommendation**:  That the FAM's definition of "intersex," as noted above, be revised to note that "'Intersex' is a condition in which a person is born with a reproductive or sexual anatomy and/or chromosomal pattern that does not fit typical definitions of male or female." This definition is used by Advocates for Informed Choice (AIC), an organization that specializes in public education and advocacy on behalf of intersex people.

**Treatment Standards**:  The new policy requires a person with an intersex condition to meet exactly the same standard as a transgender person—that is, to submit proof of "treatment for gender transition." That requirement does not make medical sense, however, because many people with intersex conditions do not undergo "gender transitions." Rather, they may not have been identified with the correct gender on their birth certificates due to an error of medical diagnosis, and a correct gender assignment may have been made months or years later, in childhood, adolescence, or adulthood. Birth documentation often is not updated to reflect the corrected gender, for logistical, geographical or financial reasons, or due to refusal of state authorities to make relevant changes. Moreover, medical treatment may not have been required in this process, and when it is required, medical providers do not typically refer to that treatment as "gender transition," which is a term used only in reference to transgender people. It is important that federal policies accurately track medical practice in this area.

> **Recommendation:**  That the Intersex section reproduce the documentary requirements set out in section b of 7 FAM 1320 Appendix M, with the following changes:
> - Replace the current language in b(1)(g) with the following: "Language stating that the applicant has an intersex condition or disorder of sex development, and that the correct gender designation should be (male or female);
> - Replace the term "new gender" with "corrected gender"; and,
> - Replace the term "gender transition" with "gender correction."

*On behalf of*

Council for Global Equality

National Center for Lesbian Rights

National Center for Transgender Equality

National Gay & Lesbian Task Force

2



United States Department of State

*Deputy Assistant Secretary*
*for Overseas Citizen Services*

*Washington, D.C. 20520*

UNCLASSIFIED                                    December 8, 2010

## ACTION MEMO FOR ASSISTANT SECRETARY JACOBS – CA

FROM:    CA/OCS – James D. Pettit

SUBJECT:  7 FAM 1300 Appendix M – Gender Changes

**Recommendation**

That you approve publication of 7 FAM 1300 Appendix M Gender Change revision.

Approve _____ 12/16/10    Disapprove _____

**Background**

CA/PPT was contacted by the Council for Global Equality, the National Center for Lesbian Rights, the National Center for Transgender Equality, and the National Gay and Lesbian Task Force with recommendations for clarifications to 7 FAM 1300 Appendix M Gender Change. PPT, OCS, and L/CA have reviewed the recommendations and agree with the proposed changes with one exception, designation of persons other than licensed physicians to certify the gender change. The attached draft revision makes the following changes:

- Substitutes the term "licensed physician" for "attending physician," which the community advises is not commonly understood;

Eliminates limitation of medical fields of licensed physicians authorized to prepare the certification. The new text states, "Such licensed physicians include Medical Doctors (M.D.) and Doctors of Osteopathy (D.O.). The physicians may specialize as internists, endocrinologists, gynecologists, urologists, surgeons, psychiatrists, pediatricians, and family practitioners.

- Statements from persons who are not licensed physicians, such as psychologists, nurse practitioners, health practitioners, chiropractors, are **not** acceptable."

UNCLASSIFIED

Zzyym v. Tillerson – AR 0135

UNDER<u>CLASSIFIED</u>

- 2 -

- Revises the subsection entitled "Cases of Unspecified Gender" to read "Intersex Conditions" and revise text as recommended by the NGOs; and
- Clarifies documentary evidence from foreign licensed physicians who do not have a DEA number.

We also took the opportunity to clarify some of the procedural language for passport agencies and centers and consular officers. If you approve, we will share our changes with the NGO contacts just prior to publication to give them the opportunity to review the revisions.

<u>Attachments</u>:

Tab 1 – 7 FAM 1300 Appendix M Draft Revision
Tab 2 – NGO Recommendations Regarding 7 FAM 1300 Appendix M

<u>UNCLASSIFIED</u>

Zzyym v. Tillerson – AR 0136

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

# 7 FAM 1300 APPENDIX M
# GENDER CHANGE

*(CT:CON-351;  01-20-2011)*
*(Office of Origin:  CA/OCS/PRI)*

## 7 FAM 1310 APPENDIX M  SUMMARY

*(CT:CON-351;  01-20-2011)*

a. This appendix provides policy and procedures that passport specialists and consular officers must follow in cases in which an applicant requests a gender on the passport application different from the one reflected on some or all of the submitted citizenship and/or identity evidence, including a prior passport.

b. This policy explains the need for medical certification from a *licensed* physician *who has treated the applicant or reviewed and evaluated the medical history of the applicant* regarding the change in gender, as well as the need for accurate identification and a photograph reflecting the applicant's current appearance.  It is based on standards and recommendations of the World Professional Association for Transgender Health (WPATH), recognized as the authority in this field by the American Medical Association.

c. A passport is defined by INA 101(a)(30) (Immigration and Nationality Act) (8 U.S.C. 1101(a)(30)) as "any travel document issued by competent authority showing the bearer's origin, identity, and nationality if any, which is valid for the entry of the bearer into a foreign country." An individual's gender is an integral part of that person's identity.

d. Sexual reassignment surgery is not a prerequisite for passport issuance.

e. Medical certification of gender transition from a *licensed* physician as described in 7 FAM 1320 Appendix M is the only documentation of gender change required.  Other medical records are not to be requested.  If a passport *specialist* or consular officer has questions about this guidance or a particular case, see 7 FAM *1370* Appendix M.

ARCHIVE COPY

Zzyym v. Tillerson – AR 0137

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

# 7 FAM 1320 APPENDIX M  DOCUMENTS TO BE SUBMITTED WITH PASSPORT APPLICATION

*(CT:CON-351;  01-20-2011)*

a.  Requirements for all elements of the passport application aside from gender still apply, including:

    (1)  **Evidence of U.S. citizenship/nationality.**  The applicant must submit acceptable evidence of U.S. citizenship or nationality.  (See 7 FAM 1100 Acquisition and Retention of U.S. Citizenship and Nationality.)  It is not necessary, however, for the applicant to obtain an amended birth record reflecting the change of gender.  State law in the United States and the laws of other countries vary on whether an amended birth certificate may be issued reflecting a gender change;

    (2)  **Evidence of identity.**  The applicant must be asked to submit acceptable evidence of identity in the new gender, if available, and must submit evidence of the new name, if changed.  (See 7 FAM 1320.)  State law and foreign laws vary as to whether a driver's license or other State government form of identity document may be issued reflecting a gender change.  If evidence of change of gender in the identity documents is not obtainable because of state or local requirements, the passport may still be issued in the new gender based on the medical certification outlined below in paragraph b(1)(f);

    (3)  **Photograph.**  A recent photograph that reflects a good likeness of, and satisfactorily identifies the applicant must be submitted.  The photograph must agree with the submitted identification evidence and reflect the applicant's current and true appearance.  (See also 7 FAM 1300 Appendix E Passport Photographs.)

    (4)  **Passport Fee.**  All necessary passport fees must be submitted. (See 7 FAM 1300 Appendix G Passport Fees.)

    (5)  **Name Change.**  If the applicant's name has been changed, he/she must present satisfactory evidence of a legal name change. Adjudication of the name change must be handled as a routine request and conform to the requirements of 7 FAM 1300 Appendix C, Names to Be Used in Passports.

ARCHIVE COPY

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

b. **Medical Certification** *Accepted for Gender Change/Transition.*

   (1)   A full validity U.S. passport will be issued reflecting a new gender upon presentation of a signed original statement, **on office letterhead,** from *a licensed* physician *who has treated the applicant for his/her gender-related care or reviewed and evaluated the gender-related medical history of the applicant.*

> **Note:**
>
> *Such licensed physicians include Medical Doctors (M.D.) and Doctors of Osteopathy (D.O.). The physicians may specialize in various medical fields, including, but not limited to, internists, endocrinologists, gynecologists, urologists, surgeons, psychiatrists, pediatricians, and family practitioners.*
>
> *Statements from persons who are not licensed physicians, such as psychologists, nurse practitioners, health practitioners, chiropractors, are not acceptable.*

The statement **must** include the following information (See 7 FAM 1320 Appendix M Exhibit B):

   (a)   Physician's full name;

   (b)   Medical license or certificate number;

   (c)   Issuing state, *country,* or other jurisdiction of medical license/certificate;

   (d)   Drug Enforcement Administration (DEA) registration number assigned to the *doctor or comparable foreign registration number, if applicable;*

      (i)   *If the U.S.-based licensed physician does not provide a DEA number, you must request that this be provided in a new statement. If the statement with the DEA number is not provided after an appropriate period of time (generally 90 days), the application must be denied.*

      (ii)   *Licensed physicians in foreign countries might not have a DEA number, but might have a comparable foreign registration number. Domestic passport agencies/centers*

Zzyym v. Tillerson – AR 0139

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

> *must scan copies of the application and attach all submitted documents to the Adjudication Policy Division (CA/PPT/A/AP) at CA-PPT-AdjQ@state.gov.  CA/PPT/A/AP will work with the Directorate of Overseas Citizens Services' Office of Policy Review and Inter Agency Liaison (CA/OCS/PRI) to verify the bona fides of the foreign physician with the applicable post abroad.*

    (iii)   *Posts must verify their own foreign-based licensed physicians or, if the statement is from a physician in another country, contact the post which covers that country for verification.*

(e)   Address and telephone number of the physician;

(f)   Language stating that he/she *has treated* the applicant *or has reviewed and evaluated the medical history of the applicant* and that he/she has a doctor/patient relationship with the applicant;

(g)   Language stating the applicant has had appropriate clinical treatment for gender transition to the new gender *of either* male or female; *and*

(h)   Language stating "I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct."

(2)   A two year limited validity passport reflecting the new gender will be issued upon presentation of the following:

    (a)   Information listed in paragraph 1(a)-(f) above;

    (b)   Language stating the applicant is in the process of gender transition to the new gender *of either* male or female; and

    (c)   Language stating *"I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct."*

c. **Adjudication Actions.**

(1)   *The passport specialist or consular officer will annotate the application "gender change" to record the reason for issuing the full validity passport in the new gender.*

ARCHIVE COPY

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

> **NOTE:** Passport specialists and consular officers must not ask for additional specific clinical details regarding the gender change from the applicant.

(2)     The passport specialist or consular officer will annotate the application "gender transition" to record the reason for issuing the limited validity passport in the new gender. When limited passports are issued in these cases:

(a)     Use endorsement code 46 for domestic and Overseas Photodigitized Passports (OPDP) issuance. Annotate the application "gender transition" to record the reason for the limited validity book in the new gender.

> Endorsement Code 46: THIS PASSPORT EXPIRES ON (MON DAY, YEAR). IT CANNOT BE REPLACED WITHOUT THE EXPRESS AUTHORIZATION OF THE DEPARTMENT OF STATE.

(b)     Use endorsement code 109 in Emergency Photodigitized Passports (EPDPs) for urgent overseas cases where the applicant must travel immediately. Limit the EPDP to three months.

> **Endorsement Code 109: THIS PASSPORT EXPIRES ON (mon day, year). IT CANNOT BE REPLACED WITHOUT THE EXPRESS AUTHORIZATION OF THE DEPARTMENT OF STATE.**

(3)     An applicant will receive a passport for the remaining full validity period without further fee (except for expedited service), if:

(a)     He/she applies for the new passport within two years of issuance using Form DS-5504, Application for a U.S. Passport (Name Change, Data Correction, and Limited Passport Book Replacement); and

(b)     Meets the requirements of 7 FAM 1320 Appendix M paragraph a and 7 FAM 1320 Appendix M paragraph b(1).

(c)     Use endorsement code 3 and list the expiration date as five (for minors) or ten years from the issuance date of the original, limited validity passport book, minus one day.

ARCHIVE COPY

Zzyym v. Tillerson – AR 0141

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

---

*Example (for an adult):*

*The issuance date of the limited passport is "July 31, 2010."*

*The issuance date in the new full validity passport will be automatically assigned by TDIS.*

*However, the issuance date is placed in endorsement code must be that of the original, limited passport "July 31, 2010."*

*The expiration date listed in the endorsement must be five (for minors) or ten years from the issuance date of the original, limited validity passport book, minus one day.*

*Endorsement Code 2: THIS PASSPORT REPLACES (REGULAR/OFFICIAL/ DIPLOMATIC) PASSPORT NUMBER (NUMBER) ISSUED ON (MON DAY, YEAR). IT IS VALID UNTIL (MON DAY, YEAR).*

---

(4)  If the applicant has not submitted the requested medical certification, use the appropriate Information Request Letter (IRL) in corresponding with the passport applicant.  (See also 7 FAM 1320 Appendix M Exhibit A, Example Letter Regarding Gender Change.)  See 7 FAM 1300 Appendix T for general guidance about IRLs.)

(5)  If, after two years, the applicant applies for a new passport and gender transition has not been completed, the applicant must submit a new physician's statement reflecting that the applicant still is in the process of gender transition.  Another two-year validity passport will be issued.

(6)  If an applicant is renewing his/her passport, but is applying for the

Zzyym v. Tillerson – AR 0142

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

renewal in a new gender, the applicant must use Form DS-11, and submit medical certification, including all elements previously stated in listed in 7 FAM 1320 Appendix M paragraph b, or birth documentation in the new gender.

(7)    If an applicant who has been issued a passport in a new gender requests issuance of a passport in the birth gender, a certification under penalty of perjury from a licensed physician who has treated the applicant or reviewed and evaluated the medical history of applicant is required.  The statement must include all the elements previously stated in 7 FAM 1320 Appendix M paragraph b.

# 7 FAM 1330 APPENDIX M  CONVERSATIONS WITH PASSPORT APPLICANTS SEEKING TO DOCUMENT GENDER TRANSITION

*(CT:CON-334;  06-10-2010)*

a.  As with all passport applicants, you must be sensitive and respectful at all times.

b.  Refer to the applicant by the pronoun appropriate to his/her new gender.

c.  Ask only appropriate questions regarding information necessary to determine citizenship and identity of the applicant.

# 7 FAM 1340 APPENDIX M  AMENDING GENDER IN REPORTS OF BIRTH

*(CT:CON-351;  01-20-2011)*

The Form FS-240, Consular Report of Birth Abroad of Citizen of the United States of America, can be amended by the Vital Records Section of Passport Services (CA/PPT/TO/RS/VR) to reflect the change in gender.  The same documentary requirements specified above for passport services would pertain to amending gender in a Form FS-240.  (See 7 FAM 1440, Consular Report of Birth Abroad of a Citizen/*Non-Citizen National* of the United States of America.)  Inquirers should be directed to Passport Vital Records.

Zzyym v. Tillerson – AR 0143

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

---

**Contact ...**

U.S. Department of State
Passport Services
Vital Records Section
1111 19th Street, NW, Suite 510
Washington, DC 20522-1705
(202) 955-0307

---

# 7 FAM 1350 APPENDIX M  INTERSEX CONDITIONS (DISORDERS OF SEX DEVELOPMENT)

*(CT:CON-351;  01-20-2011)*

a. *"Intersex" is a condition in which a person is born with a reproductive or sexual anatomy and/or chromosomal pattern that does not fit typical definitions of male or female.*

b. *Birth documentation is often not updated to reflect corrected gender.  The applicant must provide a statement from a licensed physician who has treated the applicant for his/her gender-related care or reviewed and evaluated the gender-related medical history of the applicant.  The statement must include all the information required in 7 FAM 1320 Appendix M paragraph b(1), adjusting the language to reflect the intersex condition and specify the gender correction to either male or female.*

c. *Unless the applicant provides the statement described above, the gender listed on his/her birth documentation will determine the gender to be listed in the passport.*

# 7 FAM 1360 APPENDIX M  GENDER ERRORS IN ORIGINAL BIRTH CERTIFICATE

*(CT:CON-351;  01-20-2011)*

If an applicant advises that the gender on his/her birth document mistakenly lists the wrong gender due to typographical error, refer the applicant to the appropriate issuing vital records office *to have the error corrected.*

Zzyym v. Tillerson – AR 0144

U.S. Department of State Foreign Affairs Manual – Volume 7 Consular Affairs

# 7 FAM 1370 APPENDIX M  QUESTIONS

*(CT:CON-334;   06-10-2010)*

a. Passport agencies and centers should contact CA-PPT-ADJQ@state.gov
   for specific guidance.

b. U.S. embassies and consulates should contact ASKPRI@state.gov for
   specific guidance.

# 7 FAM 1380 APPENDIX M   THROUGH 1390
# APPENDIX M  UNASSIGNED

# 7 FAM 1320 APPENDIX M  EXHIBIT A
# INFORMATION REQUEST LETTER TO
# APPLICANTS REGARDING GENDER CHANGE

*(CT:CON-351;   01-20-2011)*

Dear [Name of subject]:

Thank you for your recent passport application.  We need your help in order
to continue processing your request for the issuance of a passport reflecting
a gender different from the one reflected on some or all of the submitted
citizenship and/or identity evidence.

A full validity passport reflecting the new gender will be issued to you upon
submission of a signed original statement, on office letterhead, from your
*licensed physician*.  The statement, signed under penalty of perjury, must
include *all* the following information:

    (a)   Physician's full name;

    (b)   Medical license or certificate number;

    (c)   Issuing state of medical license/certificate;

    (d)   Drug Enforcement Administration (DEA) registration number
        assigned to the physician *or comparable foreign designation, if*
        *applicable;*

ARCHIVE COPY