(d) Address and telephone number of the licensed physician;

(e) Language stating that he/she has treated the applicant or has reviewed and evaluated the medical history of the applicant and that he/she has a doctor/patient relationship with the applicant;

(f) Language stating the applicant has had appropriate clinical treatment for gender transition to the new gender of either male or female; and

(g) Language stating "I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct."

(2) For individuals who have just begun and may be in the initial stages of the gender transition process, a two year limited validity passport reflecting the new gender will be issued upon presentation of the following:

(a) Information listed in paragraph 1(a)-(e) above;

(b) Language stating the applicant is in the process of gender transition to the new gender of either male or female; and

(c) Language stating "I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct."

(3) Faxed, e-mailed, or scanned photocopies of medical certifications are not acceptable.

c. **Adjudication Actions.**

(1) The passport specialist or consular officer will annotate the application "**gender change**" (in the "For Issuing Office Only" block of the Form DS-11) to record the reason for issuing the full validity passport in the new gender. Attach the medical certification to the application.

| **NOTE:** Passport specialists and consular officers must not ask for additional specific clinical details regarding the gender change from the applicant. |
|---|

(2) The passport specialist or consular officer will annotate the application "**gender transition**" (in the "For Issuing Office Only" block of the Form DS-11) to record the reason for issuing the limited validity passport in the new gender. Attach the medical certification to the application when limited passports are issued in these cases:

(a) Use endorsement code 46 for U.S. and Overseas Photodigitized Passports (OPDP) issuance. Annotate the application "gender transition" to record the reason for the limited validity book in the new gender. (See 7 FAM 1300 Appendix B "Endorsement Codes" for appropriate code.)

(b) Use endorsement code 109 in Emergency Photodigitized Passports (EPDPs) for urgent overseas cases where the applicant must travel immediately. Limit the EPDP to three months. (See 7 FAM 1300 Appendix B for appropriate code.)

ARCHIVE COPY

(3) An applicant will receive a passport for the remaining full validity period without further fee (except for expedited service), if:

(a) He/she applies for the new passport within two years of issuance using Form DS-5504, Application for a U.S. Passport (Name Change, Data Correction, and Limited Passport Book Replacement); and

(b) Meets the requirements of 7 FAM 1320 Appendix M paragraph a and 7 FAM 1320 Appendix M paragraph b(1).

(c) You must use endorsement code 3 (see 7 FAM 1300 Appendix B for appropriate code) in all gender change replacement books.

> **Example (for an adult)**:
>
> - The issuance date of the limited passport is "July 31, 2010."
> - The issuance date in the new full validity passport will be automatically assigned by TDIS.
> - However, the issuance date placed in the endorsement code must be that of the original, limited passport - "July 31, 2010."
> - The expiration date listed in the endorsement must be ten years from the issuance date of the original, limited validity passport book, minus one day - "July 30, 2020".

(4) If the applicant has not submitted the requested medical certification, use the appropriate letter (or similar language for overseas posts) available in Information Request Letter (IRL) 70[illegible] in corresponding with the passport applicant. (See 7 FAM 1300 Appendix T "Information Request Letters and Information Notices".)

(5) If, after two years, the applicant applies for a new passport and gender transition has not been completed, the applicant must submit a new physician's statement following the same information and licensure requirements in 7 FAM 1320 Appendix M, paragraph b (1) above, reflecting that the applicant still is in the process of gender transition. The application must be made on a Form DS-11, with appropriate identity, citizenship and passport fees submitted. Another two-year limited validity passport will be issued.

(6) If an applicant is renewing his/her passport, but is applying for the renewal in a new gender, the applicant must use Form DS-11, and submit medical certification, including all elements previously indicated in 7 FAM 1320 Appendix M paragraph b. An amended birth certificate in the new gender is not acceptable evidence to issue the passport in the new gender.

(7) If an applicant who already has been issued a passport in a new gender requests issuance of a passport in the birth gender, a certification under penalty of perjury from a licensed physician who has treated the applicant

ARCHIVE COPY

or reviewed and evaluated the medical history of applicant for transition back to the birth gender, is required. The statement must include all the elements previously stated in 7 FAM 1320 Appendix M paragraph b(1). The same procedures for adjudication and issuance of full validity (gender change) or limited validity (gender transition) passports apply if the applicant is returning to the birth gender (see also 7 FAM 1320 Appendix M paragraph c.)

## 7 FAM 1330 APPENDIX M CONVERSATIONS WITH PASSPORT APPLICANTS SEEKING TO DOCUMENT GENDER TRANSITION

*(CT:CON-334; 06-10-2010)*

a. As with all passport applicants, you must be sensitive and respectful at all times.

b. Refer to the applicant by the pronoun appropriate to his/her new gender.

c. Ask only appropriate questions regarding information necessary to determine citizenship and identity of the applicant.

## 7 FAM 1340 APPENDIX M AMENDING GENDER IN REPORTS OF BIRTH

*(CT:CON-551; 12-12-2014)*

The Form FS-240, Consular Report of Birth Abroad of Citizen of the United States of America, can be amended by the Vital Records Section of Passport Services (CA/PPT/S/TO/RS/[illegible]R) to reflect the change in gender. The same documentary requirements specified in this Appendix for passport services are the same for amending gender on a Form FS-240. (See 7 FAM 1440, Consular Report of Birth Abroad of a Citizen/Non-Citizen National of the United States of America.) See Bureau of Consular Affairs Internet Information on amending an FS-240. Inquirers are directed to contact Passport Services' Vital Records Section, using the below dual addresses, both physical and P.O. box address, and the nine-digit zip code.

U.S. Department of State
Record Services Division
CA/PPT/S/TO/RS
44132 Mercure Cir
PO Box 1213
Sterling, VA 20166-1213
Telephone (public): 202-485-8300

ARCHIVE COPY

Fax: 202-485-8302

## 7 FAM 1350 APPENDIX M INTERSEX CONDITIONS (DISORDERS OF SEX DEVELOPMENT)

*(CT:CON-541; 11-13-2014)*

a. "Intersex" is a condition in which a person is born with a reproductive or sexual anatomy and/or chromosomal pattern that does not fit typical definitions of male or female.

b. Birth documentation is often not updated to reflect corrected gender. The applicant, or his/her applying parents in the case of a minor child, must provide a statement from a licensed physician who has treated the applicant for his/her gender-related care or reviewed and evaluated the gender-related medical history of the applicant. The statement must include all the information required in 7 FAM 1320 Appendix M paragraph b(1), adjusting the language to reflect the intersex condition and specify the gender correction to either male or female. In the case of a minor child, the applying parent also must submit a signed statement confirming the gender correction to either male or female. These statements must be attached to the passport application.

c. Unless the applicant, or his/her applying parent, provides the statements described above, the gender listed on his/her birth documentation will determine the gender to be listed in the passport.

ARCHIVE COPY

## 7 FAM 1360 APPENDIX M GENDER ERRORS IN ORIGINAL BIRTH CERTIFICATE

*(CT:CON-541; 11-13-2014)*

a. If an applicant advises that the gender on his/her birth document mistakenly lists the wrong gender due to typographical error, and there is sufficient time before the listed departure date, refer the applicant to the appropriate issuing vital records office to have the error corrected.

b. If the departure date is imminent, you may issue a limited one year validity passport, listing the applicant's requested gender, using endorsement code 46 (see 7 FAM 1300 Appendix B.) A corrected certified copy of the amended birth document will be required before issuance of a full validity passport in the requested gender.

# 7 FAM 1370 APPENDIX M QUESTIONS

*(CT:CON-464; 06-17-2013)*

a. Passport agencies and centers must contact CA-PPT-Adjudication-Suggestion-Box@state.gov for specific guidance.

b. U.S. embassies and consulates must contact Ask-OCS-L@state.gov for specific guidance.

# 7 FAM 1380 APPENDIX M AND 1390 APPENDIX M UNASSIGNED

ARCHIVE COPY

## 7 FAM 1300 Appendix M Exhibit 1
## Model Letter for Licensed Physician Certifying to the Applicant's Gender Change

*(CT:CON-548; 12-08-2014)*

**Licensed Physician's Letterhead**
**(Physician's Address and Telephone Number)**

I, (physician's full name), (physician's medical license or certificate number), (issuing U.S. State/Foreign Country of medical license/certificate), am the physician of (name of patient), with whom I have a doctor/patient relationship and whom I have treated (or with whom I have a doctor/patient relationship and whose medical history I have reviewed and evaluated).

(Name of patient) has had appropriate clinical treatment for gender transition to the new gender (specify new gender male or female).

or

(Name of patient) is in the process of gender transition to the new gender (specify new gender male or female). (**NOTE TO PHYSICIAN ONLY:** Use this sentence **only** when the patient has just begun or is in the early stages of his or her gender transition.)

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Signature of Physician

UNCLASSIFIED (U)
U.S. Department of State Foreign Affairs Manual Volume 7
Consular Affairs

Typed Name of Physician

Date

ARCHIVE COPY

**7 FAM 1300 Appendix M** Page 9 of 9
**UNCLASSIFIED (U)**

Zzyym v. Tillerson - AR 0177

# 7 FAM 1300 APPENDIX M
# GENDER CHANGE

*(CT:CON-653; 03-31-2016)*
*(Office of Origin: CA/OCS/L)*

## 7 FAM 1310 APPENDIX M SUMMARY

*(CT:CON-653; 03-31-2016)*

a. This appendix provides policy and procedures that passport specialists and consular officers ("you") must follow when an applicant indicates a gender on the "sex" line on the passport application with information different from the one reflected on some or all of the submitted citizenship and/or identity evidence, including a prior passport.

b. This policy explains the need for medical certification from a licensed physician who has treated the applicant or reviewed and evaluated the medical history of the applicant regarding the change in gender, as well as the need for accurate identification and a photograph reflecting the applicant's current appearance. It is based on standards and recommendations of the World Professional Association for Transgender Health (WPATH), recognized as the authority in this field by the American Medical Association (AMA).

c. A passport is defined by INA 101(a)(30) (Immigration and Nationality Act) (8 U.S.C. 1101(a)(30)) as "any travel document issued by competent authority showing the bearer's origin, identity, and nationality if any, which is valid for the entry of the bearer into a foreign country." An individual's gender is an integral part of that person's identity.

d. Sex reassignment surgery is not a prerequisite for passport issuance based on gender change.

e. Medical certification of gender transition from a licensed physician as described in 7 FAM 1320 Appendix M is the **only** documentation of gender change required. Other medical records must not be requested.

f. A Form DS-11 "Application for U.S. Passport" must be used the first time an applicant applies for a passport in reassigned gender, as personal appearance for execution is required, even if the applicant has a previous passport. A change in gender is a change in the identity of the applicant, and evidence of identity in the new name (if applicable) and gender must be presented. Subsequent applications in the same gender may be submitted on a Form DS-82 if the applicant is eligible (see 7 FAM 1345.4 regarding eligibility to apply on a Form DS-82 and 7 FAM 1334 Appendix M regarding resumption of the birth gender).

# 7 FAM 1320 APPENDIX M DOCUMENTATION REQUIREMENTS

## 7 FAM 1321 Appendix M Documents to be Submitted with the Form DS-11

*(CT:CON-653; 03-31-2016)*

a. **Evidence of U.S. citizenship/non-citizen U.S. nationality**. The applicant must submit acceptable evidence of U.S. citizenship or non-citizen U.S. nationality. (see 7 FAM 1100 "Acquisition and Retention of U.S. Citizenship and Nationality"). The applicant is not required to obtain an amended birth record, amended Consular Report of Birth (CRBA), or to request that the U.S. Citizenship and Immigration Services (USCIS) issue a replacement Certificate of Naturalization/Citizenship reflecting the change of gender. State law in the United States and the laws of other countries vary on whether an amended birth certificate may be issued reflecting a gender change;

> **NOTE**: An amended birth certificate in the new gender is not acceptable evidence of gender change (as opposed to amending a birth certificate to correct a typographical error--see 7 FAM 1370 Appendix M). See also 7 FAM 1350 Appendix M regarding Form FS-240, "Consular Report of Birth of a U.S. Citizen Abroad."

b. **Evidence of identity**. As with all applications, the applicant must be asked to submit acceptable Identification Document(s) (IDs) in the new gender, and name, if applicable (see 7 FAM 1320 "Identity of the Passport Applicant"). However, state law and foreign laws vary as to whether a driver's license or other State or foreign government ID may be issued reflecting a gender change. So, the applicant may document her/his identity by submitting any of the following ID documents:

(1) Primary ID in the new gender (see 7 FAM 1325.1 regarding identification using primary ID);

(2) Secondary ID in the new gender (see 7 FAM 1325.3 regarding identification using secondary ID); or

(3) Acceptable primary ID in the birth gender if it readily identifies the applicant.

> **NOTE**: Some form of photographic ID must be presented; You cannot use the doctor's certification as the only evidence to identify an applicant.

c. **Photograph**. A recent photograph that is a good likeness of the applicant, and satisfactorily identifies the applicant must be submitted. The photograph must agree with the submitted ID and reflect the applicant's current and true

    appearance (see also 7 FAM 1300 Appendix E "Passport Photographs");

d. **Passport Fee**. All necessary passport fees must be submitted (see 7 FAM 1300 Appendix G "Passport Fees"); and

e. Name Change**.** If the applicant's name has been changed, either by court order or by customary usage, she/he must present satisfactory evidence of the material name change (see 7 FAM 1300 Appendix C "Names and Name Usage"). Both names must be cleared (see 7 FAM 1334).

## 7 FAM 1322 Appendix M Medical Certification for Gender Change/Transition

*(CT:CON-653; 03-31-2016)*

a. A full validity U.S. passport will be issued reflecting a new gender upon presentation of a signed, original certification or statement, **on office letterhead**, from a licensed physician who has treated the applicant for her/his gender-related care or reviewed and evaluated the gender-related medical history of the applicant.

b. Licensed physicians include:

(1) A Doctor of Osteopathy (D.O.) (not to be confused with a Doctor of Optometry (O.D.), whose certification is not acceptable); or

(2) A Medical Doctor (M.D.). M.D.s may specialize in various medical fields including, but not limited to, internists, endocrinologists, gynecologists, urologists, surgeons, psychiatrists, pediatricians, and family practitioners.

c. Medical certifications from persons who are not licensed physicians are **not** acceptable. They include, but are not limited to:

(1) Psychologists;

(2) Physician Assistants;

(3) Nurse practitioners;

(4) Health practitioners;

(5) Licensed vocational nurses;

(6) Registered nurses;

(7) Chiropractors; or

(8) Pharmacists.

d. The medical certification **must** include the following information (see 7 FAM 1300 Appendix M Exhibit 1):

(1) Licensed physician's full name;

(2) Medical license or certificate number;

    (a) Licensed physicians in foreign countries must have a comparable foreign license or certificate registration number.

    (b) For all foreign licensed physician gender change requests, passport agencies/centers must scan copies of the Form DS-11 and attach all submitted documents to Passport Services' Adjudication Policy Division (CA/PPT/S/A/AP) at AskPPTAdjudication@state.gov. CA/PPT/S/A/AP works with the Overseas Citizens Services' Office of Legal Affairs (CA/OCS/L) to verify the bona fides of the foreign-based licensed physician with the applicable post abroad. CA/PPT/S/A/AP will advise the passport agency/center of the outcome of post's verification as soon as possible.

    (c) Posts must verify their own foreign-based licensed physicians or, if the statement is from a physician in another country, contact the post which covers that country for verification.

(3) Address and telephone number of the licensed physician;

(4) Language stating that she/he has treated the applicant or has reviewed and evaluated the medical history of the applicant and that she/he has a doctor/patient relationship with the applicant;

(5) Language stating the applicant has had appropriate clinical treatment for gender transition to the new gender of either male or female; and

(6) Language stating "I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct."

e. If the applicant has not submitted the requested medical certification, use the appropriate letter (or similar language for overseas posts) available in Information Request Letter (IRL) 706 in corresponding with the passport applicant. (See 7 FAM 1300 Appendix T "Information Request Letters and Information Notices.")

f. For applicants who have just begun and may be in the initial stages of the gender transition process, a two year limited validity passport using endorsement 46 (see 7 FAM 1320 Appendix B) reflecting the new gender will be issued upon presentation of a medical certification described in paragraph a above that includes the following:

(1) Information listed in paragraph 7 FAM 1300 Appendix M d(1)-(4) above;

(2) Language stating the applicant is in the process of gender transition to the new gender of either male or female; and

(3) Language stating "I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct."

g. Faxed, e-mailed, or scanned photocopies of medical certifications are not acceptable for full validity U.S. passports. In emergency circumstances, you may issue a limited validity passport in the new gender using endorsement 46.

# 7 FAM 1330 APPENDIX M ADJUDICATING GENDER CHANGE OR TRANSITION

## 7 FAM 1331 Appendix M Adjudicating Gender Change Cases

*(CT:CON-653; 03-31-2016)*

a. You must annotate the reason for issuing the full validity passport in the new gender in the "For Issuing Office Only" block of the Form DS-11:

Name as it appears on citizenship evidence
☐ Birth Certificate SR CR City Filed: Issued:
☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#
☐ Report of Birth Filed/Place:
☐ Passport C/R S/R Per PIERS #/DOI:
☑ Other: Gender Change
☐ Attached:
☐ P/C of ID ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5513 ☐ Citz W/S
☐ P/C of Citz ☐ DS-10 ☐ DS-86 ☐ DS-71 ☐ IRL ☐ CIS Ver
* DS 11 A 09 2013 2 *

b. You must annotate and attach the medical certification to the Form DS-11:


Name as it appears on citizenship evidence
☐ Birth Certificate SR CR City Filed: Issued:
☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#
☐ Report of Birth Filed/Place:
☐ Passport C/R S/R Per PIERS #/DOI:
☐ Other:
☑ Attached: MD Ltr re: Gender Change
☐ P/C of ID ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5513 ☐ Citz W/S
☐ P/C of Citz ☐ DS-10 ☐ DS-86 ☐ DS-71 ☐ IRL ☐ CIS Ver
* DS 11 A 09 2013 2 *

**NOTE**: You must not ask for additional specific clinical details regarding the gender change from the applicant.

**NOTE: If the applicant requests that the original medical certification be returned, you may attach a clear photocopy of the medical certification, clearly annotate that the original medical certification was seen and returned, and return the original medical certification to the applicant.**

## 7 FAM 1332 Appendix M Adjudicating Gender Transition Cases

*(CT:CON-653; 03-31-2016)*

a. You must annotate the reason for issuing the limited validity passport in the new gender in the "For Issuing Office Only" block of the Form DS-11:

Name as it appears on citizenship evidence ____
☐ Birth Certificate SR CR City Filed: Issued:
☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#
☐ Report of Birth Filed/Place:
☐ Passport C/R S/R Per PIERS #/DOI:
☑ Other: Gender Transition
☐ Attached:
☐ P/C of ID ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5513 ☐ Citz W/S
☐ P/C of Citz ☐ DS-10 ☐ DS-86 ☐ DS-71 ☐ IRL ☐ CIS Ver
* DS 11 A 09 2013 2 *

b. You must annotate and attach the medical certification to the Form DS-11:

Name as it appears on citizenship evidence ____
☐ Birth Certificate SR CR City Filed: Issued:
☐ Nat. / Citz. Cert. USCIS USDC Date/Place Acquired: A#
☐ Report of Birth Filed/Place:
☐ Passport C/R S/R Per PIERS #/DOI:
☐ Other:
☑ Attached: MD Ltr re: Gender Transition
☐ P/C of ID ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5513 ☐ Citz W/S
☐ P/C of Citz ☐ DS-10 ☐ DS-86 ☐ DS-71 ☐ IRL ☐ CIS Ver
* DS 11 A 09 2013 2 *

c. You must add an appropriate endorsement to limit the validity period of the passport:

(1) Use endorsement code 46 domestically and for Overseas Photo-Digitized Passports (OPDPs) (see also 7 FAM 1365 regarding OPDPs and 7 FAM 1300 Appendix B, "Passport Endorsements").

(2) Use endorsement code 109 in Emergency Photo-Digitized Passports (EPDPs) for urgent overseas cases where the applicant must travel immediately (see also 7 FAM 1300 Appendix B)

## 7 FAM 1333 Appendix M Replacement of Passport Limited Because of Gender Transition

*(CT:CON-653; 03-31-2016)*

a. An applicant who received a limited passport book because of a gender transition will receive a replacement, fully-valid passport without further fee (except for expedited service, if requested), if she/he:

(1) Applies for the new passport within two years of issuance using Form DS-5504, "Application for a U.S. Passport: Name Change, Data Correction, and Limited Passport Book Replacement;"

(2) Meets the requirements of 7 FAM 1320 Appendix M; and

(3) Presents a new medical certification that meets the requirements for a fully-valid passport in 7 FAM 1322 Appendix M.

b. If, after two years, the applicant applies for a new passport and her/his gender

transition has not been completed, the applicant must submit a new physician's statement, following the same information and licensure requirements in 7 FAM 1320 Appendix M, reflecting that the applicant still is in the process of gender transition. The applicant must also submit a new Form DS-11, with appropriate identity, citizenship, and passport fees submitted (see 7 FAM 1321 Appendix M). Another two-year limited validity passport will be issued.

## 7 FAM 1334 Appendix M Resumption of the Birth Gender

*(CT:CON-653; 03-31-2016)*

If an applicant who already has been issued a passport in a new gender requests issuance of a passport in the birth gender, a medical certification of the transition back to the birth gender is required (see 7 FAM 1322 Appendix M regarding medical certifications). The same procedures for adjudication and issuance of full validity (gender change) or limited validity (gender transition) passports apply if the applicant is returning to the birth gender (see also 7 FAM 1331 Appendix M and 7 FAM 1332 Appendix M).

# 7 FAM 1340 APPENDIX M CONVERSATIONS WITH PASSPORT APPLICANTS SEEKING TO DOCUMENT GENDER CHANGE/TRANSITION

*(CT:CON-653; 03-31-2016)*

a. As with all passport applicants, you must be sensitive and respectful at all times.

b. Refer to the applicant by the pronoun appropriate to her/his new gender even if the transition is not complete.

c. Ask only appropriate questions regarding information necessary to determine citizenship and identity of the applicant.

# 7 FAM 1350 APPENDIX M AMENDING GENDER IN CONSULAR REPORTS OF BIRTH ABROAD

*(CT:CON-653; 03-31-2016)*

a. The Form FS-240, "Consular Report of Birth Abroad of Citizen of the United States of America," can be amended by Passport Services' Office of Technical Operations, Record Services division (CA/PPT/S/TO/RS) to reflect the change in gender. The documentary requirements specified in this Appendix for passport services are the same for amending gender on a Form FS-240. (See also 7

FAM 1440, "Consular Report of Birth Abroad of a Citizen/Non-Citizen National of the United States of America.") See Bureau of Consular Affairs Internet Information on amending a Form FS-240. Inquirers are directed to contact Passport Services' Record Services Division, using the below dual addresses, both physical and P.O. box address, and the nine-digit zip code.

U.S. Department of State
Record Services Division
CA/PPT/S/TO/RS
44132 Mercure Cir
PO Box 1213
Sterling, VA 20166-1213
Telephone (public): 202-485-8300
Fax: 202-485-8302

b. An amended Form FS-240 is acceptable evidence of a gender change for a subsequent passport application.

# 7 FAM 1360 APPENDIX M INTERSEX CONDITIONS (DISORDERS OF SEX DEVELOPMENT)

*(CT:CON-653; 03-31-2016)*

a. "Intersex" is a condition in which a person is born with a reproductive or sexual anatomy and/or chromosomal pattern that does not fit typical definitions of male or female.

b. Birth documentation is often not updated to reflect corrected gender. When the passport application indicates a sex different from the one reflected on the birth documentation, the applicant, or her/his applying parents in the case of a minor child, must provide medical certification that meets the requirements in in 7 FAM 1322 Appendix M, adjusting the language to reflect the intersex condition and specify the gender correction to either male or female. In the case of a minor child, the applying parent(s) also must submit a signed statement confirming the gender correction to either male or female. These statements must be attached to the passport application.

c. Unless the applicant, or her/his applying parent, provides the statements described above, the gender listed on her/his birth documentation will determine the gender to be listed in the passport.

# 7 FAM 1370 APPENDIX M GENDER ERRORS IN ORIGINAL BIRTH CERTIFICATE