—3—                    **SB 179**

*This bill would make legislative findings and declarations in support of its provisions.*

(4) The California Constitution requires the state to reimburse local agencies and school districts for certain costs mandated by the state. Statutory provisions establish procedures for making that reimbursement.

This bill would provide that no reimbursement is required by this act for a specified reason.

Vote: majority. Appropriation: no. Fiscal committee: yes. State-mandated local program: yes.

*The people of the State of California do enact as follows:*

1    SECTION 1.   This act shall be known and may be cited as the
2    *Gender Recognition Act.*
3    SEC. 2.   The Legislature finds and declares all of the following:
4    (a)  It is the policy of the State of California that every person
5    *deserves full legal recognition and equal treatment under the law*
6    *and to ensure that intersex, transgender, and nonbinary people*
7    *have state-issued identification documents that provide full legal*
8    *recognition of their accurate gender identity.*
9    (b)  Gender identification is fundamentally personal, and the
10   *state should endeavor to provide options on state-issued*
11   *identification documents that recognize a person's accurate gender*
12   *identification. It is the intent of the Legislature in enacting this*
13   *legislation to provide three equally recognized gender options on*
14   *state-issued identification documents—female, male, and*
15   *nonbinary—and an efficient and fair process for people to amend*
16   *their gender designation on state-issued identification documents*
17   *so that state-issued identification documents legally recognize a*
18   *person's accurate gender identification.*
19   (c)  "Intersex" is an umbrella term used to describe natural
20   *bodily variations, which can include external genitalia, internal*
21   *sex organs, chromosomes, or hormonal differences that transcend*
22   *typical ideas of male and female. Upper estimates of the number*
23   *of intersex people are approximately 1.7% of the general*
24   *population. In the United States, some children born with intersex*
25   *traits    have    been    subjected    to    involuntary    and*
26   *medically-unnecessary surgical procedures in infancy in an attempt*
27   *to erase aspects of their natural bodies, causing significant physical*
28   *and psychological harm. Human rights authorities have condemned*

97

Zzyym v. Tillerson - AR 0198

**SB 179**                    — 4 —

1   *this practice as a form of torture and recognize that legal and*
2   *ethical frameworks require intersex people themselves to make*
3   *decisions concerning their own bodies. Thus, those human rights*
4   *authorities recommended that physicians assign a provisional*
5   *gender designation with the knowledge that the child may later*
6   *identify differently. An option of a nonbinary gender designation*
7   *on state-issued identification documents would allow intersex*
8   *people, like transgender and nonbinary people, to be able to use*
9   *state-issued identification documents that accurately recognize*
10  *their gender identification as female, male, or nonbinary.*
11      *(d) The binary gender designations of female and male fail to*
12  *adequately represent the diversity of human experience. Nonbinary*
13  *is an umbrella term for people with gender identities that fall*
14  *somewhere outside of the traditional conceptions of strictly either*
15  *female or male. People with nonbinary gender identities may or*
16  *may not identify as transgender, may or may not have been born*
17  *with intersex traits, may or may not use gender-neutral pronouns,*
18  *and may or may not use more specific terms to describe their*
19  *genders, such as agender, genderqueer, gender fluid, Two Spirit,*
20  *bigender, pangender, gender nonconforming, or gender variant.*
21  *Nonbinary gender identities have been recognized by cultures*
22  *throughout history and around the world, as well as by legal*
23  *systems in the United States and other countries, medical*
24  *authorities, and researchers. Studies show that nonbinary people*
25  *face frequent discrimination, harassment, and violence in areas*
26  *of life including education, employment, health care, and law*
27  *enforcement.*
28      *(e) Transgender is an umbrella term used to describe people*
29  *whose gender identity or gender expression do not match the*
30  *gender they were assigned at birth. Some transgender people have*
31  *medically transitioned, undergoing gender affirming surgeries*
32  *and hormonal treatments, while other transgender people do not*
33  *choose any form of medical transition. There is no uniform set of*
34  *procedures that are sought by transgender people that pursue*
35  *medical transition. Transgender people may identify as female,*
36  *male, or nonbinary, may or may not have been born with intersex*
37  *traits, may or may not use gender-neutral pronouns, and may or*
38  *may not use more specific terms to describe their genders, such*
39  *as agender, genderqueer, gender fluid, Two Spirit, bigender,*
40  *pangender, gender nonconforming, or gender variant. Studies*

97

Zzyym v. Tillerson – AR 0199

—5—                    **SB 179**

1  *show that transgender people disproportionately face*
2  *discrimination, harassment, and violence in areas of life including*
3  *housing, education, employment, health care, and law enforcement.*
4  ~~SECTION 1.~~
5  *SEC. 3.*  Section 1277 of the Code of Civil Procedure is
6  amended to read:
7  1277.  (a) (1) If a proceeding for a change of name is
8  commenced by the filing of a petition, except as provided in
9  subdivisions (b), (c), and (e), *or Section 1277.5,* the court shall
10  thereupon make an order reciting the filing of the petition, the
11  name of the person by whom it is filed, and the name proposed.
12  The order shall direct all persons interested in the matter to appear
13  before the court at a time and place specified, which shall be not
14  less than 6 weeks nor more than 12 weeks from the time of making
15  the order, unless the court orders a different time, to show cause
16  why the application for change of name should not be granted.
17  The order shall direct all persons interested in the matter to make
18  known any objection that they may have to the granting of the
19  petition for change of name by filing a written objection, which
20  includes the reasons for the objection, with the court at least two
21  court days before the matter is scheduled to be heard and by
22  appearing in court at the hearing to show cause why the petition
23  for change of name should not be granted. The order shall state
24  that, if no written objection is timely filed, the court may grant the
25  petition without a hearing. ~~If the petition seeks to conform the~~
26  ~~petitioner's name to the petitioner's gender identity and no~~
27  ~~objection is timely filed within 28 days of the filing of the petition,~~
28  ~~the court shall grant the petition without a hearing.~~
29  (2) A copy of the order to show cause shall be published
30  pursuant to Section 6064 of the Government Code in a newspaper
31  of general circulation to be designated in the order published in
32  the county. If a newspaper of general circulation is not published
33  in the county, a copy of the order to show cause shall be posted
34  by the clerk of the court in three of the most public places in the
35  county in which the court is located, for a like period. Proof shall
36  be made to the satisfaction of the court of this publication or
37  posting at the time of the hearing of the application.
38  (3) Four weekly publications shall be sufficient publication of
39  the order to show cause. If the order is published in a daily

97

Zzyym v. Tillerson – AR 0200

**SB 179**                    — 6 —

1   newspaper, publication once a week for four successive weeks
2   shall be sufficient.
3       (4) If a petition has been filed for a minor by a parent and the
4   other parent, if living, does not join in consenting thereto, the
5   petitioner shall cause, not less than 30 days before the hearing, to
6   be served notice of the time and place of the hearing or a copy of
7   the order to show cause on the other parent pursuant to Section
8   413.10, 414.10, 415.10, or 415.40. If notice of the hearing cannot
9   reasonably be accomplished pursuant to Section 415.10 or 415.40,
10  the court may order that notice be given in a manner that the court
11  determines is reasonably calculated to give actual notice to the
12  nonconsenting parent. In that case, if the court determines that
13  notice by publication is reasonably calculated to give actual notice
14  to the nonconsenting parent, the court may determine that
15  publication of the order to show cause pursuant to this subdivision
16  is sufficient notice to the nonconsenting parent.
17      ~~(5) If the petition for a change of name is sought in order to~~
18  ~~conform the petitioner's name to his or her gender identity, the~~
19  ~~action for a change of name is exempt from the requirement for~~
20  ~~publication of the order to show cause under this subdivision.~~
21      (b) (1) If the petition for a change of name alleges a reason or
22  circumstance described in paragraph (2), and the petitioner has
23  established that he or she is an active participant in the address
24  confidentiality program created pursuant to Chapter 3.1
25  (commencing with Section 6205) of Division 7 of Title 1 of the
26  Government Code, and that the name he or she is seeking to acquire
27  is on file with the Secretary of State, the action for a change of
28  name is exempt from the requirement for publication of the order to
29  show cause under subdivision (a), and the petition and the order
30  of the court shall, in lieu of reciting the proposed name, indicate
31  that the proposed name is confidential and is on file with the
32  Secretary of State pursuant to the provisions of the address
33  confidentiality program.
34      (2) The procedure described in paragraph (1) applies to petitions
35  alleging any of the following reasons or circumstances:
36      (A) To avoid domestic violence, as defined in Section 6211 of
37  the Family Code.
38      (B) To avoid stalking, as defined in Section 646.9 of the Penal
39  Code.

97

Zzyym v. Tillerson – AR 0201

—7—                          **SB 179**

1   (C)  The petitioner is, or is filing on behalf of, a victim of sexual
2   assault, as defined in Section 1036.2 of the Evidence Code.
3   (3)  For any petition under this subdivision, the current legal
4   name of the petitioner shall be kept confidential by the court and
5   shall not be published or posted in the court's calendars, indexes,
6   or register of actions, as required by Article 7 (commencing with
7   Section 69840) of Chapter 5 of Title 8 of the Government Code,
8   or by any means or in any public forum, including a hardcopy or
9   an electronic copy, or any other type of public media or display.
10  (4)  Notwithstanding paragraph (3), the court may, at the request
11  of the petitioner, issue an order reciting the name of the petitioner
12  at the time of the filing of the petition and the new legal name of
13  the petitioner as a result of the court's granting of the petition.
14  (5)  A petitioner may request that the court file the petition and
15  any other papers associated with the proceeding under seal. The
16  court may consider the request at the same time as the petition for
17  name change, and may grant the request in any case in which the
18  court finds that all of the following factors apply:
19  (A)  There exists an overriding interest that overcomes the right
20  of public access to the record.
21  (B)  The overriding interest supports sealing the record.
22  (C)  A substantial probability exists that the overriding interest
23  will be prejudiced if the record is not sealed.
24  (D)  The proposed order to seal the records is narrowly tailored.
25  (E)  No less restrictive means exist to achieve the overriding
26  interest.
27  (c)  A proceeding for a change of name for a witness participating
28  in the state Witness Relocation and Assistance Program established
29  by Title 7.5 (commencing with Section 14020) of Part 4 of the
30  Penal Code who has been approved for the change of name by the
31  program is exempt from the requirement for publication of the
32  order to show cause under subdivision (a).
33  (d)  If an application for change of name is brought as part of
34  an action under the Uniform Parentage Act (Part 3 (commencing
35  with Section 7600) of Division 12 of the Family Code), whether
36  as part of a petition or cross-complaint or as a separate order to
37  show cause in a pending action thereunder, service of the
38  application shall be made upon all other parties to the action in a
39  like manner as prescribed for the service of a summons, as set forth
40  in Article 3 (commencing with Section 415.10) of Chapter 4 of

97

Zzyym v. Tillerson — AR 0202

**SB 179**                                  — 8 —

1   Title 5 of Part 2. Upon the setting of a hearing on the issue, notice
2   of the hearing shall be given to all parties in the action in a like
3   manner and within the time limits prescribed generally for the type
4   of hearing (whether trial or order to show cause) at which the issue
5   of the change of name is to be decided.
6       (e)  If a guardian files a petition to change the name of his or her
7   minor ward pursuant to Section 1276:
8       (1)  The guardian shall provide notice of the hearing to any living
9   parent of the minor by personal service at least 30 days before the
10  hearing.
11      (2)  If either or both parents are deceased or cannot be located,
12  the guardian shall cause, not less than 30 days before the hearing,
13  to be served a notice of the time and place of the hearing or a copy
14  of the order to show cause on the child's grandparents, if living,
15  pursuant to Section 413.10, 414.10, 415.10, or 415.40.
16      (f)  This section shall become operative on July 1, 2014.
17      *SEC. 4.   Section 1277.5 is added to the Code of Civil Procedure,*
18  *to read:*
19      *1277.5.   (a) (1) If a proceeding for a change of name to*
20  *conform the petitioner's name to the petitioner's gender identity*
21  *is commenced by the filing of a petition, the court shall thereupon*
22  *make an order reciting the filing of the petition, the name of the*
23  *person by whom it is filed, and the name proposed. The order shall*
24  *direct all persons interested in the matter to make known any*
25  *objection to the change of name by filing a written objection, which*
26  *includes any reasons for the objection, within six weeks of the*
27  *making of the order, and shall state that if no objection is timely*
28  *filed, the court shall, without hearing, enter the order that the*
29  *change of name is granted.*
30      *(2)  The proceeding for a change of name to conform the*
31  *petitioner's name to the petitioner's gender identity is exempt from*
32  *any requirement for publication.*
33      *(b)  A hearing date shall not be set in the proceeding unless an*
34  *objection is timely filed. If an objection is timely filed, the court*
35  *may set a hearing at a time designated by the court, only if*
36  *objections are filed by a person who can, in those objections, show*
37  *to the court good reason against the change of name. At the*
38  *hearing, the court may examine under oath any of the petitioners,*
39  *remonstrants, or other persons touching the petition or application,*

97

Zzyym v. Tillerson — AR 0203

— 9 —                    **SB 179**

1  *and may make an order changing the name or dismissing the*
2  *petition or application as the court may deem right and proper.*
3  ~~SEC. 2.~~
4  *SEC. 5.*   Section 1278 of the Code of Civil Procedure is
5  amended to read:
6     1278.  (a)  (1)  Except as provided in subdivisions (c) and (d),
7  the petition or application shall be heard at the time designated by
8  the court, only if objections are filed by a person who can, in those
9  objections, show to the court good reason against the change of
10  name. At the hearing, the court may examine on oath any of the
11  petitioners, remonstrants, or other persons touching the petition
12  or application, and may make an order changing the name, or
13  dismissing the petition or application, as the court may ~~seem~~ *deem*
14  right and proper.
15     (2)  If no objection is filed at least two court days before the date
16  set for hearing, the court may, without hearing, enter the order that
17  the change of name is granted. ~~If the petition seeks to conform the~~
18  ~~petitioner's name to the petitioner's gender identity and no~~
19  ~~objection is timely filed within 28 days of the filing of the petition,~~
20  ~~the court shall grant the petition without a hearing.~~
21     (b)  If the provisions of subdivision (b) of Section 1277 apply,
22  the court shall not disclose the proposed name unless the court
23  finds by clear and convincing evidence that the allegations of
24  domestic violence, stalking, or sexual assault in the petition are
25  false.
26     (c)  If the application for a change of name is brought as part of
27  an action under the Uniform Parentage Act (Part 3 (commencing
28  with Section 7600) of Division 12 of the Family Code), the hearing
29  on the issue of the change of name shall be conducted pursuant to
30  statutes and rules of court governing those proceedings, whether
31  the hearing is conducted upon an order to show cause or upon trial.
32     (d)  If the petition for a change of name is filed by a guardian
33  on behalf of a minor ward, the court shall first find that the ward
34  is likely to remain in the guardian's care until the age of majority
35  and that the ward is not likely to be returned to the custody of his
36  or her parents. Upon making those findings, the court shall consider
37  the petition and may grant the petition only if it finds that the
38  proposed name change is in the best interest of the child.
39     (e)  This section shall become operative on July 1, 2014.

97

Zzyym v. Tillerson – AR 0204

**SB 179** — 10 —

1    SEC. 3.
2    *SEC. 6.* The heading of Article 7 (commencing with Section
3    103425) of Chapter 11 of Part 1 of Division 102 of the Health and
4    Safety Code is amended to read:
5
6         Article 7. Revision of Birth Records to Reflect Change of
7                              Gender
8
9    SEC. 4.
10   *SEC. 7.* Section 103425 of the Health and Safety Code is
11   amended to read:
12   103425. (a) A person may file a petition with the superior
13   court in any county seeking a judgment recognizing the change of
14   gender to female, male, or nonbinary.
15   (b) If requested, the judgment shall include an order that a new
16   birth certificate be prepared for the person reflecting the change
17   of gender and any change of name accomplished by an order of a
18   court of this state, another state, the District of Columbia, or any
19   territory of the United States.
20   SEC. 5.
21   *SEC. 8.* Section 103426 of the Health and Safety Code is
22   amended to read:
23   103426. The State Registrar shall issue a new birth certificate
24   reflecting a change of gender to female, male, or nonbinary without
25   a court order for any person born in this state who submits directly
26   to the State Registrar an application to change the gender on the
27   birth certificate and an affidavit attesting under penalty of perjury
28   that the request for a change of gender to (female, male, or
29   nonbinary) is to conform the person's legal gender to the person's
30   gender identity and is not made for any fraudulent purpose. Upon
31   receipt of the documentation and the fee prescribed by Section
32   103725, the State Registrar shall establish a new birth certificate
33   reflecting the gender stated in the application and any change in
34   name, if accompanied by a court order for a change of name.
35   SEC. 6.
36   *SEC. 9.* Section 103430 of the Health and Safety Code is
37   amended to read:
38   103430. (a) A petition for a court order to recognize a change
39   in the petitioner's gender as female, male, or nonbinary shall be
40   accompanied by an affidavit from the petitioner and a certified

97

Zzyym v. Tillerson - AR 0205

— 11 —                    **SB 179**

1    copy of the court order changing the petitioner's name, if
2    applicable. The petitioner's affidavit shall be accepted as conclusive
3    proof of gender change if it contains substantially the following
4    language: "I, (petitioner's full name), hereby attest under penalty
5    of perjury that the request for a change in gender to (female, male,
6    or nonbinary) is to conform my legal gender to my gender identity
7    and is not for any fraudulent purpose."

8    (b) ~~The~~ *Except as provided in subdivision (e), the* court shall
9    grant the petition without a ~~hearing within 28 days of the filing of~~
10   ~~the petition, unless an objection is timely filed. If an objection was~~
11   ~~timely filed, the petition shall be heard at the time appointed by~~
12   ~~the court. At the hearing, the court may examine on oath the~~
13   ~~petitioner, and any other person having knowledge of facts relevant~~
14   ~~to the petition. At the conclusion of the hearing the court shall~~
15   ~~grant the petition if the court determines that the petition is not~~
16   ~~made for any fraudulent purpose.~~ *hearing.*

17   (c) If the judgment includes an order for a new birth certificate
18   and if the petitioner was born in this state, a certified copy of the
19   decree of the court ordering the new birth certificate, shall, within
20   30 days from the date of the decree, be filed with the State
21   Registrar. Upon receipt thereof together with the fee prescribed
22   by Section 103725, the State Registrar shall establish a new birth
23   certificate for the petitioner.

24   (d) The new birth certificate shall indicate the gender of the
25   petitioner, as specified in the judgment of the court, and shall
26   reflect any change of name specified in the court order, as
27   prescribed by Section 103425. No reference shall be made in the
28   new birth certificate, nor shall its form in any way indicate, that it
29   is not the original birth certificate of the petitioner.

30   *(e) (1) If a petitioner is under 18 years of age, the petition shall*
31   *be signed by either at least one of the petitioner's parents or any*
32   *legal guardian of the petitioner, or if both parents are deceased*
33   *and there is no legal guardian of the petitioner, by either a near*
34   *relative or friend of the petitioner or as provided in Section 7638*
35   *of the Family Code.*

36   *(A) If a petition filed by a petitioner who is under 18 years of*
37   *age does not include the signature of both living parents, the*
38   *petitioner shall serve the living parent who did not sign the petition*
39   *with notice and an order to show cause pursuant to Section 413.10,*
40   *414.10, 415.10, or 415.40 of the Code of Civil Procedure, not less*

97

Zzyym v. Tillerson - AR 0206

**SB 179**                    — 12 —

1    *than 30 days after the petition was filed. If service cannot*
2    *reasonably be accomplished pursuant to Section 415.10 or 415.40*
3    *of the Code of Civil Procedure, the court may order that service*
4    *be given in a manner that the court determines is reasonably*
5    *calculated to give actual notice to the living parent who did not*
6    *sign the petition.*
7        *(B)  The order to show cause shall direct the living parent who*
8    *did not sign the petition to appear before the court at a time and*
9    *place specified, which shall be not less than 6 weeks nor more*
10   *than 12 weeks from the time of making the order to show cause,*
11   *unless the court orders a different time, to show cause why the*
12   *petition for a court order to recognize a change in the petitioner's*
13   *gender as female, male, or nonbinary should not be granted. The*
14   *order to show cause shall direct the living parent who did not sign*
15   *the petition to make known any objection to the granting of the*
16   *petition by filing a written objection that includes the reasons for*
17   *the objection with the court at least two court days before the*
18   *matter is scheduled to be heard and by appearing in court at the*
19   *hearing to show cause why the petition should not be granted. The*
20   *order to show cause shall state that if the living parent who did*
21   *not sign the petition does not timely file a written objection and*
22   *appear in the court hearing, the court shall grant the petition*
23   *without a hearing.*
24       *(2)  (A)  The court shall grant a petition for a court order to*
25   *recognize a change in the petitioner's gender as female, male, or*
26   *nonbinary filed by a petitioner who is under 18 years of age without*
27   *a hearing, unless a living parent who was required to be served*
28   *with notice and an order to show cause in compliance with*
29   *subparagraph (B) of paragraph (1) timely filed a written objection*
30   *and appear in the court hearing.*
31       *(B)  The court may deny a petition for a court order to recognize*
32   *a change in the petitioner's gender as female, male, or nonbinary*
33   *filed by a petitioner who is under 18 years of age, if both parents,*
34   *if living, did not sign the petition, the living parent who did not*
35   *sign the petition timely filed a written objection and appear in the*
36   *court hearing, and the court, after holding a hearing on the matter,*
37   *finds that the change of gender is not in the best interest of the*
38   *petitioner.*
39       SEC. 7. ~~Section 103435 of the Health and Safety Code is~~
40   ~~amended to read:~~

97

Zzyym v. Tillerson – AR 0207

— 13 —                                        **SB 179**

1    ~~103435.   (a)  In lieu of separate proceedings, a single petition~~
2    ~~may  be  filed  with  the  superior  court  to  change  the  petitioner's~~
3    ~~name  and  recognize  the  change  to  petitioner's  gender  and,  if~~
4    ~~requested,  to  order  the  issuance  of  a  new  birth  certificate.  With~~
5    ~~respect to such a petition, the court shall follow the procedure set~~
6    ~~forth  in  Title  8  (commencing  with  Section  1275)  of  Part  III  of  the~~
7    ~~Code of Civil Procedure; however, the order to show cause shall~~
8    ~~not  include  the  petition  to  recognize  the  change  of  gender.  A~~
9    ~~certified  copy  of  the  decree  of  the  court  issued  pursuant  to  this~~
10   ~~section shall, within 30 days, be filed with both the Secretary of~~
11   ~~State  and,  if  the  judgment  includes  an  order  for  a  new  birth~~
12   ~~certificate and if the petitioner was born in this state, the State~~
13   ~~Registrar.  Upon  its  receipt,  the  State  Registrar  shall  establish  a~~
14   ~~new birth certificate as provided in this article.~~
15   ~~(b) If the person petitioning for a change of gender is under 18~~
16   ~~years  of  age,  the  petition  may  be  signed  either  by  one  of  the~~
17   ~~person's parents, or by any legal guardian of the person, or if both~~
18   ~~parents  are  deceased  and  there  is  no  guardian  of  the  person,  by  a~~
19   ~~near relative or friend of the person or as provided in Section 7638~~
20   ~~of the Family Code.~~
21   ~~(c) If a petition has been filed for a minor by a parent and the~~
22   ~~other  parent,  if  living,  does  not  join  in  consenting  thereto,  the~~
23   ~~petitioner shall cause, not less than 30 days after filing, to be served~~
24   ~~notice  of  a  copy  of  the  order  to  show  cause  on  the  other  parent~~
25   ~~pursuant to Section 413.10, 414.10, 415.10, or 415.40 of the Code~~
26   ~~of Civil Procedure. If notice of the hearing cannot reasonably be~~
27   ~~accomplished  pursuant  to  Section  415.10  or  415.40  of  the  Code~~
28   ~~of Civil Procedure, the court may order that notice be given in a~~
29   ~~manner  that  the  court  determines  is  reasonably  calculated  to  give~~
30   ~~actual notice to the nonconsenting parent.~~
31   ~~SEC. 8.~~
32   *SEC. 10.*   Section 103440 of the Health and Safety Code is
33   amended to read:
34   103440.   The new birth certificate established pursuant to this
35   article shall supplant any birth certificate previously registered for
36   the registrant and shall be the only birth certificate open to public
37   inspection. The application and supporting affidavit filed pursuant
38   to Section 103426 shall be filed with the original record of birth,
39   that shall remain as a part of the records of the State Registrar. All
40   records and information specified in this article, other than the

Zzyym v. Tillerson – AR 0208

**SB 179** — 14 —

1   newly issued birth certificate, shall be available only upon written
2   request of the registrant or an order of a court of record.
3     When a new birth certificate is established under this article, the
4   State Registrar shall transmit copies of the newly established birth
5   certificate for filing to the local registrar and the county recorder
6   whose records contain copies of the original certificate, who shall
7   forward the copies of the original certificate to the State Registrar
8   for filing with the original certificate, if it is practical for him or
9   her to do so. If it is impractical for him or her to forward the copy
10   to the State Registrar, he or she shall effectually seal a cover over
11   the copy of the original certificate in a manner as not to deface or
12   destroy the copy and forward a verified statement of his or her
13   action to the State Registrar. Thereafter the information contained
14   in the record shall be available only upon written request of the
15   registrant or on order of a court of record.
16   ~~SEC. 9.~~
17   *SEC. 11.*   Section 12811 of the Vehicle Code is amended to
18   read:
19     12811. (a) (1) (A) When the department determines that the
20   applicant is lawfully entitled to a license, it shall issue to the person
21   a driver's license as applied for. The license shall state the class
22   of license for which the licensee has qualified and shall contain
23   the distinguishing number assigned to the applicant, the date of
24   expiration, the true full name, age, and mailing address of the
25   licensee, a brief description and engraved picture or photograph
26   of the licensee for the purpose of identification, and space for the
27   signature of the licensee. The applicant shall choose a gender
28   category of female, male, or nonbinary to be included as part of
29   the applicant's description on the driver's license. An applicant's
30   choice of gender category on an original, renewed, or amended
31   driver's license is not subject to review by the department. The
32   department shall promulgate regulations to provide a process for
33   an expedient amendment to a gender category and shall not require
34   an applicant to provide documentation other than the request from
35   the applicant.
36     (B) Each license shall also contain a space for the endorsement
37   of a record of each suspension or revocation of the license.
38     (C) The department shall use whatever process or processes, in
39   the issuance of engraved or colored licenses, that prohibit, as near
40   as possible, the ability to alter or reproduce the license, or prohibit

97

Zzyym v. Tillerson – AR 0209

— 15 —                          SB 179

1   the ability to superimpose a picture or photograph on the license
2   without ready detection.
3       (2) In addition to the requirements of paragraph (1), a license
4   issued to a person under 18 years of age shall display the words
5   "provisional until age 18."
6       (b) (1) On and after July 1, 2011, an application for an original
7   or renewal driver's license or identification card shall contain a
8   space for the applicant to enroll in the Donate Life California Organ
9   and Tissue Donor Registry. The application shall include check
10  boxes for an applicant to mark either (A) Yes, add my name to the
11  donor registry or (B) I do not wish to register at this time.
12      (2) The department shall inquire verbally of an applicant
13  applying in person for an original or renewal driver's license or
14  identification card at a department office as to whether the applicant
15  wishes to enroll in the Donate Life California Organ and Tissue
16  Donor Registry. Failure or refusal to answer this question or check
17  a box on the application form shall not be a basis for the department
18  to deny an applicant a driver's license or identification card.
19      (3) The following language shall be included with the question
20  required by paragraph (1):
21
22      "Marking 'Yes' adds your name to the Donate Life California
23  Organ and Tissue Donor Registry and a pink 'donor' dot will
24  appear on your license. If you wish to remove your name from the
25  registry you must contact Donate Life California (see back); DMV
26  can remove the pink dot from your licenses but cannot remove
27  you from the registry."
28
29      (4) The back of the application shall contain the following
30  statement:
31
32      "If, on the front of this form, you marked 'Yes' to register as an
33  organ and tissue donor you are legally authorizing the recovery of
34  organs and tissues in the event of your death. Registering as a
35  donor will not affect your medical treatment in any way. As
36  outlined in the California Anatomical Gift Act, your authorization
37  is legally binding and, unless the donor is under 18 years of age,
38  your decision does not require the consent of any other person.
39  For registered donors under 18 years of age, the legal guardian
40  shall make the final donation decision. You may limit your

97

Zzyym v. Tillerson — AR 0210

SB 179 — 16 —

1 donation to specific organs or tissues, place usage restrictions, for
2 example transplantation or research, obtain more information about
3 donation, or remove your name from the registry on the Internet
4 Web site of Donate Life California: www.donatelifecalifornia.org."
5
6 (5) Notwithstanding any other law, a person under 18 years of
7 age may register as a donor. However, the legal guardian of that
8 person shall make the final decision regarding the donation.
9 (6) The department shall collect donor designation information
10 on all applications for an original or renewal driver's license or
11 identification card.
12 (7) The department shall print the word "DONOR" or another
13 appropriate designation on the face of a driver's license or
14 identification card to a person who has indicated on the application
15 his or her intent to enroll in the organ donation program pursuant
16 to this section.
17 (8) On a weekly basis, the department shall electronically
18 transmit to Donate Life California, a nonprofit organization
19 established and designated as the California Organ and Tissue
20 Donor Registrar pursuant to Section 7150.90 of the Health and
21 Safety Code, all of the following information from every
22 application that indicates the applicant's decision to enroll in the
23 organ donation program:
24 (A) His or her true full name.
25 (B) His or her residence or mailing address.
26 (C) His or her year of birth.
27 (D) His or her California driver's license number or
28 identification card number.
29 (9) (A) A person who applies for an original or renewal driver's
30 license or identification card may designate a voluntary
31 contribution of two dollars ($2) for the purpose of promoting and
32 supporting organ and tissue donation. This contribution shall be
33 collected by the department, and treated as a voluntary contribution
34 to Donate Life California and not as a fee for the issuance of a
35 driver's license or identification card.
36 (B) The department may use the donations collected pursuant
37 to this paragraph to cover its actual administrative costs incurred
38 pursuant to paragraphs (6) to (8), inclusive. The department shall
39 deposit all revenue derived pursuant to this paragraph and
40 remaining after the department's deduction for administrative costs

97

Zzyym v. Tillerson – AR 0211

**SB 179**

1   in the Donate Life California Trust Subaccount, that is hereby
2   created in the Motor Vehicle Account in the State Transportation
3   Fund. Notwithstanding Section 13340 of the Government Code,
4   all revenue in this subaccount is continuously appropriated, without
5   regard to fiscal years, to the Controller for allocation to Donate
6   Life California and shall be expended for the purpose of increasing
7   participation in organ donation programs.
8       (C)  The department shall transmit to the Donate Life California
9   Organ and Tissue Donor Registry and the appropriate policy and
10   fiscal committees of the Legislature an annual report, and shall
11   make available quarterly updates, detailing funds collected through
12   voluntary contributions as well as a summary of applicants,
13   including all of the following nonidentifiable information:
14      (i)  Date of application.
15      (ii)  Method of application (field office, online, or mail).
16      (iii)  Donor registration status.
17      (iv)  ZIP Code.
18      (v)  Gender.
19      (vi)  Year of birth.
20      (D)  (i)  The annual report to be submitted to the appropriate
21   policy and fiscal committees of the Legislature pursuant to
22   subparagraph (C) shall be submitted in compliance with Section
23   9795 of the Government Code.
24      (ii)  Pursuant to Section 10231.5 of the Government Code, the
25   requirement for submitting the annual report to the appropriate
26   policy and fiscal committees of the Legislature imposed under
27   subparagraph (C) is inoperative four years after the date the first
28   annual report is due.
29      (10)  The enrollment form shall be posted on the Internet Web
30   sites for the department and the California Health and Human
31   Services Agency.
32      (11)  The enrollment shall constitute a legal document pursuant
33   to the Uniform Anatomical Gift Act (Chapter 3.5 (commencing
34   with Section 7150) of Part 1 of Division 7 of the Health and Safety
35   Code) and shall remain binding after the donor's death despite any
36   express desires of next of kin opposed to the donation. Except as
37   provided in paragraph (5) of subdivision (b), the donation does
38   not require the consent of any other person.
39      (12)  Donate Life California shall ensure that all additions and
40   deletions to the California Organ and Tissue Donor Registry,

Zzyym v. Tillerson – AR 0212

SB 179                    — 18 —

1   established pursuant to Section 7150.90 of the Health and Safety
2   Code, shall occur within 30 days of receipt.
3       (13) Information obtained by Donate Life California for the
4   purposes of this subdivision shall be used for these purposes only
5   and shall not be disseminated further by Donate Life California.
6       (c) (1) All applications for a driver's license or identification
7   card shall contain a space for an applicant to indicate whether he
8   or she has served in the Armed Forces of the United States and to
9   give his or her consent to be contacted regarding eligibility to
10  receive state or federal veterans benefits. The application shall
11  contain the following statement:
12
13      "By marking the veteran box on this application, I certify that I
14  am a veteran of the United States Armed Forces and that I want
15  to receive veterans benefits information from the California
16  Department of Veterans Affairs. By marking the veteran box on
17  this application, I also consent to DMV transmitting my name and
18  mailing address to the California Department of Veterans Affairs
19  for this purpose only, and I certify that I have been notified that
20  this transmittal will occur."
21
22      (2) The department shall collect the information obtained
23  pursuant to paragraph (1).
24      (3) As mutually agreed between the department and the
25  Department of Veterans Affairs, the department shall electronically
26  transmit to the Department of Veterans Affairs the following
27  information on each applicant who has identified that he or she
28  has served in the Armed Forces of the United States since the last
29  data transfer and has consented to be contacted about veterans
30  benefits:
31      (A) His or her true full name.
32      (B) His or her mailing address.
33      (4) Information obtained by the Department of Veterans Affairs
34  for the purposes of this subdivision shall be used for the purpose
35  of assisting individuals to access veterans benefits and shall not
36  be disseminated except as needed for this purpose.
37      (5) Commencing November 11, 2015, an in-person application
38  for a driver's license or identification card shall allow an applicant
39  to request the word "VETERAN" be printed on the face of the
40  driver's license or identification card. A verification form shall be

97

— 19 —                    **SB 179**

1    developed by the Department of Veterans Affairs in consultation
2    with the Department of Motor Vehicles and the California
3    Association of County Veterans Service Officers to acknowledge
4    verification of veteran status. A county veterans service office
5    shall verify the veteran's status as a veteran, sign the verification
6    form, and return it to the veteran. The Department of Motor
7    Vehicles shall accept the signed verification form as proof of
8    veteran status. Upon payment of the fee required pursuant to
9    Section 14901.1, the word "VETERAN" shall be printed on the
10   face of a driver's license or identification card, in a location
11   determined by the department, and issued to a person who makes
12   this request and presents the verification form to the department.
13      (d)  A public entity or employee shall not be liable for loss,
14   detriment, or injury resulting directly or indirectly from false or
15   inaccurate information contained in the form provided pursuant
16   to subdivision (b).
17      (e)  A contract shall not be awarded to a nongovernmental entity
18   for the processing of driver's licenses, unless the contract conforms
19   to all applicable state contracting laws and all applicable procedures
20   set forth in the State Contracting Manual.
21      ~~SEC. 10.~~
22      *SEC. 12.*  Section 13005 of the Vehicle Code is amended to
23   read:
24      13005.  (a)  The identification card shall resemble in appearance,
25   so far as is practicable, a driver's license issued pursuant to this
26   code. It shall adequately describe the applicant, bear his or her
27   picture, and be produced in color or engraved by a process or
28   processes that prohibit, as near as possible, the ability to alter or
29   reproduce the identification card, or prohibit the ability to
30   superimpose a picture or photograph on the identification card
31   without ready detection. The applicant shall choose a gender
32   category of female, male, or nonbinary to be included as part of
33   the applicant's description on the identification card. An applicant's
34   choice of gender category on an original, renewed, or amended
35   identification card is not subject to review by the department. The
36   department shall adopt regulations to provide a process for an
37   expedient amendment to a gender category and shall not require
38   an applicant to provide documentation other than the request from
39   the applicant.

97

Zzyym v. Tillerson – AR 0214

SB 179                              — 20 —

1    (b) (1) Upon issuance of a new identification card, or renewal
2  of an identification card, the department shall provide information
3  on organ and tissue donation, including a standardized form to be
4  filled out by an individual who desires to enroll in the California
5  Organ and Tissue Donor Registry with instructions for mailing
6  the completed form to the California Organ and Tissue Donor
7  Registrar established pursuant to subdivision (a) of Section 7150.90
8  of the Health and Safety Code.
9    (2) The enrollment form shall be simple in design and shall be
10  produced by the department, in cooperation with the California
11  Organ and Tissue Donor Registrar, and shall require all of the
12  following information to be supplied by the enrollee:
13    (A) Date of birth, sex, full name, address, and home telephone
14  number.
15    (B) Consent for organs or tissues to be donated for transplant
16  after death.
17    (C) Any limitation of the donation to specific organs, tissues,
18  or research.
19    (3) The form shall also include a description of the process for
20  having a name removed from the registry, and the process for
21  donating money for the benefit of the registry.
22    (4) The registry enrollment form shall be posted on the Internet
23  Web sites for the department and the California Health and Human
24  Services Agency.
25    (5) The form shall constitute a legal document under the
26  Uniform Anatomical Gift Act (Chapter 3.5 (commencing with
27  Section 7150) of Part 1 of Division 7 of the Health and Safety
28  Code).
29    (6) The registrar shall ensure that all additions and deletions to
30  the registry shall occur within 30 days of receipt.
31    (7) Information obtained by the registrar for the purposes of
32  this subdivision shall be used for these purposes only and shall not
33  further be disseminated by the registrar.
34    (c) A contract shall not be awarded to a nongovernmental entity
35  for the processing of identification cards unless the contract
36  conforms to all applicable state contracting laws and all applicable
37  procedures set forth in the State Contracting Manual.
38    ~~SEC. 11.~~
39    *SEC. 13.* No reimbursement is required by this act pursuant to
40  Section 6 of Article XIII B of the California Constitution because

97

Zzyym v. Tillerson — AR 0215

— 21 —                    **SB 179**

1   the only costs that may be incurred by a local agency or school
2   district will be incurred because this act creates a new crime or
3   infraction, eliminates a crime or infraction, or changes the penalty
4   for a crime or infraction, within the meaning of Section 17556 of
5   the Government Code, or changes the definition of a crime within
6   the meaning of Section 6 of Article XIII B of the California
7   Constitution.

O

97



**Health**

Office of Vital Records
125 Worth Street, CN-4, Room 133
New York, N.Y. 10013-4090

**Register to vote:**
http://www.nyccfb.info/public/VRC/registeringToVote.aspx?sm=public_rtv

**SEE INSTRUCTIONS AND
APPLICABLE FEES BELOW AND
ON BACK**

## BIRTH CERTIFICATE APPLICATION

### (Please Print Clearly)

| 1. LAST NAME ON BIRTH CERTIFICATE | 2. FIRST NAME | 3. ☐ FEMALE    ☐ MALE |
|---|---|---|

| 4a. IF YOU KNOW THE EXACT DATE OF BIRTH | 4b. IF YOU DON'T KNOW THE EXACT DATE OF BIRTH | *SEE BELOW FOR FEE INFORMATION* |
|---|---|---|
| MM  DD  YYYY | BEGIN SEARCH  MM  DD  YYYY    END SEARCH  MM  DD  YYYY | |

| 5. NAME OF HOSPITAL OR ADDRESS WHERE BORN | 6. BOROUGH WHERE BORN |
|---|---|
| | MAN ☐  BRONX ☐  BKLYN ☐  QUEENS ☐  SI ☐ |

| 7. MOTHER/PARENT'S NAME PRIOR TO FIRST MARRIAGE (MAIDEN NAME):  FIRST  LAST | 8. BIRTH CERTIFICATE NUMBER *(if known)* |
|---|---|

| 9. FATHER/PARENT'S NAME PRIOR TO FIRST MARRIAGE  FIRST  LAST | 10. WHY DO YOU NEED THIS BIRTH CERTIFICATE |
|---|---|

| 11. DO YOU NEED A LETTER OF EXEMPLIFICATION?  ☐ YES  ☐ NO | 12. HOW MANY COPIES DO YOU NEED?  1 ☐  2 ☐  3 ☐ | 13. HOW ARE YOU RELATED TO THE PERSON ON THIS BIRTH CERTIFICATE?  SELF/PARENT/OTHER *(please explain)* |
|---|---|---|

**PLEASE PRINT YOUR MAILING AND CONTACT INFORMATION CLEARLY BELOW**

| NAME | DAYTIME PHONE NUMBER  Area Code  — Telephone Number |
|---|---|
| STREET ADDRESS    APT. NO. | |
| CITY    STATE    ZIP CODE | E-MAIL ADDRESS |

NOTE: Copy of a birth record can be issued only to persons to whom the record of birth relates, if of age, or to a parent or human service organizations. It is a violation of law to make a false, untrue or misleading statement or forge the signature of another on this application. Violations are a misdemeanor punishable by a fine of up to $2,000.

| 14. CUSTOMER SIGNATURE AND DATE  SIGNATURE: _____  DATE: _____ | 15. CUSTOMER COMMENTS/ADDITIONAL INFORMATION |
|---|---|

**FEES**

$15 per copy x _____ copies    $ _____

Cost of certified copy includes a two consecutive year search

$3 for each extra year searched x _____ years  $ _____

**Total Amount Enclosed:** $ _____

IF RECORD IS NOT ON FILE, A CERTIFIED "NOT FOUND STATEMENT" WILL BE ISSUED. CASH IS NOT ACCEPTED BY MAIL OR IN PERSON.

**APPLICATIONS SUBMITTED BY MAIL MUST BE NOTARIZED**

STATE OF _____

COUNTY OF _____

SUBSCRIBED AND SWORN BEFORE ME:

THIS _____ DAY OF _____, 20 ___

_____
NOTARY PUBLIC SIGNATURE

**NOTARY PUBLIC SEAL**

**ORDER BIRTH CERTIFICATES QUICKLY AND SECURELY AT WWW.NYC.GOV/VITALRECORDS**

VR 67 (Rev. 10/14)

Zzyym v. Tillerson – AR 0217

## IMPORTANT BIRTH CERTIFICATE INFORMATION

➤ You can obtain a birth certificate for yourself if you are at least 18 years old, or for your child, with current identification. Detailed instructions for attorneys submitting requests on behalf of their clients are available online at www.nyc.gov/vitalrecords.

➤ Falsifying information, including forging a signature, to obtain a birth certificate is a misdemeanor and violators may also be subject to a fine of up to $2,000 per violation.

➤ Credit cards are not accepted for mail-in orders. If from a foreign country, send an international money order.

➤ Please allow 10–15 days processing time for all long form/vault certificate orders submitted in person.

➤ Processing of mailed applications takes approximately 15 days. Check current times at www.nyc.gov/vitalrecords.

### 3 WAYS TO ORDER A NEW YORK CITY BIRTH CERTIFICATE

- **Online:** Visit www.nyc.gov/vitalrecords to order using a credit card, debit card, or electronic check. Online orders are processed within 24 hours on weekdays, and UPS express mail delivery is available.

- **Walk-In:** Go to 125 Worth Street in Lower Manhattan and use the Lafayette Street (handicapped accessible) or Centre Street entrances. We are open Monday through Friday 9:00AM – 3:30PM. Lines are shortest in the morning. Please see identification requirements below.

- **By Mail:** All mailed applications must be notarized. Mail your application to 125 Worth Street, CN-4, New York, NY 10013. Be sure to include a self-addressed, stamped, envelope with your check or money order payable to the NYC Department of Health and Mental Hygiene. You must provide a photocopy of Category 1 identification or original copies of identification from Category 2 *(see below)*.

### Identification (ID) Requirements to get a Birth Certificate for you or your child.

**Category 1: Identity documents.** If you order in person you can leave with your short form certificate in most cases, unless you require a long form certificate.

Provide any of the following, if it includes your photo, your signature and is unexpired:

- Driver's License or non-driver's ID from any state or U.S. territory
- Public benefit card
- U.S. or foreign passport
- U.S. certificate of naturalization
- Military ID card
- Employee ID with photo, verifiable employer and recent pay stub
- MTA reduced-fare Metro Card
- Student ID and current transcript from accredited and verifiable institution
- Inmate photo ID with release papers

**Category 2: Proof of address.** If you do not have any of the above, you may provide proof of address as described below. Your certificate will be mailed to address on documents provided.

Two different documents dated within the past 60 days, if they show your name and address
- Utility bills (online bills can be downloaded from your provider)
- Letter from a government agency

If you cannot provide Category 1 or 2 identification, please contact Vital Records at nycdohvr@health.nyc.gov.

VR 67 (Rev. 10/14)

## Michigan Journal of Gender and Law

Volume 19 | Issue 2

2013

# Modernizing State Vital Statistics Statutes and Policies to Ensure Accurate Gender Markers on Birth Certificates: A Good Government Approach to Recognizing the Lives of Transgender People

Lisa Mottet
*National Gay and Lesbian Task Force*

Follow this and additional works at: http://repository.law.umich.edu/mjgl

Part of the Law and Gender Commons, Legislation Commons, Sexuality and the Law Commons, and the State and Local Government Law Commons

Recommended Citation

Lisa Mottet, *Modernizing State Vital Statistics Statutes and Policies to Ensure Accurate Gender Markers on Birth Certificates: A Good Government Approach to Recognizing the Lives of Transgender People*, 19 Mich. J. Gender & L. 373 (2013).
Available at: http://repository.law.umich.edu/mjgl/vol19/iss2/4

This Article is brought to you for free and open access by the Journals at University of Michigan Law School Scholarship Repository. It has been accepted for inclusion in Michigan Journal of Gender and Law by an authorized administrator of University of Michigan Law School Scholarship Repository. For more information, please contact mlaw.repository@umich.edu.

# MODERNIZING STATE VITAL STATISTICS STATUTES AND POLICIES TO ENSURE ACCURATE GENDER MARKERS ON BIRTH CERTIFICATES: A GOOD GOVERNMENT APPROACH TO RECOGNIZING THE LIVES OF TRANSGENDER PEOPLE

*Lisa Mottet\**

INTRODUCTION • 376

I.    UNDERSTANDING THE PROBLEM • 379

    A.  *A Brief Overview of the Legal Landscape with Regard to Correcting Gender on Birth Certificates* • 379

        1.  The Model State Vital Statistics Act (MSVSA) • 380

        2.  Current U.S. State Law and Policies Overview • 381

        3.  New Policy on Consular Reports of Birth Abroad and Passports • 383

        4.  The U.K. Approach: The Gender Recognition Act of 2004 • 384

        5.  Argentina's New Law • 385

---

\*    Transgender Civil Rights Project Director at the National Gay and Lesbian Task Force. I would like to thank the National Gay and Lesbian Task Force for establishing and continuing to fund my work at the Transgender Civil Rights Project since 2001. I would also like to thank Equal Justice Works for funding the first two years of the project through an Equal Justice Works Fellowship. Although this article represents scholarship conducted in large part outside of my role at the Task Force, I am indebted to the many law students and legal volunteers of the Task Force who helped with doing much of the background research, specifically Thomas Bousnakis, Alex Garnick, Ashland Johnson, and Yam Menon. I am incredibly appreciative to Donald Johnson who served as one of my research assistants for much of this project. I am also especially grateful to Vikram Swaruup who assisted with this article first as a legal fellow at the Task Force, and later by reviewing drafts and serving as one of my research assistants for this project. I am especially indebted to Professor Dean Spade who encouraged me to write; over the years, his work and thoughts have influenced mine, and while we do not always agree, he has been a visionary for change for the transgender and social justice movements. I am grateful to Professor Shawn Crincoli, Professor Julie Greenberg, Sarah Josephson, Anya Lakner, Dylan Orr, Harper Jean Tobin, and Janson Wu who reviewed drafts and provided insight into the best analysis to make and Donna Cartwright for editing. I am also grateful for the encouragement and support of my spouse, AJ Pearlman.

Zzyym v. Tillerson – AR 0220

B.  *An Overview of Gender Transition and its
    Relation to Corrections on Birth
    Certificates* • 386

C.  *Data on the Ability to Correct Gender Markers
    on Birth Certificates* • 389

D.  *The Importance of an Accurate Birth
    Certificate* • 391
    1.  Purpose of a Birth Certificate • 391
    2.  Legal and Practical Implications of an
        Inaccurate Gender Designation • 391
        a.  *Initial Gender Designation on
            Governmental Identity Documents
            and Those Governmental and Non-
            Governmental Documents Derived
            Therefrom* • 392
        b.  *Discrimination in
            Employment* • 393
        c.  *Police, Security Personnel, and Others
            that Inspect Identification During
            Daily Life and Travel* • 395
        d.  *Marriage Recognition* • 396
        e.  *Health and Health Insurance
            Records* • 397
        f.  *Access to, and Treatment in, Sex-
            Segregated Facilities* • 398
        g.  *College Admissions* • 398
        h.  *International Adoption* • 399

II.  MODERNIZING THE LEGAL STANDARD FOR
     CORRECTING GENDER MARKERS • 399
     A.  *Overview of Existing Legal
         Standards* • 400
         1.  Standard from the MSVSA, State, and
             Local Jurisdictions • 400
         2.  Modernized Laws and Policies • 402
             a.  *Washington* • 402
             b.  *Vermont* • 402
             c.  *California* • 403
             d.  *Standard from Consular Reports of
                 Birth Abroad* • 404
             e.  *Standard from the United Kingdom's
                 Gender Recognition Act* • 404

   B.  *Issues to Consider When Modernizing the*
      *Legal Standard* • 405
      1.  A Surgical Requirement Contradicts
         Current Medical
         Understanding • 405
      2.  Surgery is Not Common and is Often
         Unattainable • 407
      3.  A Surgical Requirement is Inconsistent
         with Other Public Policies Related to
         Transgender People • 410
      4.  Reasons Given for a Surgical
         Requirement are Not Valid • 413
         a.  *Fraud or Security* • 413
         b.  *Permanence of the*
            *Correction* • 416
         c.  *Concerns About Sex-Specific Facilities*
            *and Situations* • 417
      5.  Surgical Requirements Raise Serious
         Constitutional Concerns • 422
   C.  *Specific Recommendation for Legal Standard*
      *for Gender Correction* • 425
III.  DEVELOPING AN ACCESSIBLE AND EFFICIENT
    PROCEDURE FOR GENDER MARKER
    CORRECTIONS • 427
   A.  *Existing Laws and Policies Related to*
      *Process* • 428
   B.  *Issues to Consider When Designing a*
      *Correction Process* • 431
      1.  Practical Concerns with the Court
         Order Process • 431
      2.  Privacy Concerns with the Court Order
         Process • 432
      3.  Concerns about Lack of Judicial
         Education and Bias Toward
         Surgery • 433
      4.  Constitutional Problems with a Court
         Order Process • 435
   C.  *Specific Recommendation for the Gender*
      *Correction Process* • 435
IV.  ESTABLISHING COMPREHENSIVE PRIVACY
    PROTECTIONS • 437
   A.  *Existing Privacy Protections* • 437

Zzyym v. Tillerson - AR 0222

1. Privacy Protections in the
   MSVSA • 437
   a. *New Versus Amended
      Certificates* • 437
   b. *Treatment of Name Changes in the
      MSVSA* • 439
   c. *Records Storage and Accessibility in
      the MSVSA* • 439
2. State Laws and Policies Related to
   Privacy • 440
3. Privacy for Consular Reports of Birth
   Abroad • 443
4. Privacy Protections in the U.K. and
   Argentina • 443
B. *Issues to Consider When Developing Privacy
   Policies* • 444
   1. The Individual Importance of
      Privacy • 444
   2. Constitutional Right to
      Privacy • 444
C. *Specific Recommendations Related to Privacy
   Protections* • 446
V.    RECOMMENDED LANGUAGE AND
      POLICY • 447
      A. *The Model Provision* • 447
      B. *Implementation* • 450
CONCLUSION • 451

## INTRODUCTION

Across the country, laws governing corrections to gender markers on birth certificates are relatively uniform, in large part because many states adopted the relevant provisions of the 1977 revision of the Model State Vital Statistics Act (MSVSA). The MSVSA, developed by the U.S. Department of Health and Human Services, guides states on the most efficient laws and procedures related to maintaining accurate birth, death, and other vital records at the state, local, and territorial level. At the time when the government promulgated the MSVSA provision related to gender corrections, it served as a forward-thinking model because it acknowledged that vital records should be corrected in the case of individuals who change their gender. Specifically, the 1977 MSVSA recommended that corrections to gender markers on birth certificates be granted after applicants change their

Zzyym v. Tillerson – AR 0223