# APPENDIX E

# CHECK DIGIT CALCULATION

The final figure in all numeric fields shall be a check digit calculated on modulus 10 with a 731731731... etc. weighting in the following manner:

Step 1: multiply each digit of the original number by chosen numbers known as *weightings*

Step 2: add the products of the multiplications

Step 3: divide the sum by a chosen number known as the *modulus*

Step 4: specify the remainder of this division as the *check digit*.

Thus, for a date of birth 27 July 1952, represented as 520727, the calculation would be as follows:

Step 1:
| Original number | 5 | 2 | 0 | 7 | 2 | 7 |
|---|---|---|---|---|---|---|
| Weightings | 7 | 3 | 1 | 7 | 3 | 1 |
| Products | 35 | 6 | 0 | 49 | 6 | 7 |

Step 2: $35 + 6 + 0 + 49 + 6 + 7 = 103$

Step 3: $\frac{103}{10} = 10$, remainder 3

Step 4: Check digit is 3

The date of birth in the machine readable zone would therefore be shown as 5207273.

In a field where the number does not occupy all the available spaces and the symbol < is used, the value of zero should be given to the symbol < for the purpose of calculating the check digit.

In calculating the final digit in the lower line the weightings should be applied in the order 731731... to every character position in all the numeric fields from left to right without interruption.

Zzyym v. Tillerson - AR 0460

## APPENDIX F

## RECOMMENDATIONS FORMULATED BY THE PANEL ON PASSPORT CARDS

**Recommendation No. 1 — Issue and Scrutiny of Machine Readable Passports (MRPs)**

It is recommended that:

a) those States which are in a position to issue MRPs should do so as soon as possible in accordance with Recommendations Nos. 2 to 5;
b) those States which are in a position to read MRPs by machine for clearance purposes should make appropriate arrangements as soon as possible;
c) those States which are unable to issue MRPs at present should examine the possibility of producing conventional passports with the data page following the recommended format and layout of the MRP.

**Recommendation No. 2 — Format and Layout of the MRP**

It is recommended that when producing MRPs, the specifications shown in Appendices A and B are strictly adhered to.

**Recommendation No. 3 — The Machine Readable Zone of the MRP**

It is recommended that States adhere strictly to the specifications for the machine readable zone set out in this Report and its appendices and that the machine readable zone contain the following data in that order:

*Upper line*

a) letter "P" to identify the document as an MRP;
b) code of issuing State (cf. paragraph 24)*;
c) name (surname and all other names up to 39 letters);

*Lower line*

d) passport number
e) nationality of holder (cf. paragraph 26);
f) date of birth and check digit;
g) sex (cf. paragraph 28);
h) date of expiry and check digit;
i) national registration/personal number (optional) and check digit;
j) final check digit.

---

* *Note.* Paragraph numbers in this recommendation refer to paragraphs in the Panel's Fifth Report. Paragraph 24 corresponds to paragraph 23 of this document, paragraph 26 to paragraph 25 and paragraph 28 to paragraph 27.

Zzyym v. Tillerson - AR 0461

**Recommendation No. 4 — Security Considerations**

It is recommended that the MRP be produced so that:

a) any attempt to alter a genuine document in any way would result in its virtual destruction or render such alteration clearly manifest to the eye; it might also be detectable by the mechanical or automated processes entailed in its scrutiny.
b) any attempt to create counterfeit MRPs which would be visually acceptable and able to pass automated inspection, would be unattractive to potential criminal elements; this may be accomplished by making it most difficult to acquire production equipment and materials illegally and by involving a high degree of technical expertise in the production of MRPs.
c) any security feature incorporated in the document does not interfere with accurate machine reading.

**Recommendation No. 5 — Physical and Material Characteristics of the MRP**

While recognizing that issuing States have freedom of choice of materials for producing the MRP, it is recommended that the selected materials contain the properties referred to in paragraphs 42 to 46*. The document thus produced should have a lifespan of at least five years.

---

\* *Note.* Paragraphs 42 to 46 in the Panel's Fifth Report correspond to paragraphs 38 to 42 of this document.

— END —

Zzyym v. Tillerson – AR 0462

# ICAO PUBLICATIONS IN THE AIR TRANSPORT FIELD

The following summary gives the status and also describes in general terms the contents of the various series of publications in the air transport field issued by the International Civil Aviation Organization:

*International Standards and Recommended Practices on Facilitation (designated as Annex 9 to the Convention)* which are adopted by the Council in accordance with Articles 37, 54 and 90 of the Convention on International Civil Aviation. The uniform observance of the specifications contained in the International Standards on Facilitation is recognized as practicable and as necessary to facilitate and improve some aspect of international air navigation, while the observance of any specification contained in the Recommended Practices is recognized as generally practicable and as highly desirable to facilitate and improve some aspect of international air navigation. Any differences between the national regulations and practices of a State and those established by an International Standard must be notified to the Council in accordance with Article 38 of the Convention. The Council has also invited Contracting States to notify differences from the provisions of the Recommended Practices;

*Council Statements* on policy relating to air transport questions, such as the economics of airports and en-route air navigation facilities, taxation and aims in the field of facilitation;

*Digests of Statistics* which are issued on a regular basis, presenting the statistical information received from Contracting States on their civil aviation activities;

*Circulars* providing specialized information of interest to Contracting States. They include regional studies on the development of international air passenger, freight and mail traffic and specialized studies of a world-wide nature;

*Manuals* providing information or guidance to Contracting States on such questions as airports and air navigation facility tariffs, air traffic forecasting techniques and air transport statistics.

Also of interest to Contracting States are reports of meetings in the air transport field, such as sessions of the Facilitation Division and the Statistics Division and conferences on the economics of airports and air navigation facilities. Supplements to these reports are issued, indicating the action taken by the Council on the meeting recommendations, many of which are addressed to Contracting States.

Doc 9303
Part 1



# MACHINE READABLE TRAVEL DOCUMENTS



## PART 1

## MACHINE READABLE PASSPORTS

FOURTH EDITION — 1999



*Published by authority of the Secretary General*

INTERNATIONAL CIVIL AVIATION ORGANIZATION

# IV. TECHNICAL SPECIFICATIONS UNIQUE TO MACHINE READABLE PASSPORTS

### Scope

1. This section defines those specifications which are unique to passports and are necessary for global interoperability. Section IV should be read in conjunction with Section III which defines those specifications for the MRP that are common to all MRTDs. Specifications are included for the discretionary expansion of the machine readable data capacity of the MRP beyond that defined for global interchange, as well as for machine-assisted identity confirmation of the rightful holder and security features. Technical specifications for a passport card are also included, with references to further specifications in Doc 9303, Part 3, for optional use by States and organizations.

### Dimensions of the MRP and MRP data page

2. The dimensions shall be as follows.

2.1 *MRP data page nominal dimensions.* The nominal dimensions shall be as specified in ISO/IEC 7810 : 1995 (except thickness) for the ID-3 size card, i.e.:

88.0 mm × 125.0 mm (3.46 in × 4.92 in).

2.2 *MRP data page edge tolerances.* The edges shall be within the area circumscribed by the following concentric rectangles as illustrated in Figure IV-1.

Inner rectangle:  87.25 mm × 124.25 mm (3.43 in × 4.89 in)
Outer rectangle:  88.75 mm × 125.75 mm (3.49 in × 4.95 in)

2.3 *MRP data page margins.* The dimensional specifications refer to the outer limits of the MRP data page. A margin of 2.0 mm (0.08 in) along each outer edge, with the exception of the header zone, must be left clear of data.

2.4 *MRP data page thickness.* The thickness, including any final treatment (e.g. laminate), shall be as follows.

2.4.1 Minimum: 0.25 mm (0.01 in)

2.4.2 Maximum: 0.90 mm (0.035 in)

2.4.3 The thickness of the area within the machine readable zone shall not vary by more than 0.1 mm (0.004 in).

---

General Note.— *The decimal notation used in these specifications conforms to ICAO practice. The ISO practice is to use a decimal point (.) in imperial measurements and a comma (,) in metric measurements.*

Zzyym v. Tillerson - AR 0465



Figure IV-1. MRP data page dimensional illustration

2.5    *MRP dimensions.* The dimensional specifications defined in 2.1 and 2.2 also apply to the MRP. If required for binding purposes, the 88.0 mm (3.46 in) dimension may be increased.

2.6    *Oversize visas.* The dimensions specified for the MRP are smaller than those of early generation non-machine readable passports. As a result, it may no longer be possible to stamp certain large size visas on the reduced size pages of the MRP. In such cases, the visa may be stamped on two adjacent pages of an open passport booklet, ensuring that the booklet is held flat to provide a legible visa impression.

### General layout of the MRP data page

3.     The MRP data page follows a standardized layout to facilitate reading of data globally by visual and machine readable means.

3.1    The MRP data page should be either an end leaf of the MRP or an inner page in close proximity to an end leaf of the MRP. Where the MRP data page is not constructed as an end leaf, the *recommended practice* is to locate the MRP data page on page 2 or on the penultimate page of the MRP. The MRZ shall be positioned adjacent to the outside edge of the book, parallel to the spine of the book, as illustrated in Appendix 4 to this section.

3.2    To accommodate the various requirements of States' laws and practices and to achieve the maximum standardization within those divergent requirements, the MRP data page is divided into seven zones as follows:

*Front of MRP data page*

Zone I      Mandatory header
Zone II     Mandatory and optional personal data elements
Zone III    Mandatory and optional document data elements
Zone IV     Holder's signature or usual mark, i.e. original or reproduction
Zone V      Mandatory identification feature
Zone VII    Mandatory machine readable zone (MRZ)

*Back of MRP data page, or an adjacent page*

Zone VI     Optional data elements

3.3     Zones I to V and Zone VII contain mandatory elements in a standard sequence which represent the minimum requirements for the MRP data page. The optional elements in Zones II, III and VI accommodate the diverse requirements of issuing States and organizations, allowing for presentation of additional data at the discretion of the issuing State or organization, while achieving the desired level of standardization. The location of zones and standard sequence for data elements are set out in Appendix 1 to this section. Appendix 2 to this section illustrates the dimensional specifications for the MRP data page. The technical specifications for the printing of data on the MRP data page are defined in Appendix 2 to this section (Diagram 2) and Appendix 3 to this section. Appendix 4 to this section outlines the guidelines for positioning and adjusting the dimensional specifications of Zones I to V to accommodate the flexibility desired by issuing States and organizations. Examples of personalized MRP data pages are shown in Appendix 5 to this section.

3.4     *Zone IV — Location of holder's signature or usual mark.* Field 18, the holder's signature or usual mark, shall normally be placed in Zone IV of the MRP data page (see Appendix 4 to this section). Where the issuing State or organization wishes to locate the holder's signature or usual mark on a page other than the MRP data page, it may, as specified in the data element directory (5.3), locate Field 18 on the page adjacent to the MRP data page. In this case, the size of Field 15 (Authority or issuing office) on the MRP data page may be increased.

3.5     *Zone V — Position of holder's portrait.* Within Zone V, the holder's portrait shall be at least 2 mm (0.08 in) from the left-hand edge of the MRP data page. When using an affixed photograph, it is recommended that this dimension be increased to 6 mm (0.24 in) in an effort to reduce the potential for photograph substitution. Where this recommendation is implemented, a consequent reduction in the width of Fields 03-18 and in the number of character positions of the data elements appearing in Fields 8, 10 and 12 shall occur.

**Content and use of zones**

4.      The data elements to be included in the zones and the treatment of the zones shall be as described hereunder.

4.1    *Mandatory zones*

4.1.1    The MRP data page shall contain Zones I through III, Zone V and Zone VII.

4.1.2    Zone IV shall be present on the data page or on an adjacent page as defined in 3.4 and contain the holder's signature or usual mark; i.e. original or reproduction. Zone V shall include the personal identification features which shall include a portrait solely of the holder. At the discretion of the issuing State or organization, the name fields in Zone II and the holder's signature or usual mark in Zone IV may overlay Zone V provided this does not hinder recognition of the data in any of the three zones.

4.1.3    Data elements shall appear in a standard sequence as defined in Appendix 1 to this section.

4.1.4    If the State practice is to omit mandatory elements 01 and 02 (issuing State or organization, in full, and name of document, in full) from the header (Zone I), these data elements shall appear on an adjacent page.

4.1.5    All MRZ (Zone VII) data elements shall be shown as defined in 6.5 and 6.6.

4.2    *Optional zone.* Zone VI is an optional zone for use at the discretion of the issuing State or organization.

4.3    *Dimensional flexibility of Zones I to V*

4.3.1    Zones I to V may be adjusted in size and shape within the overall dimensional specifications of the MRP data page to accommodate the diverse requirements of issuing States and organizations. All zones, however, shall be bounded by straight lines, and all angles where straight lines join shall be right angles (i.e. 90 degrees). It is recommended that the zone boundaries not be printed on the MRP data page. The nominal position of the zones is shown in Appendix 4 to this section.

4.3.2    When an issuing State or organization chooses to produce an MRP data page that contains a transparent or otherwise unprintable border, this will result in a reduction of the available area within the zones. The full MRP data page dimensions and zone boundaries shall be measured from the outside edge of this border, which is the external edge of the MRP data page.

4.3.3    Zone I shall be located along the top edge of the MRP data page and extend across the full 125.0 ± 0.75 mm (4.92 ± 0.03 in) dimension. (The top edge is the edge coincident with the spine of the MRP.) The issuing State or organization may vary the *vertical* dimension of Zone I, as required, but this dimension shall be sufficient to allow legible interpretation of the data elements in the zone and shall not be greater than 17.9 mm (0.70 in).

4.3.4    Zone V shall be located such that its left edge is coincident with the left edge of the MRP data page.

4.3.5    Zone V may move *vertically* along the left edge of the MRP data page and overlay a portion of Zone I as long as individual details contained in either zone are not obscured.

4.3.6    The upper boundary of Zone II shall be coincident with the lower boundary of Zone I.

4.3.7    When there is a specific requirement for the name fields to extend across the MRP data page, Zone II may extend up to the full 125.0 ± 0.75 mm (4.92 ± 0.03 in) dimension of the MRP data page. In the event the

full dimension is used, Zone II shall overlay a portion of Zone V. In this case, issuing States and organizations shall ensure that data contained in either zone are not obscured.

4.3.8    The lower boundary of Zone II may be positioned at the discretion of the issuing State or organization. Enough space must be left for Zones III and IV below the boundary. This boundary does not need to be straight across the 125.0 ± 0.75 mm (4.92 ± 0.03 in) dimension of the MRP data page.

4.3.9    Zone III should start at the right vertical boundary of Zone V and may extend, at the discretion of the issuing State or organization, to the right edge of the MRP data page.

4.3.10   If Zone IV is placed on the MRP data page, it shall be at the bottom of the VIZ on the front of the MRP data page, its lower boundary coincident with the top edge of the MRZ.

4.3.11   Zone IV may also overlay Zone V. In this case, issuing States and organizations shall ensure that individual details contained in either zone are not obscured.

4.4      The dimensions and boundaries of Zone VII, the machine readable zone, are fixed. Zone VII conforms in height to the MRZ defined for all MRTDs so that the machine readable data lines fall within the effective reading zone (ERZ) specified in 15 and Appendix 4 to Section III.

### Detailed layout of the MRP data page

5.       *Visual inspection zone (VIZ) (Zones I to VI).* All data in the VIZ shall be clearly legible.

5.1      *Languages/script.* These specifications provide for entered data in the visual inspection zone to appear in Latin alphabet characters (see data element directory, Note a)). When the mandatory elements of Zones I, II and III are in a national language that does not use the Latin alphabet, a transliteration shall also be provided in the case of the name of the holder. In the case of the name of the issuing State, or place of issue or place of birth, the representation in the original language may be accompanied by a translation of the name into English, French or Spanish, when the translated name is more familiar to the international community. It is strongly recommended that issuing States using non-Latin alphabet characters in the optional fields of the VIZ use either English, French or Spanish in these fields as well, in the interests of facilitation. An additional data page may be used for national purposes, and this may be completed entirely in the national script and/or language if so desired by the issuing State.

5.2      *Field names.* Captions shall be used to identify all mandatory data elements in the VIZ except as specified in the directory below and may be in the language of the issuing State or working language of the issuing organization. If the language of the issuing State or working language of the issuing organization used for captions is other than English, French or Spanish, one of these languages should also be used, and the corresponding text should be presented in italics.

5.2.1    *Unused fields.* When a field is not used, the caption shall not appear on the MRP data page.

5.3      *Data element directory.* The data elements in the VIZ are specified as follows.

Zzyym v. Tillerson - AR 0469

## Visual inspection zone — Data element directory

| Field/zone no. | Data element | Specifications | Maximum no. of character positions | References and notes* |
|---|---|---|---|---|
| 01/I | Issuing State or organization (in full) | Name of issuing State or organization responsible for issue of the MRP. This should be printed, the type font being selected at the discretion of the issuing State or organization. A translation of the name into one or more languages, one of which should be English, French or Spanish, should be given when the translated name is more familiar to the international community. | Variable | Notes a, c, d, f, g If omitted, shall appear on an adjacent page in the passport. |
| 02/I | Name of the document | The word for "passport" in the language of the issuing State or organization, plus either PASSPORT (English), PASSEPORT (French) or PASAPORTE (Spanish) if the language of the issuing State or organization is not English, French or Spanish, the type font being selected at the discretion of the issuing State or organization. | Variable | Notes a, c, g If omitted, shall appear on an adjacent page in the passport. |
| 03/I | Type of document | Capital letter P to designate an MRP. One additional capital letter may be used, at the discretion of the issuing State or organization, to designate other types of passports such as MRP issued to diplomatic staff, and MRP issued for travel on government business. | 2 | Notes a, g |
| 04/I | Issuing State or organization (in code) | As abbreviated in three-letter code specified in Appendix 1 to Section III. | 3 Fixed | Notes a, f, g |
| 05/I | Passport number | As given by the issuing State or organization. | 9 | Notes a, b, c, g |
| 06/07/II | Name | The full name of the holder, as identified by the issuing State. The name shall be divided where possible by the issuing State into two parts, the first representing that portion of the name that the issuing State defines as the "primary identifier" for the holder (e.g. surname, maiden name plus married name, family name) and the second representing all remaining components (e.g. given names, initials) of the holder's name, which the issuing State considers as collectively representing a "secondary identifier". The two parts, i.e. primary and secondary identifiers, once integrated, constitute the name of the passport holder.<br><br>Where the issuing State determines that the holder's name cannot be divided into the required two parts, as defined above, the full name of the holder shall be defined as the primary identifier. | Variable | Notes a, c, g, h, k |

*Part 1 — Machine Readable Passports*
*IV. Technical Specifications Unique to Machine Readable Passports*                                                                IV-7

| Field/ zone no. | Data element | Specifications | Maximum no. of character positions | References and notes* |
|---|---|---|---|---|
| 06/II | Primary identifier | Predominant component(s) of the name of the holder as described above. In cases where the predominant component(s) of the name of the holder (e.g. where this consists of composite names) cannot be shown in full or in the same order, owing to space limitations of Field(s) 06 and/or 07 or national practice, the most important component(s) (as determined by the State or organization) of the primary identifier shall be inserted. | Variable | Notes a, c, g, h, k |
| 07/II | Secondary identifier | Secondary component(s) of the name of the holder as described above. The most important component(s) (as determined by the State or organization) of the secondary identifier of the holder shall be inserted in full, up to the maximum dimensions of the field frame. Other components, where necessary, may be represented by initials. Where the holder's name has only predominant component(s), this data field shall be left blank. A State may optionally utilize the whole zone comprising Fields 06 and 07 as a single field. In such a case, the primary identifier shall be placed first, followed by a comma and a space, followed by the secondary identifier. | Variable | Notes a, c, g, h, k |
| 08/II | Nationality (in full) | Nationality of the holder as recorded by the issuing State, in the language(s) of the State of issue. | Variable | Notes a, c, f, g, h |
| 09/II | Date of birth | Holder's date of birth as recorded by the issuing State or organization. For unknown dates, see 10.1.7 of Section IV. | Variable | Notes a, b, c, g |
| 10/II | Personal number | Field optionally used for personal identification number given to holder by issuing State or organization. | 12-14 | Notes a, b, c, g, h |
| 11/II | Sex | Sex of holder, to be specified by use of the single initial commonly used in the language of the State where the document is issued and, if translation into English, French or Spanish is necessary, followed by a dash and the capital letter F for female, M for male, or X for unspecified. | 3 | Notes a, c, g |
| 12/II Optional element in mandatory zone | Place of birth | Field optionally used for city and State of holder's birthplace. A translation of the name into one or more languages, one of which should be English, French or Spanish, should be given when the translated name is more familiar to the international community. At the discretion of the issuing State, the town or suburb of birth may be used. When the MRP is issued to a person whose place of birth was outside the State issuing the document and it is desired that the State or territory of birth be shown, the three-letter code appearing in Appendix 1 to Section III shall be used. | 25-27 | Notes a, c, f, g, h |

*IV-8*             *Machine Readable Travel Documents*

| Field/ zone no. | Data element | Specifications | Maximum no. of character positions | References and notes* |
|---|---|---|---|---|
| 13/II Optional element in mandatory zone | Optional personal data elements | Optional personal data elements. | Variable | Notes a, b, c, e, g |
| 14/III | Date of issue | Date of issue of the MRP. See paragraph 10. | Variable | Notes a, b, c, g |
| 15/III | Authority or issuing office | Authority or issuing office for the MRP. This field may be used to indicate both the issuing Authority or issuing office and its location, which shall be printed or stamped within this field. A translation of the name into one or more languages, one of which should be English, French or Spanish, should be given when the translated name is more familiar to the international community. | Variable | Notes a, b, c, f, g, h |
| 16/III | Date of expiry | Date of expiry of the MRP. See paragraph 10. | Variable | Notes a, b, c, g |
| 17/III Optional element in mandatory zone | Optional document data elements | Optional data elements relating to the document. | Variable | Notes a, b, c, e, g |
| 18/IV | Holder's signature or usual mark | Signature of holder or usual mark of holder (original or reproduction), either directly on the data page in this field or on a label to be affixed within this field. Alternatively, at the discretion of the issuing State or organization, the signature or usual mark may be located in Zone VI. The size of the field to be allocated to the signature or usual mark on the adjoining page shall be at the discretion of the issuing State or organization, subject to the overall dimensional limits of the MRP. | Variable | Note j |
| 19/V | Holder's portrait | This field shall contain a portrait of the holder. The portrait shall fill the 45.0 mm × 35.0 mm (1.77 in × 1.38 in) area reserved for it. The head size from chin to crown shall be between 70 and 80 per cent of the vertical dimension of the portrait area. The position of this field shall be aligned to the left of Zones II and III. The portrait may be in black and white, or in colour. At the option of the issuing State or organization, this field may contain a security feature(s) provided this does not obscure the portrait. | | |

Part 1 — *Machine Readable Passports*
*IV. Technical Specifications Unique to Machine Readable Passports*                                                    IV-9

| Field/ zone no. | Data element | Specifications | Maximum no. of character positions | References and notes* |
|---|---|---|---|---|
| | | Where the portrait is a glued-in photograph, the issuing State or organization should make every effort to extend the left margin in Field 19 by moving the portrait 4 mm (0.16 in) to the right (i.e. to a total of 6 mm (0.24 in) from the left-hand edge of the page) to ensure a secure and durable adherence of the laminate to the data page on the left-hand margin. In such cases, Fields 03 through 18 inclusive shall be reduced accordingly, and the number of character positions of the data elements appearing in Fields 08, 10 and 12 shall be reduced by up to two characters. | | Note d |
| 20/VI | Optional data elements | Additional optional data elements at the discretion of the issuing State or organization. | | Notes a, b, c, e, g |

\* Notes can be found following 6.6.

6.    *Machine readable zone (MRZ) (Zone VII)*

6.1    *MRZ position.* The MRZ is located on the front of the MRP data page. Appendix 3 to this section shows the nominal dimensions and position of the data in the machine readable zone. The 23.2 mm (0.91 in) dimension of the MRZ has a tolerance of ± 1.0 mm (± 0.04 in). Within this overall tolerance, the boundary between the visual inspection zone and the machine readable zone shall not be skewed more than 0.5 mm (0.02 in) over the 125 mm (4.92 in) dimension.

6.2    *Data elements.* The data elements corresponding to Fields 03 to 9, 11, 14 and 16 of the visual inspection zone shall be printed in machine readable form, in the MRZ, beginning with the left most character position in each field in the sequence indicated in the data structure specifications shown below. Appendix 6 to this section indicates the structure of the MRZ.

6.3    *Print specifications.* Machine readable data shall be printed in OCR-B type font, size 1, constant stroke width, as specified in paragraphs 13 through 16 of Section IV.

6.4    *Print position.* The position of the left-hand edge of the first character shall be 6.0 ± 1.0 mm (0.24 ± 0.04 in) from the left-hand edge of the document. Reference centre lines for the OCR lines and the minimum starting position for the first character of each line are shown in Appendix 3 to this section. The positioning of the characters is indicated by those reference lines and by the printing zones for the two code lines.

## Data structure of machine readable data for MRP data page

**6.5     Data structure of the upper machine readable line**

| MRZ character positions (line 1) | Field no. in VIZ | Data element | Specifications | Number of characters | References and notes* |
|---|---|---|---|---|---|
| 1 to 2 | 03 | Type of document | Capital letter P to designate an MRP. One additional capital letter may be used, at the discretion of the issuing State or organization, to designate a particular type of MRP. If the second character position is not used for this purpose, it shall be filled by the filler character (<). | 2 | Notes a, c, d |
| 3 to 5 | 04 | Issuing State or organization | The three-letter code specified in Appendix 1 to Section III shall be used. Spaces shall be replaced by filler characters (<). | 3 | Notes a, c, d, f |
| 6 to 44 | 06, 07 | Name | The name consists of primary and secondary identifiers which shall be separated by two filler characters (<<). Components within the primary or secondary identifiers shall be separated by a single filler character (<). | 39 [Primary identifier(s), secondary identifier(s) and fillers] | Paras. 10.1 and 10.2, Section III; Notes a, c, d |
| | | Punctuation in the name | Representation of punctuation is not permitted in the MRZ. | | Para. 10.8, Section III |
| | | Apostrophes in the name | Components of the primary or secondary identifiers separated by apostrophes in the VIZ shall be combined and no filler character (<) shall be inserted. *Example:* VIZ: d'Artagnan     MRZ: DARTAGNAN | | Para. 10.8, Section III |
| | | Hyphens in the name | Hyphens (-) in the name shall be converted to the filler character (<) (i.e. hyphenated names shall be represented as separate components). *Example:* VIZ: Marie-Elise   MRZ: MARIE<ELISE | | Para. 10.8, Section III |
| | | Commas | Where a comma is used in the VIZ to separate the primary and secondary identifiers, the comma shall be omitted in the MRZ and the primary and secondary identifiers shall be separated by two filler characters (<<). | | Para. 10.8, Section III |
| | | | Where a comma is used in the VIZ to separate two name components, it shall be represented in the MRZ by a single filler character (<). | | Para. 10.8, Section III |

Zzyym v. Tillerson - AR 0474

Part 1 — Machine Readable Passports
IV. Technical Specifications Unique to Machine Readable Passports                    IV-11

| MRZ character positions (line 1) | Field no. in VIZ | Data element | Specifications | Number of characters | References and notes* |
|---|---|---|---|---|---|
| | | Name prefixes and suffixes | Prefixes and suffixes (such as Jr., Sr., II or III) should not be included in the MRZ. | | Para. 10.5, Section III |
| | | Filler | When all components of the primary and secondary identifiers and required separators (filler characters) do not exceed 39 characters in total, all name components shall be included in the MRZ and all unused character positions shall be completed with filler characters (<) repeated up to position 44 as required. | | |
| | | Truncation of the name | When the primary and secondary identifiers and required separators (filler characters) exceed the number of character positions available for names (i.e. 39), they shall be truncated as follows:<br>— characters shall be removed from one or more components of the primary identifier until three character positions are freed, and two filler characters (<<) and the first character of the first component of the secondary identifier can be inserted. The last character (position 44) shall be an alphabetic character (A through Z). This indicates that truncation may have occurred.<br>— further truncation of the primary identifier may be carried out to allow characters of the secondary identifier to be included, provided that the name field shall end with an alphabetic character (position 44). This indicates that truncation may have occurred.<br>When the name consists of only a primary identifier, the last character in the name field shall be an alpha character. | | Paras. 6.7.1, 6.7.2, 6.7.3, Section IV; Notes a, c, d |

* Notes can be found following 6.6.

Zzyym v. Tillerson - AR 0475

*IV-12*                                                *Machine Readable Travel Documents*

### 6.6 Data structure of the lower machine readable line

| MRZ character positions (line 2) | Field no. in VIZ | Data element | Specifications | Number of characters | References and notes* |
|---|---|---|---|---|---|
| 1 to 9 | 05 | Passport number | As given by the issuing State or organization to uniquely identify the document. Any special characters or spaces in the passport number as shown in the VIZ shall be replaced by the filler character (<). The number shall be followed by the filler character (<) repeated up to position 9 as required. | 9 | Notes a, b, c, d |
| 10 | | Check digit | See paragraph 12. | 1 | Notes b, d |
| 11 to 13 | 08 | Nationality | As a 3-letter code representing the holder's nationality as listed in Appendix 1 to Section III. | 3 | Notes a, c, d, f |
| 14 to 19 | 09 | Date of birth | The structure is YYMMDD, where: YY = Year (2 positions) MM = Month (2 positions) DD = Day (2 positions). For unknown dates, see 10.1.7 of Section IV. | 6 | Notes b, c, d, i |
| 20 | | Check digit | See paragraph 12. | 1 | Notes b, d |
| 21 | 11 | Sex | F = Female; M = Male; < = unspecified. | 1 | Notes a, c, d |
| 22 to 27 | 16 | Date of expiry | Structure is YYMMDD, where: YY = Year (2 positions) MM = Month (2 positions) DD = Day (2 positions). | 6 | Notes b, c, d, i |
| 28 | | Check digit | See paragraph 12. | 1 | Notes b, d |
| 29 to 42 | 10 | Personal number or other optional data elements | Any special characters, including spaces in the personal identification number given to holder by the issuing State or organization, shall be replaced by the filler character (<). The number shall be followed by the filler character (<) repeated up to position 42 as required.<br><br>When the personal number field is not used, the character positions 29 to 42 in the second MRZ line should be completed with filler characters (<) (see also under "check digit", character position 43 below). | 14 | Notes a, b, c, d |

Zzyym v. Tillerson - AR 0476