**BOOK REVIEWS:**

Garner D M, Garfinkel P E (eds.): Diagnostic Issues in Anorexia Nervosa and Bulimia Nervosa. Reviewed for Journal of Nervous and Mental Diseases, 177(5):307-308, 1989.

Kanas N: Group Therapy for Schizophrenic Patients.  Reviewed for <u>Psychiatric Times</u>, June, 1997.

**PROFESSIONAL PUBLICATIONS REVIEWED/EDITED:**

Reviewer, Journal of Clinical Psychiatry, 1987 to present
Reviewer, Psychosomatics, 1989 to present
Reviewer, Journal of AIDS, 1990 to 2001
Reviewer, Psychology and Health, 1992
Editorial Board, San Antonio M.D., 1991-1993
Reviewer, International Journal of Psychiatry in Medicine, 1994-2006
Reviewer, CNS Drugs, 1995-2002.
Reviewer, Southern Medical Journal, 1995-2013
Reviewer, AIDS Patient Care, 1996-2003
Editorial Board, International Journal of Transgenderism, 1997-present
Reviewer, Federal Practitioner, 2000-present
Reviewer, Journal of the American Geriatrics Society, 2000-2003
Reviewer, Bipolar Disorders, 2005-present
Reviewer, Journal of Sexual Medicine, 2009-present
Reviewer, European Psychiatry, 2010-present
Reviewer, International Journal of Sexual Health, 2011-present
Reviewer, American Journal of Public Health, 2011-present
Editorial Board, LGBT Health, 2013-present
Reviewer, Canadian Medical Association Journal, 2013-present
Reviewer, Suicide and Life-Threatening Behavior, 2015-present
Editorial Board, Transgender Health, 2015-present

**PRESENTATIONS:**

Behavioral Medicine Lecture Series, Kettering Medical Center, Kettering, Ohio.  Ten
        parts. January 24-June 25, 1985.
"Sex Reassignment Surgery: Surgical Cure or Well-Meaning Mutilation?", Good Samaritan
        Hospital, Dayton, Ohio. March 5, 1985.
"The Difficult Patient:  Recognition, Understanding, and Management", The Marriott
        Hotel, Dayton, Ohio.  March 6, 1985, (Category I, CME credit).
"Transsexualism:  Literature Review and Case Report", Wright State University, Dayton,  Ohio.
        March 19, 1985.
"Pseudoseizures:  When is a Jerk not a Fit?", Bergamo Conference Center, Kettering,
        Ohio.  April 19, 1985. (Category I, CME credit).
"Transsexualism:  What Sex am I?", University Center, Wright State University, Dayton,
        Ohio.  September 17, 1985.
"Transsexualism and the Military", Good Samaritan Hospital, Dayton, Ohio.  March 18,
        1986.
"Clinical Utility of the House-Tree-Person Test", Diversion Program, Dayton, Ohio. April
        9, 1986.
"The Silent Mitwelt", Bergamo Conference Center, Kettering, Ohio.  April 18, 1986.
        (Category I, CME credit).
"Clinical Recognition of Alexithymia", Diversion Program, Dayton, Ohio. June 3, 1986.
"Male-to-Female Transsexualism - Case Study", Case Western Reserve University,

21

Zzyym v. Tillerson - AR 0840

Cleveland, Ohio. July 18, 1986.
"Zoophilia: Literature Review and Case Study", Case Western Reserve University,
    Cleveland, Ohio. July 31, 1986.
"Neuropsychiatry of Alexithymia", Good Samaritan Hospital, Dayton, Ohio. October 14,    1986.
"Penile Auto-Injection: New Treatment for Organic Impotence", Diversion Program,
    Dayton, Ohio. August 12, 1986.
"Gender Identity Development in Children and Adolescents", Diversion Program,
    Dayton, Ohio. August 26, 1986.
"Paraphilias", Good Samaritan Hospital Seminar, Dayton, Ohio. November 17, 1986.
"Introduction to Gender Disorders", Good Samaritan Hospital, Dayton, Ohio. December
    15, 1986, January 5, 1987.
"Strategic Psychotherapy, Part I", Wright State University, Department of Psychiatry,
    Dayton, Ohio.  December 23, 1986.
"Strategic Psychotherapy, Part II", Wright State University, Department of Psychiatry,
    Dayton, Ohio. December 30, 1986.
"Transsexualism: Dilemmas in Diagnosis", Good Samaritan Hospital, Dayton, Ohio.
    January 19, 1987.
"Transsexualism: Live Interview Presentation", Wright State University, Department of
    Psychiatry, Dayton, Ohio. January 20, 1987.
"Anxiety Disorders: New Treatment Approaches", Wright State University, Department
    of Family Practice, Dayton, Ohio. January 29, 1987.
"Gender Dysphoria", Wright State University Medical School, Dayton, Ohio. February
    10, 1987.
"Bioethical Issues in Sex Reassignment", Good Samaritan Hospital, Dayton, Ohio.
    February 2, 1987.
"Mycobacterium xenopi Pulmonary Infection Complicated by Anorexia Nervosa",
    presentation at the 29th Annual Meeting of the Society of Air Force
    Physicians, New Orleans, Louisiana. March 23, 1987.
"The Transsexual Flight into Hypermasculinity", presentation at the Tenth International
    Symposium on Gender Dysphoria, Amsterdam, The Netherlands. June 10, 1987.
"Grand Rounds: Gender Disorders", Institute of Living, Hartford, Connecticut, April 30,
    1987.
"Affective Disorders", three hour lecture series, Wilford Hall Medical Center, San
    Antonio, Texas, September, 1987.
"Grand Rounds: Transsexualism", Maine Medical Center, Portland, Maine, November 4,    1987.
"Opportunistic Infection in Anorexia Nervosa", 34th Annual Meeting of The Acadamy of
    Psychosomatic Medicine, Las Vegas, Nevada, November 14, 1987.
"Grand Rounds: Gender Disorders, An Overview", Wilford Hall Medical Center, San
    Antonio, Texas, December 17, 1987.
"Women Who Marry Transvestites", accepted for presentation at XXI Annual Meeting of
    AASECT, San Francisco, California, April 26, 1988 (no funding available).
"Psychiatric Manifestations of HIV Infection", Texas Medical Association Annual
    Session, San Antonio, Texas, May 13, 1988.
"Introduction to Gender Disorders", University of Texas Health Science Center, San
    Antonio, Grand Rounds, September 27, 1988.
"Transsexualism and Gender Disorders", Bexar County Psychiatric Society, San
    Antonio, Texas, October 18, 1988.
"Psychiatric Diagnoses in HIV-seropositive Air Force Personnel", Maine Medical Center,
    Portland, Maine, November 5, 1988.
"Symposium on HIV-seropositivity and Psychiatry", Program Coordinator, Behavioral
    Health Sciences Symposium, Sheppard AFB, Wichita Falls, Texas,
    November 8, 1988.
"Childhood Gender Disorders", Laurel Ridge Hospital, San Antonio, Texas, January 24,
    1989.
"Prospective Study of Psychiatric Morbidity in HIV-seropositive Women", Annual Meeting of the
    American Psychosomatic Society, San Francisco, California, March 10, 1989.

Zzyym v. Tillerson - AR 0841

"Psychiatric Findings in HIV-seropositive Air Force Women", Walter Reed Army Institute of
    Research, Bethesda, Maryland, March 31, 1989.
"Psychiatric findings in HIV-seropositive persons in a mandatory HIV screening
    program", (abstract and poster session, with J Rundell, S Paolucci), Fifth
    International Conference on AIDS, Montreal, Canada, June 5, 1989.
"Alcohol Use and HIV-seropositivity", (poster presentation, with K Drexler, J Rundell),
    American Psychiatric Association Annual Meeting, San Francisco,
    California, May, 1989.
"Current Legal Status of Transsexualism in the Military Setting", Eleventh International
    Symposium on Gender Dysphoria, Cleveland, Ohio, September, 1989.
"Grand Rounds: Transsexualism in the Military", Wilford Hall Medical Center, December 14, 1989
    (videotape available on request).
"Psychosexual and Gender Disorders", 6 session advanced seminar for psychiatric
    residents, University of Texas Health Science Center, San Antonio, January to February,
    1990.
"Update on HIV Psychiatric Research in the USAF: 1990", Behavioral Health Sciences
    Symposium, Wichita Falls, Texas, 25 April, 1990.
"Psychiatric Morbidity in HIV-seropositive Women without AIDS", 143rd Annual Meeting of the
    American Psychiatric Association, New York, May 14, 1990.
"HIV Infection and Perception of Social Support", (Rundell, Ursano, Brown), 143rd
    Annual Meeting of the American Psychiatric Association, New York, May 14, 1990.
"Relative Frequency of HIV Disease as a Cause of Mood Disorder in a General Hospital",
    (Rundell, Brown), Neurological and Neuropsychological Complications of HIV Infection
    Conference, Monterrey, California, June 17, 1990.
"CSF Parameters, Immune Status, Serum Viral Titers, Anxiety, and Depression in HIV
    Disease", (Rundell, Praus, Brown), Neurological and Neuropsychological
    Complications of HIV Infection Conference, Monterrey, California,
    June 17, 1990.
"CSF Findings and Request for Psychiatric Examination in HIV-Infected Patients",
    (Rundell, Brown, et al.), poster presentation, Neurological and Neuropsychological
    Complications of HIV Infection Conference, Monterrey, California, June 17-19, 1990.
"Methods Employed by and Length of Knowledge of HIV-Seropositivity of HIV-infected
    Suicide Attempters", (Rundell, Brown, Kyle, et al.), 37th Annual Meeting of
    the Academy of Psychosomatic Medicine, Phoenix, Arizona, November 18, 1990.
"Psychiatric Morbidity in HIV-seropositive Women: Results of a Three Year Prospective
    Study", (Brown, Rundell, Temoshok, et al.), 37th Annual Meeting of the
    Academy of Psychosomatic Medicine, Phoenix, Arizona, November 16, 1990.
"Psychiatric Issues in the Evaluation of Spouses of Cross-dressers," Fairfax Hospital,
    Falls Church, Virginia, November 30, 1990.
"Measurement of Negative Affect in HIV-seropositive Individuals," (Jenkins, Carey,
    Temoshok, Brown, et al.), 12th Annual Meeting of The Society of Behavioral Medicine,
    Washington, D.C., March 20, 1991.
 "Psychiatric and Neuropsychiatric Morbidity in Early HIV Disease," Grand Rounds
    presentation with S. McManis, University of Texas Health Science Center,
    San Antonio, Texas, April 30, 1991.
"Neuropsychiatric Impairment Early in the Course of HIV Infection," (McManis, Brown,
    Zachary, et al.), 7th International Conference on AIDS, Florence, Italy, June 17, 1991.
Nine presentations/new research posters/symposia presented at the 144th Annual
    Meeting of the American Psychiatric Association, New Orleans, Louisiana,
    May 11-15, 1991 (see Publications section, #50-58, for titles).
Two presentations at the 7th International Conference on AIDS, Florence, Italy, June
    15-17, 1991 (see Publications section, #59-60, for titles).
"Methodological Advantages of Comprehensive Multidisciplinary Consultation-Liaison
    Psychiatry Research: HIV Research as a Model," (Rundell, Temoshok, Brown, et al.),
    Annual Meeting of the Academy of Psychosomatic Medicine, Atlanta, Georgia, October
    17, 1991.

23

Zzyym v. Tillerson – AR 0842

"HIV Psychiatric Research in the Air Force," Grand Rounds presentation, Mayo Clinic,
Rochester, Minnesota, July 9, 1991.
"Neuropsychiatric Morbidity in early HIV Disease: Implications for Military Occupational
Function," (Brown, Rundell, McManis, Kendall), Aerospace Medicine
Symposium on Allergic, Immunological, and Infectious Disease Problems
in Aerospace Medicine, NATO Advisory Group for Aerospace Research and
Development Conference, Rome, Italy, October, 1991; presented by J. Rundell in my
absence due to lack of funding.
Four oral presentations and two poster presentations at the First International Conference on the
Biopsychosocial Aspects of HIV Infection, Amsterdam, The Netherlands, 22-25
September, 1991 (see Publications section, #61-66, for titles).
"Biopsychosocial HIV Research in the U.S. Military," Invited Grand Rounds presentation,
University of South Dakota School of Medicine, Sioux Falls, South Dakota, October 25,
1991.
"Biopsychosocial Issues in Treating HIV-seropositive Women," Fairfax Hospital Evening CME
Lecture Series, Falls Church, Virginia, December 11, 1991.
"Psychiatric Issues in Women with HIV," Fairfax County Health Department, Falls
Church, Virginia, December 12, 1991.
"Suicidality in Men with Early HIV Disease," American Psychosomatic Society 50th
Annual Meeting, New York, New York, April 1, 1992.
USAF HIV "Train-the-Trainer" Course; course organizer, presenter, and comprehensive course
assessment (pretest, posttests), San Antonio, Texas, April 7-9, 1992.
"Clinical Utility and Diagnostic Sensitivity of the Michigan Alcoholism Screening Test in
Patients with HIV Disease," (Rundell, Brown), Annual Meeting of the
Academy of Psychosomatic Medicine, San Diego, CA, October 31, 1992.
"Longitudinal Neuropsychological Findings in HIV Positive Males," (Goethe, Richie,
Brown, et al), 8th International AIDS Conference, Amsterdam, The
Netherlands, July 20, 1992.
"HIV and Women: Challenge for the 90's," Grand Rounds presentation, Geisinger
Medical Center, Danville, PA, August 6, 1992.
"Psychosocial Dimensions of Depression in Early HIV Disease," (Jenkins R, Rundell J,
Brown G, Law W, Temoshok L), Annual Meeting of the American
Psychological Association, Washington, D.C., August 15, 1992.
"Psychiatric Presentations of HIV Disease," AIDS and Mental Health Program sponsored by San
Antonio VA and UTHSC-SA, Corpus Christi, TX, September 18, 1992.
"Major Depression in HIV Disease Before AIDS: Clinical Features and Associated
Factors," (Rundell J, Brown G, Jenkins R, Kendall S, Temoshok L), Annual Meeting of
the Academy of Psychosomatic Medicine, San Diego, CA, 29 October, 1992.
"HIV Risk Behavior Surveys in the U.S. Military -- What Have We Learned?,"  Wilford
Hall Medical Center Scientific Group Meeting, San Antonio, TX, 16
November 1992.
"Biopsychosocial Aspects of Early HIV Disease in Women," Grand Rounds, Michigan
State University/St. Lawrence Hospital, Lansing, MI, 18 December 1992.
"Methodological Issues in Assessing Risk Behaviors in an HIV Sero-positive Military
Sample," (Coyle C, Blake S, Brown GR, Ledsky R, Temoshok L), Special
Citation Poster Presentation, Proceedings of the Fourteenth Annual Meeting of the
Society of Behavioral Medicine, San Francisco, CA, March 10, 1993.
"Gender differences in transmission risk behavior, affect, and social support in
HIV-positive individuals," (Nannis E, Temoshok L, Jenkins R, Blake S, Sharp
E,Jenkins P, Brown G, Patterson T, Coyle C, Brandt U, Johnson C),Proceedings
of the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San
Francisco, CA, March 10, 1993.
"Psychosocial stressors and vulnerability to psychiatric distress in early-stage HIV,"
(Zachary R, Brown GR, Kendall S, Coyle C, McManis S), Proceedings of
the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San Francisco,
CA, March 10, 1993.

24

Zzyym v. Tillerson - AR 0843

"Establishing databased research in an academic department of psychiatry," invited
address to the Department of Psychiatry, Jefferson Medical College, College of
Physicians, Philadelphia, PA, April 30, 1993.
Two Workshops, three poster sessions, 1993 Annual Meeting of the American Psychiatric
Association, San Francisco, CA, May 22-24, 1993.
"Treating Depression in Early HIV Disease," Grand Rounds, Oklahoma University
School of Medicine, Oklahoma City, OK, December 1, 1993.
"Diagnosis and Treatment of Transvestism," Tulane University School of Medicine,
Department of Psychiatry presentation, December 2, 1993.
"Psychiatric Disorders in Early HIV Disease," Grand Rounds, Tulane University School
of Medicine, New Orleans, LA, December 3, 1993.
"Diagnosis and Treatment of Gender Identity Disorders," invited presentation at Keesler Air Force
Base Medical Center, Biloxi, MS, January 13, 1994.
"Personality Disorders in HIV-positive Persons: Association with Other Measures of
Psychiatric Morbidity," poster presentation, (Richards J, McManis S, Brown G),
Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May
23, 1994.
"Psychiatric Issues in HIV/AIDS," invited presentation, Huntsville Mental Health
Community, Huntsville Space and Science Center, Huntsville, AL, November
12, 1994.
"Diagnosis and Treatment of Gender Identity Disorders," Grand Rounds, Tulane
University School of Medicine, New Orleans, LA, April 29, 1994.
"Management of Depression in Early HIV Disease," Upper East Tennessee Psychiatric
Association Meeting, Kingsport, TN, June 2, 1994.
"Sertindole in the Treatment of Chronic Schizophrenia: a Phase III Controlled Trial,"
Grand Rounds, East Tennessee State University, Johnson City, TN,
September 30, 1994.
"New Onset of Sexual Dysfunction in HIV-seropositive Women: Results of a Prospective Study,"
88th Annual Scientific Assembly of the Southern Medical Association, Orlando, Florida,
November 3, 1994.
"Gender Identity Disorders in the VAMC Setting," Grand Rounds, Atlanta VAMC,
December 13, 1994.
"Managing Depression in Early Stage HIV Disease," Grand Rounds, Salem VAMC,
December 22, 1994.
"Biopsychosocial Aspects of HIV Disease in Men," Invited Speaker, Mississippi Pharmacists
Association MidWinter Meeting, Jackson, MS, February 12, 1995.
"Biopsychosocial Aspects of HIV Disease in Men," Invited Speaker, Mississippi Pharmacists
Association MidWinter Meeting, Oxford, MS, February 19, 1995.
"Biopsychosocial Aspects of HIV Disease in Women," Grand Rounds, East Tennessee
State University, Johnson City, TN, March 17, 1995.
"Managing Insomnia," primary care provider educational meeting, Bristol, TN, May 22,
1995.
"Diagnosis and Treatment of Gender Identity Disorders: DSM-IV Approach," Grand
Rounds, Geisinger Medical Center, Danville, PA, June 15, 1995.
"Psychosocial Characteristics of 739 Transgendered Men," (Brooks G, Brown GR,
Askew J), 41st Annual Meeting of the Southeastern Psychological Association,
Savannah, GA, March 12, 1995.
"Personality Characteristics and Sexual Functioning of 188 American Transgendered
Men: Comparison of Patients with Nonpatients."  14th Harry Benjamin
International Gender Dysphoria Symposium, Irsee/Ulm Germany, September 9,
1995.
"Sertindole HCl: A Novel Antipsychotic With a Favorable Side Effect Profile." 89th
Scientific Assembly of the Southern Medical Association, Kansas City, Missouri,
November 17, 1995.
"Long term Safety of Treatment with Sertindole, a Novel Antipsychotic." (Radford M,
Brown GR, Matthew H) poster, 89th Scientific Assembly of the Southern  Medical

25

Zzyym v. Tillerson – AR 0844

Association, Kansas City, Missouri, November 17, 1995.

"Diagnosis and Newer Treatments for Schizophrenia." Invited Presentation. Central
Appalachia Services, Kingsport, TN, December 7, 1995.

"Personality and Sexuality in Transvestism." Grand Rounds, University of Texas Health
Sciences Center, San Antonio, Texas, December 12, 1995.

"HIV/AIDS and Sexuality." Grand Rounds, Wilford Hall Medical Center, San Antonio,
Texas, December 14, 1995.

"How Research Can Enhance Your Career."  Invited Presentation to Department of
Psychiatry, Wilford Hall Medical Center, San Antonio, Texas, December 13, 1995.

"Conducting Research With Stigmatized Populations." Journal Club Presentation,
University of Texas Health Sciences Center, Department of Psychiatry, San
Antonio, Texas, December 12, 1995.

"Sexuality in HIV/AIDS." Grand Rounds, Bowman Gray Medical School, Department of
Psychiatry, Wake Forest University, Winston-Salem, North Carolina, January 19, 1996.

"Gender Identity Disorders."  Grand Rounds, Lakeshore Mental Health Institute,
Knoxville, Tennessee, February 14, 1996.

"New Approaches to the Management of Schizophrenia," Helen Ross McNabb Center,
Knoxville, Tennessee, February 14, 1996.

"Diagnosis and Management of Gender Dysphoria," Grand Rounds, University of
Alabama at Birmingham, March 5, 1996.

"Depression and Primary Care," Morristown, TN Primary Care Provider's CE Group,
Morristown, TN, June 27, 1996.

"Personality and Sexuality in Transgendered Men," paper presentation, American
Psychological Association, Toronto, Canada, August 13, 1996.

"Gender Identity Disorders," paper presentation at Southern Psychiatric Association
Annual Meeting, Santa Fe, New Mexico, September 25, 1996.

"Sleep Disorders," Grand Rounds, Salisbury VAMC, Salisbury, North Carolina, August
21, 1996.

"Depression in Primary Care Settings," Nurse Practitioner-Physician Assistant Association of
Northeast Tennessee, Johnson City, Tennessee, September 11, 1996.

Visiting Professorship, Menninger Clinic and Foundation; included Grand Rounds, case
presentation and discussion, meetings with residents and staff; Topeka,  KS, October
10-11, 1996.

"New Approaches to the Treatment of Schizophrenia," Grand Rounds, Lakeshore
Mental Health Institute, Knoxville, Tennessee, October 30, 1996.

"HIV Disease in Women: Sexual Manifestations," symposium presentation at Academy
of Psychosomatic Medicine Annual Meeting, San Antonio, Texas,
November 14, 1996.

"HIV and Sexuality," Grand Rounds, Atlanta VAMC/Emery University, Atlanta, Georgia,
December 3, 1996.

"Santa Claus is a Cross-Dresser (and so are his little elves)," invited address for the
Upper East Tennessee Psychiatric Association, a component of the Tennessee
District Branch of the American Psychiatric Association, Johnson City, TN,
December 9, 1996.

"Depression and Sexuality," Tazewell County Medical Society, Richlands, Virginia,
March 25, 1997.

"Identifying and Treating Depression in Primary Care," Annual Meeting of the Nurse
Practitioner's and Physician's Assistants of East Tennessee, Johnson City, TN, March
25, 1997.

"Managing Sexual Side Effects of Antidepressant Treatment," Harlan County Medical
Society, Harlan, Kentucky, March 11, 1997.

"Depression and Intimacy," Chatanooga Psychiatric Society, Chatanooga, TN, April 21,
1997.

"Depression and Sexuality," Lakeshore Mental Health Institute Grand Rounds, Knoxville, TN,
April 9, 1997.

"Managing Sexual Side Effects of Antidepressants," Southern Highlands Pharmacist's

26

Zzyym v. Tillerson – AR 0845

Society, Abingdon, Virginia, April 29, 1997.
"Transgendered Families," Lakeshore Mental Health Institute Grand Rounds, Knoxville,
TN, April 30, 1997.
"Depression and Intimacy," Buchanan County Medical Society, Grundy, VA, May 8, 1997.
"Depression, Sexuality, and Treatment," Highlands Psychiatric Society, Abingdon, VA,
May 9, 1997.
"Managing Sexual Side Effects of Antidepressants in Primary Care," Chatanooga
Family Practice Association, Chatanooga, TN, May 20, 1997.
"Double Trouble: Depression and Anxiety in Primary Care," LeFlore County Medical
Center, Greenwood Mississippi, May 29, 1997.
"HIV and Sexuality," ETSU Medicine and Sexuality Symposium, Johnson City, TN, June
13, 1997.
"Depression and Sexuality," ETSU Medicine and Sexuality Symposium, Johnson City,
TN, June13, 1997.
"Transgenderism," Grand Rounds, Overlook Mental Health Center, Knoxville, TN, June
25, 1997.
"Managing Sexual Side Effects of Antidepressants in Primary Care," Wise County
Medical Society, Norton, Virginia, July 11, 1997.
"APA Guideline on the Treatment of Schizophrenia," Smoky Mountain Chapter of the
Tennessee Psychiatric Association, Knoxville, TN, July 22, 1997.
"Nicotine Dependence: Kicking the Habit," August Monthly Meeting of the Tricities
Nurse Practitioner-Physician Assistants Association, Johnson City, TN, August
14, 1997.
"Biopsychosocial Issues in Women with HIV Disease," Monthly Meeting of OB-GYN
Society of Tricities, Johnson City, TN, August 26, 1997.
"Revision of the HBIGDA Standards of Care: Opportunities and Controversies,"
Biannual Meeting of the Harry Benjamin International Gender Dysphoria  Association,
Vancouver, British Columbia, Canada, September 11, 1997.
"Anxiety and Depression in Primary Care: Double Trouble," Primary Care Grand
Rounds, Fort Campbell, KY, October 1, 1997.
"Treatment Guidelines for Schizophrenia," Psychiatry Grand Rounds, Lexington VAMC,
Lexington, KY, September 17, 1997.
"Gender Dysphoria in the Military Setting," Grand Rounds, Wilford Hall Medical Center,
San Antonio, TX, December 18, 1997.
"Clinical Issues in Transgendered Families," Grand Rounds, University of Texas Health
Sciences Center, San Antonio, December 16, 1997.
"Depression and Sexuality," Southwest Virginia Counsel of Nurse Practitioners,
Abingdon, Virginia, November 1, 1997.
"Depression and Anxiety Disorders in Primary Care," Annual Meeting of the Nurse
Practitioner Physician Assistant Association of Northeast TN, Johnson City, TN, February
23, 1998.
"Differentiating SSRI's in Clinical Practice," Richmond Psychiatric Society Meeting,
Richmond, VA, January 22, 1998.
"Gender Identity Disorders," Grand Rounds, University of VA, Roanoke, VA, February
19, 1998.
"Smoking Cessation: Modern Approaches," Monthly Meeting of the East TN Hospital
Pharmacists Association, Kingsport, TN, February 24, 1998.
"Identification and Treatment of Gender Dysphoria Syndromes," Grand Rounds,
University of Mississippi, Jackson, MS, February 27, 1998.
"Gender Dysphoria Syndromes in Primary Care," Nurse Practitioner Physician
Assistant Association of Northeast TN, Kingsport, TN, March 19, 1998.
"Treatment Guidelines for Schizophrenia," Grand Rounds, University of Kentucky,
Louisville, KY, April 23, 1998.
"Gender Identity Disorders," Grand Rounds, University of Alabama at Huntsville,
Huntsville, AL, May 21, 1998.
"Nicotine Reduction Strategies," Grand Rounds, Southwest Virginia Mental Health

27

Zzyym v. Tillerson – AR 0846

Institute, Marion, VA, May 27, 1998.
"Depression and Anxiety Management in Primary Care," East Tennessee State
   University Dept. of Psychiatry Symposium on "Psychiatry in the Trenches",
   Johnson City, TN, June 12, 1998.
"Managing Depression in Primary Care," Grand Rounds, Internal Medicine Department,
   East Tennessee State University, Johnson City, TN, June 16, 1998.
"Mood Disorders in Women," Roanoke Psychiatric Society, Roanoke, VA, June 17,
   1998.
"Gender Identity Disorders," Grand Rounds, Loyola University Strich School of
   Medicine, Chicago, IL, June 18, 1998.
"Standards of Care for Gender Identity Disorders," Grand Rounds, University of
   Louisiana, Baton Rouge, LA, July 21, 1998.
"Depression and Sexuality," Fall Symposium of the Mental Health Association of
   Knoxville, September 11, 1998.
"Pharmacotherapy of Agitation in the Elderly," Kentucky Pharmacists' Association,
   Lexington, Kentucky, September 20, 1998.
"Women and Mood/Anxiety Disorders," monthly meeting of the Nurse Practitioners-
   Physician Assistants, Johnson City, TN, October 1, 1998.
"Killing the Bore: How to Give Effective Medical Presentations That Keep an Audience
   Awake," Grand Rounds, ETSU Dept. of Psychiatry, Johnson City, TN, October
   16,1998.
"Pharmacologic Management of Agitation in the Elderly," Detroit Psychiatric Society, Detroit,
   Michigan, December 22, 1998.
"Nicotine Dependence: Kicking the "Habit," Wise County Medical Society, Wise, Virginia, January
   14, 1999.
"Mood Disorders in Women," Chatanooga Psychiatric Society, Chatanooga, TN, January 18,
   1999.
"From Menarche to Menopause: Mood and Anxiety Disorders in Women," Greene County
   Medical Society, Greeneville, TN, February 2, 1999.
"From Menarche to Menopause: Mood and Anxiety Disorders in Women," Annual Meeting of the
   TriCities Nurse Practitioner-Physician Assistant Association, Johnson City, TN, February
   23, 1999.
"Comparison of Risperidone and Olanzapine: RIS-112 Study," Upper East TN Psychiatric
   Society, Johnson City, TN, March 4, 1999.
"New Directions in Treating Schizophrenia," CME, Inc. sponsored faculty member, Los Angeles,
   California, March 27, 1999.
"Pharmacologic Management of Agitation in Dementia," University of Alabama
   Pharmacotherapeutics Conference, Huntsville, AL, April 24, 1999.
"Mood and Anxiety Disorders in Women," University of Alabama Pharmacotherapeutics
   Conference, Huntsville, AL, April 24, 1999.
"Behavioral Problems in Dementia," Grand Rounds, Alvin York VAMC, Murfreesboro, TN, April
   29, 1999.
Pharmacological Management of Agitation in Dementia," Grand Rounds, Lakeshore Mental
   Health Institute, Knoxville, TN, May 7, 1999.
"Psychiatric Disorders in Women," Women's Health Symposium, University of Alabama,
   Huntsville, AL, May 14, 1999.
"Loxitane: A New Look at an Old Drug," Lakeshore Mental Health Institute, Knoxville, TN, June 4,
   1999.
"Psychiatric Disorders in Women," University of Tennessee at Knoxville, OB-GYN Grand Rounds,
   June 4, 1999.
"Working With Transgendered Clients," workshop presented at A Search for New Understanding
   of Lesbian, Gay, and Bisexual Issues, East Tennessee State University, Johnson City,
   TN, September 24, 1999.
"Optimizing Treatment for Schizophrenia", CME, Inc. Symposium, Cleveland, Ohio, September
   25, 1999.
"Diagnosis and Treatment of Depression in Primary Care," Grand Rounds, James H. Quillen VA

28

Zzyym v. Tillerson — AR 0847

Medical Center-ETSU Department of Medicine, Johnson City, TN, September 28, 1999
"Gender Identity Disorder," Annual Meeting of the Southern Psychiatric Association, Hot Springs,
    Virginia, September 30, 1999.
"Management of Insomnia," Annual Meeting of the Tennessee Association of Physicians'
    Assistants, Gatlinburg, TN, October 12, 1999.
"Sexual Dysfunction in Primary Care Practice," Behavioral Health in Primary Care Symposium,
    East Tennessee State University, Johnson City, TN, October 16, 1999.
"Management of Insomnia: New Directions," monthly meeting of the Upper East Tennessee
    Psychiatric Association, Bristol, TN, October 19, 1999.
"Depression and Anxiety in Women Through the Life Cycle," Johnson City Women's Health
    Center Grand Rounds, Johnson City, TN, October 27, 1999.
"Selecting Antidepressant Treatment," invited presentation and panel discussion, New Orleans
    Academy of Internal Medicine, January 10, 2000.
"Managing Insomnia in Primary Care," Grand Rounds, Holston Valley Medical Center, Kingsport,
    TN, January 31, 2000.
"Gender Identity Disorders." Grand Rounds, University of Cincinnati, Cincinnati, OH, January 26,
    2000.
"Selecting Antidepressants in Primary Care, " Rural Health Cooperative, Kingsport, TN, February
    7, 2000.
Visiting Professor, Loyola University Medical School, Chicago, IL (two presentations), February
    10, 2000.
"Managing Insomnia in the New Millennium," Annual Meeting of the East TN Nurse Practitioner's
    and Physicians' Assistants Association, Johnson City, TN, February 22, 2000.
"Sexual Dysfunction in Primary Care," Annual Meeting of the East TN Nurse Practitioner's
    and Physicians' Assistants Association, Johnson City, TN, February 22, 2000.
"Depression and PTSD in Women," Grand Rounds, Department of OB-GYN, University of
    Tennessee, Knoxville, March 17, 2000.
"Depression and Anxiety in Primary Care Practice," Grand Rounds, Department of Internal
    Medicine, University of Tennessee, Knoxville, March 16, 2000.
"Diabetes, Glucose Regulation, and Schizophrenia," Upper East Tennessee Psychiatric Society,
    Johnson City, TN, April 13, 2000
"Sexual Dysfunction in Primary Care Practice," Annual Meeting of the Tennessee Osteopathic
    Medicine Association, Chatanooga, TN, May 7, 2000.
"Diabetes, Weight Gain, and Schizophrenia," Grand Rounds, Lakeshore Mental Health Institute,
    Knoxville, TN, July 20, 2000.
"Bipolar Disorder: Monotherapy versus Combination Therapy", national CME Category I lecture
    series sponsored by Medical Education Resources and Curry, Martin, and Schiavelli, to
    17 cities between May and November, 2000.
"Managing Depression and Anxiety Disorders," invited presentation to the Annual Meeting of the
    Tennessee Academy of Family Practice, Jackson, TN, August 19, 2000.
"Managing Insomnia," monthly meeting of the Tazwell County Medical Society, Richlands,
    Virginia, August 23, 2000.
"Sexual Dysfunction," Grand Rounds, ETSU Department of OB/GYN, Johnson City, TN,
    September 6, 2000.
"Depression and Sexuality," Grand Rounds, Holston Valley Hospital, Bristol, TN, September
    25, 2000.
"Depression and Anxiety in Primary Care: Case Conference/Grand Rounds," Southern Medical
    Association Annual Meeting, Orlando, Florida, November 2, 2000.
"Depression in Primary Care Settings," Hamblen County Medical Society, Morristown, TN,
    November 21, 2000.
"Sleep Disorders," Nurse Practitioners-Physicians Assistant Association Monthly Meeting,
    Johnson City, TN, December 7, 2000.
"CD-ROM Workshop, Anxiety and Depression", Annual Meeting of the Holston Valley Nurse
    Practitioners-Physicians Assistants Association, Johnson City, TN, February 26, 2001.
"The Harry Benjamin Standards of Care in Prison: Benefits for Transsexual Healthcare,"
    International Foundation for Gender Education Annual Symposium, Chicago, Il, March

29

24, 2001.

"Why Internists Should Care About Treating Depression," Grand Rounds, Department of Internal
Medicine, ETSU, Johnson City, TN, April 3, 2001.

"Antidepressants: Effective Side Effect Management," Annual Meeting of the Tennessee
Osteopathic Medicine Association, Memphis, TN, April 21, 2001.

"Gender Identity Disorder: Management," invited presentation, Smokey Mountain Chapter of the
Tennessee Psychiatric Association, Knoxville, TN, April 24, 2001.

"Gender Identity Disorder," Grand Rounds, Department of Psychiatry, Memphis VAMC, May 24,
2001.

"Antipsychotic Efficacy Uncompromised by Side Effects," Grand Rounds, Department of
Psychiatry, UT Memphis, May 25, 2001.

"Sexual Dysfunctions in Primary Care," International Medical Update Symposium, Johnson City,
TN, August 2, 2001.

"Diagnosis and Treatment of Gender Dysphoria," Grand Rounds, Department of Psychology,
James H. Quillen VAMC, August 3, 2001.

"Management of Bipolar Disorder," Grand Rounds, Meharry Medical College, Nashville, TN,
August 21, 2001.

"Medical Treatment of Agitation in Dementia," Fall Symposium of the Mental Health Association
of Knoxville, September 13, Knoxville, TN.

"Monotherapy vs. Combination Therapy in the Management of Mania," Fall Symposium of the
Mental Health Association of Knoxville, September 14, Knoxville, TN

"Optimizing Treatment for Bipolar Disorder," quarterly meeting of the Upper East Tennessee
Psychiatric Association, Johnson City, TN, September 20, 2001.

"Gender Identity Disorders: Diagnosis and Management," Grand Rounds, Institute of
Living/Hartford Hospital Departments of Psychiatry and Psychology, Hartford, CT,
October 17, 2001.

"Gender Identity Disorder Complicated by Dissociative Identity Disorder: Report of a Successful
Case," XVII Symposium of the Harry Benjamin International Gender Dysphoria
Association, Galveston, TX, November 3, 2001.

"Mood Disorders in Women," monthly meeting of the TriCities Nurse Practitioners Association,
Johnson City, TN, December 10, 2001.

"Substance Use Disorders Complicating Common Psychiatric Disorders," Grand Rounds, Holston
Valley Hospital, Bristol, TN, December 18, 2001.

"Women's Health Issues in Psychiatry," OB-GYN Grand Rounds, East Tennessee State
University, Johnson City, TN, May 8, 2002.

"Matching the Neurotransmitter to the Patient," ½ day CME presentation, World Medical
Conferences, Jackson, Mississippi, May 18, 2002.

"Matching the Neurotransmitter to the Patient," ½ day CME presentation, World Medical
Conferences, Albany, New York, June 1, 2002.

"Killing the Bore: How to Give Effective Medical Presentations That Keep People Awake," Grand
Rounds, Dept. of Psychiatry, ETSU, Johnson City, TN, August 9, 2002.

"Current Issues in Treatment of Dementia," Roanoke Psychiatric Society, Roanoke, VA, June 26,
2002.

"Comfort Foods: Should We Just Surrender Now?," Northeast Tennessee Nurse Practitioner's
Association Annual Meeting, Bristol, TN, September 14, 2002.

"Gender Identity Disorders: Diagnosis and Management," Psychiatry Grand Rounds, University of
Florida, Gainesville, Florida, September 20, 2002.

"Gender Identity Disorders: Diagnosis and Management," Psychiatry Grand Rounds, Meharry
Medical College, Nashville, TN, October 9, 2002.

"New Issues in the Management of Bipolar Disorder," Grand Rounds, Lakeshore Mental Health
Institute, Knoxville, TN, October 5, 2002.

"Pharmacological Management of Dementia," Psychiatry Grand Rounds, Western State Hospital,
Staunton, Virginia, March 19, 2003.

"Appropriate Use of Antipsychotics in Primary Care Practice," Tricounty Medical Society
Meeting, Johnson City, TN, April 3, 2003.

"Appropriate Use of Antipsychotics in Primary Care Practice," 2003 Primary Care Conference,

30

Zzyym v. Tillerson - AR 0849

Johnson City, TN, April 1, 2003.
"Pharmacological Management of Dementia," Grand Rounds, Gaston Memorial Hospital,
    Gastonia, NC, May 13, 2003.
"Brown G R, McBride L, Williford W, Bauer M: Impact of childhood sexual abuse on bipolar
    disorder.  Proceedings of the 5[th] International Conference on Bipolar Disorders,
    Pittsburgh, PA, 2003 (poster presented by Dr. Bauer in my absence).
"Aripiprazole Use in Psychiatry," Grand Rounds, Lakeshore Mental Health Institute, Knoxville, TN,
    August 22, 2003.
"Use of Anticonvulsants in Psychotic Disorders," Tennessee Psychiatric Association, Smoky
    Mountain Chapter Meeting, Knoxville, TN, August 28, 2003.
"Application of the Harry Benjamin International Gender Dysphoria Association's Standards of
    Care to the Prison Setting: Recent Victories for Transgender Healthcare in the USA," 18[th]
    Biennial Symposium of the HBIGDA, Gent, Belgium, September 11, 2003.
"Family and Systems Aggression Towards Therapists Working with Transgendered
    Clients," 18[th] Biennial Symposium of the HBIGDA, Gent, Belgium, September 12, 2003.
"Impact of Childhood Abuse on Disease Course in Veterans with Bipolar Disorder," 97[th] Annual
    Meeting of the Southern Medical Association, Atlanta, Georgia, November 8, 2003.
"Gender Dysphoria: Diagnosis and Management," Grand Rounds presentation, Marshall Medical
    School, Huntington, West Virginia, January 9, 2004.
"Gender Dysphoria: Diagnosis and Management," Grand Rounds presentation, Catawba State
    Hospital, Roanoke, Virginia, March 17, 2004.
"Treatment Resistant Schizophrenia," Grand Rounds presentation, Broughton State Hospital,
    Morganton, North Carolina, March 25, 2004.
"Antipsychotic Use in Geriatric Populations," Grand Rounds presentation, Tampa VAMC, Tampa,
    Florida, April 23, 2004.
"Gender Identity Disorders,", Grand Rounds presentation, University of TN College of Medicine,
    Memphis, TN, May 14, 2004.
"Overcoming Barriers to Treatment Success in Chronic Mental Illnesses," Grand Rounds,
    Salisbury VAMC, Salisbury, NC, June 3, 2004.
"Dissociative Identity Disorder Comorbid with Gender Identity Disorder: Review of the Literature
    and Long-term Case Presentation," Southern Psychiatric Association, Savannah,
    Georgia, October 2, 2004.
"Bipolar Disorder in Primary Care," CME Cat 1 presentation, Knoxville, TN, December 1, 2004.
"Bipolar Disorder and Impulsive Aggression in Primary Care Settings," CME Cat 1 presentation to
    Tricities Nurse Practitioner Association, December 16, 2004.
"Overcoming Barriers to Treatment in Chronic Mental Illnesses," North Carolina Advanced
    Practice Nurses Association, Greensboro, NC, February 13, 2005.
"Bipolar Disorder in the Primary Care Setting: What to do?," 9th Annual Update for Nurse
    Practitioners, Johnson City, TN, March 21, 2005.
"Current Controversies in the Use of SSRI's," TriCounty Medical Society, Johnson City, TN, May
    5, 2005.
"Transgender client aggression towards therapists," XIX Biennial Symposium of the Harry
    Benjamin International Gender Dysphoria Association, Bologna, Italy, April 9, 2005.
"Gender identity disorder comorbid with dissociative identity disorder: review of the literature and
    7 year followup case presentation. XIX  Biennial Symposium of the Harry Benjamin
    International Gender Dysphoria Association, Bologna, Italy, April 9, 2005.
"Current Controversies in the Use of SSRI's," CME symposium, Southern Medical Association
    9th Annual Scientific Symposium, San Antonio, TX, November 12, 2005.
"Gender Identity Disorder: Diagnosis and Management,", Grand Rounds, University of South
    Florida, Tampa, Florida, January 6, 2006 (Videotaped version of presentation available at
    www.TheCJC.com).
"Gender Identity Disorders," East Tennessee State University Women's Health Program, CME
    Cat 1 symposium, Johnson City, TN, March 24, 2006.
"Update on Bipolar Disorder," Millennium Center, CME Cat I program, Johnson City, TN, March
    31, 2006.
"Dealing with Chronic Mental Illness: Barriers to Treatment Success," Southside Virginia

31

Zzyym v. Tillerson – AR 0850

Psychiatric Society Quarterly Meeting, Richmond, Virginia, April 3, 2006.
"Management of Gender Identity Disorders," Intermountain Psychological Association, invited
 presentation, Johnson City, TN, June 8, 2006.
"Transgender Health Issues," Emory and Henry Lyceum Series, Emory, Virginia, September 18,
 2006.
"Impact of Childhood Abuse in Veterans with Bipolar Disorder," 65th Annual Scientific Meeting of
 the Southern Psychiatric Association, Baltimore, Maryland, September 29, 2006.
"Appropriate Use of Antipsychotics in Primary Care Settings," 100th Annual Meeting of the
 Southern Medical Association, Charlotte, NC, October 14, 2006.
"Impact of Childhood Abuse on the Course of Bipolar Disorder," Keynote speaker, Perspectives
 In Health, Texas Department of State Health Services Annual CME Symposium, Austin,
 Texas, October 27, 2006.
"Autocastration as Surgical Self-Treatment in Incarcerated Persons with Gender Identity
 Disorder," Southern Psychiatric Association Annual Meeting, Memphis, TN, August,
 2007.
"Autocastration as Surgical Self-Treatment in Incarcerated Persons with Gender Identity
 Disorder,"  XX Biennial Symposium of the World Professional Association for
 Transgender Health, Chicago, Illinois, September, 2007.
"Gender Identity Disorders in the Military and VA," Panel discussion and presentation.  XX
 Biennial Symposium of the World Professional Association for Transgender Health,
 Chicago, Illinois, September, 2007.
"Diagnosis and Treatment of Gender Identity Disorders," Mountain Update on Psychiatry, ETSU
 CME Symposium, October 19, 2007.
"Voice Parameters That Result in Identification or Misidentification of Biological Gender in Male-
 to-Female Transgender Veterans," poster presentation at the First Annual Gender
 Spectrum Health Fair, Sponsored by the Alliance for Gender Awareness, Inc and Rutgers
 Office of Social Justice Education LGBT Communities Rutgers University College, New
 Brunswick, NJ, November 8, 2007 (with R King et al, coauthors).
"Voice Parameters That Result in Identification or Misidentification of Biological Gender in Male-
 to-Female Transgender Veterans," poster presentation at the XX Biennial Symposium of
 the World Professional Association for Transgender Health, Chicago, Illinois, September,
 2007 (with R King, et al, coauthors).
"Voice Parameters That Result in Identification or Misidentification of Biological Gender in Male-
 to-Female Transgender Veterans," poster presentation at the Southern Medical
  Association Annual Scientific Meeting, Nashville, TN, September, 2008 (presented by E
 McDuffie on behalf of Brown, King, et al, coauthors).
"Evaluation and Management of Gender Identity Disorders," Cat I, 1.5 hour CME program,
 Annual Meeting of the Alaska Psychiatric Association, Alyeska, Alaska, April 18, 2009.
"Forensic Issues and Case Presentations on GID," Cat I, 1.5 hour CME program, Annual Meeting
 of the Alaska Psychiatric Association, Alyeska, Alaska, April 18, 2009.
"70 Veterans with Gender Identity Disturbances: A Descriptive Study," XXI Biennial Symposium
 of the World Professional Association for Transgender Health, Oslo, Norway, June 18,
 2009.
"70 Veterans with Gender Identity Disturbances: A Descriptive Study", Annual Scientific Meeting
 of the Southern Medical Association, Dallas , Texas, December 4, 2009.
"Overview of Autocastration and Surgical Self Treatment in Prisons", National Commission on
 Correctional Healthcare Annual Meeting, October 10, 2010, Las Vegas, Nevada (invited
 two hour CME CAT I program)
"Autocastration- Overview and Case Series Presentation," Grand Rounds, East Tennessee State
 University, Johnson City, TN, April 29, 2011.
"Providing Healthcare for Transgender and Intersex Veterans," Live Meeting Series broadcast
 nationally by VA Talent Management System.  Co-Presenters Leonard Pogache, MD,
 Meri Mallard, RN; CME category I credit for each of 3 programs completed, November 22
 (2 programs) and November 30, 2011.
"PBM Guidelines for Providing Care for Transgender and Intersex Veterans," copresenter with
 Lisa Longo, Pharm.D, Live Meeting Series broadcast nationally by VA Talent

Zzyym v. Tillerson – AR 0851

Management System, May 10 and May 14, 2012.

"Providing Culturally Competent Care for Transgender Veterans," invited Keynote address at
Houston VAMC for symposium (CEU accredited) on LGBT Veteran healthcare, Houston,
TX, August 17, 2012.

"Update on Version 7 of the WPATH Standards of Care," invited Keynote address for Mountain
Area Health Education Center's Southeastern Summit on Transgender Healthcare,
Category 1 CME accredited, Asheville, NC, August 24, 2012.

"History of Transgender Healthcare in the Department of Veterans Affairs," invited Keynote
address for Mountain Area Health Education Center's Southeastern Summit on
Transgender Healthcare, Category 1 CME accredited, Asheville, NC, August 25, 2012.

"Qualitative Analysis of Transgender Inmates' Correspondence: Implications for health Services
in Departments of Correction", National Commission on Correctional Healthcare Annual
Meeting, October 14, 2012, Las Vegas, Nevada (invited one hour CME CAT I program).

"Cross Sex Hormonal Treatment for Transgender Veterans," national Live Meeting for Women's
Health Program, Department of Veterans Affairs, July 16, 2013.

 "Transgender Health Care Training for VA Health Care Providers", 3 hours Category 1 CME
accredited , Minneapolis, MN, September 26, 2013.

"Sex Reassignment Options", national presentation to VA SCAN-ECHO and regional consultation
teams responsible for VA transgender health consultations, July 2, 2013.

"Access to Care for Gender Dysphoric Inmates: Issues and Cases," Invited plenary speaker for
the 21st Annual Forensic Rights and Treatment Conference, sponsored by Drexel
University College of Medicine, Category 1 CME credit (1.5 hours), Harrisburg, PA,
December 5, 2013.

"Forensic Aspects of Transgender Health Care in Prison," Grand Rounds, East Tennessee State
University, Category 1 CME, March 7, 2014.

"Health Disparities Research: Suicidality in Gender Minorities as a Research Model," Grand
Rounds, East Tennessee State University, Category 1 CME credit, May 20, 2014.

"Sex reassignment surgeries:  female-to-male," national presentation to VA SCAN-ECHO and
regional consultation  teams responsible for VA transgender health consultations, Cat I
CME, June 24, 2014.

"Sex reassignment surgeries:  male-to-female," national presentation to VA SCAN-ECHO and
regional consultation  teams responsible for VA transgender health consultations, Cat I
CME, July 8, 2014.; December 2, 9, 16, 23, 2014; February 24, 20-15.

"Medico-Legal Aspects of Providing Transgender Healthcare for Inmates," invited 2.5
hour presentation for national training program in LGBT healthcare for the
Federal Bureau of Prisons, September 4, 2014.

"Mental health and medical outcome disparities in 5,135 transgender veterans: a case-
control study," 32nd Annual Conference of the Gay and Lesbian Medical
Association, Category 1 CME credit, Baltimore, MD, September 11, 2014.

"Mental health and medical outcome disparities in 5,135 transgender veterans: a case-
control study," Vanderbilt University Grand Rounds, Department of Psychiatry,
Cat 1 CME credit, Nashville, TN, September 26, 2014.

"Mental health and medical outcome disparities in 5,135 transgender veterans: a case-
control study," Drexel University Grand Rounds, Department of Psychiatry, Cat 1
CME credit, Philadelphia, PA, October 23, 2014.

"Pharmacotherapy issues with gender dysphoria," College of Psychiatric and
Neuropsychiatric Pharmacists, Annual Meeting, Cat I CME credit, Tampa, FL,
April 19, 2015.

"Lesbian, gay, bisexual, and transgender (LGBT) sociopolitical indicators and mental
health diagnoses among transgender Veterans receiving VA care. Blosnich, J.R.,
Marsiglio, M.C., Gao, S., Gordon, A.J., Shipherd, J.C., Kauth, M., Brown, G.R.,
Fine, M.J. (2015, July). Department of Veterans Affairs Health Services
Research & Development/Quality Enhancement Research Initiative National
Conference, Philadelphia, PA, July, 2015.

33

Zzyym v. Tillerson - AR 0852

"Killing the Bore: How to Give Effective Medical Presentations," East Tennessee State
University Department of Psychiatry and Behavioral Sciences Grand Rounds
(Cat I CME), May 1, 2015.
"Sex reassignment surgeries:  male-to-female," national presentation to VA SCAN-
ECHO and regional consultation teams responsible for VA transgender health
consultations, Cat I CME, July 21, July 28, 2015
"Sex reassignment surgeries:  female-to-male," national presentation to VA SCAN-
ECHO and regional consultation teams responsible for VA transgender health
consultations, Cat I CME, September 15, September 22, 2015.
"Transgender military service: Moving past ignorance in DoD and VHA," invited Keynote
Address, Rush Medical University, Cat I CME credit, Chicago, IL, October 9,
2015.
"Health correlates of criminal justice involvement in 4,793 transgender veterans. Poster
Presentation at the Annual National Conference on Correctional Health Care,
Denver, CO, October 18, 2015.
"Open Transgender Military Service: Health Considerations," presentation to medical
leadership of the USMC, Washington, DC, by videolink, January 27, 2016.
"Sex reassignment surgeries; masculinizing and feminizing," national presentations to
VA SCAN-ECHO and regional consultation teams responsible for VA
transgender health consultations, Cat I CME, June 7 and 28, 2016.
"Orange is not the new black—yet," Symposium on prison transgender mental health
care and update on recent court cases supporting access to transgender health
care in US prisons, 24th Biennial Scientific Symposium of the World Professional
Association for Transgender Health, Amsterdam, The Netherlands, Cat I CME
(1.5 hours), June 20, 2016.
"Harry Benjamin Plenary Lecture," invited Keynote address for the 24th Biennial
Scientific Symposium of the World Professional Association for Transgender
Health, Amsterdam, The Netherlands, Cat 1 CME, June 18, 2016. Available at
www.wpath2016.com, timer marker 4:20.
"Health correlates of criminal justice involvement in 4,793 transgender veterans. Poster
Presentation at the 24th Biennial Scientific Symposium of the World Professional
Association for Transgender Health, Amsterdam, The Netherlands, June 18,
2016.
"Breast cancer in a cohort of 5,135 transgender veterans over time," 24th
Biennial Scientific Symposium of the World Professional Association for
Transgender Health, Amsterdam, The Netherlands, Cat 1 CME, June 20, 2016.


**SYMPOSIA ORGANIZED AND/OR MODERATED:**

1.      Psychosocial Aspects of HIV Disease in the Military, organizer/moderator/ presenter,
Wichita Falls, Texas, 25 April, 1990.

2.      Full Day Roundtable Symposium on Atypical Antipsychotics, organizer/moderator,
Excerpta Medica, Asheville, North Carolina, 22 April, 1995.

3.      Mountain Update on Anxiety Disorders, Course Director, East Tennessee State
University, Blowing Rock, North Carolina, 28-29 April, 1995.

4.      Medicine and Sexuality Course, Course Director, East Tennessee State University and
James H. Quillen VAMC, Johnson City, TN, 13 June, 1997.

Zzyym v. Tillerson - AR 0853

5.	Half Day audiotaped symposium moderater/organizer on Innovative Uses of Atypical Antipsychotics, Excerpta Medica, Blackberry Inn, Townsend, TN, 16 November, 1997.

6.	Novel Uses of Atypical Antipsychotics, Symposium Moderator, Marriot Griffin Resort, Janssen Research Foundation, Lexington, KY, 4 December, 1998.

7.	Novel Uses of Atypical Antipsychotics, Symposium Moderator, Blackberry Inn, Townsend, TN, 10 April, 1999.

8.	Psychiatry and Neurology Poster Session Moderator for Southern Medical Association's 97th Annual Scientific Assembly, Atlanta, Georgia, November 6, 2003.

9.	Moderator for East Tennessee State University Department of Psychiatry monthly Journal Club/Critical Evaluation of the Literature series, 2002-2011.


**TELEVISED and TAPED MEDIA EVENTS:**

WKPT local television interview on sleep disorders, Johnson City, 1995.

TNN (The Nashville Network), filmed winning an international revolver competition and then interviewed on silhouette handgun shooting, Oakridge, TN, 1998.

CME, Inc. audiotaped faculty presentations as advertised in "Psychiatric Times," various cities and topics.

Channel 5, London, England; documentary on psychiatric aspects of firearms, 2004.

"Cruel and Unusual", documentary on transgender health care issues in the prison setting, 2005 release, available from jbaus@aol.com; aired on Women's Entertainment channel on July 2, 2007

ABC 20/20, "Becoming Diane" segment on gender identity disorders, October 12, 2005.

The Carter Jenkins Center, www.thecjc.org, taped CME cat I lecture available on the internet, "Evaluation and Management of Gender Identity Disorder," January 6, 2006.

CNN, Kosilek Trial testimony/interview, June 1, 2006.

CNBC, "The Big Idea with Donny Deutsch," interview, June 6, 2006.

PBS News Hour, Transgender Soldiers Gain Ground as US Military Transitions, May 9, 2016, http://www.pbs.org/newshour/bb/transgender-soldiers-gain-ground-as-u-s-military-transitions/


**RESEARCH PROJECTS AND GRANT SUPPORT:**

Principal Investigator, "Phase III Comparison of Two Doses of Risperidone For Acute Exacerbations of Chronic Schizophrenia." Inpatient setting, grant support from Janssen Pharmaceutica, approximately $50,000. Completed 1996.

Principal Investigator, Sexual Functioning and Personality Characteristics of Transgendered Men in a Nonclinical Setting. Collaboration with Tom Wise, M.D. (Chair, Dept. of Psychiatry, Fairfax Hospital, Falls Church, VA), Peter Fagan, Ph.D. (Johns Hopkins Sexual Behaviors Consultation Unit), and Paul Costa, Ph.D. (NIMH). Completed 1990-1995.

35

Zzyym v. Tillerson – AR 0854

DSM-IV Reliability Field Trials, Site Coordinator, 10 investigators, completed in 1995.

Principal Investigator, Psychosocial Adjustment of Spouses of Transgendered Men; study
involving long-term support group work and nationwide questionnaire data collection from 1986 to
1997. Completed.  Private non-profit organization grant support received.

Coinvestigator, International Study of 800 Transgender Men: The Boulton and Park Experience.
1988-1992. This was the largest community based survey study of transgender people in the U.S.
conducted to date. Completed.

Principal Investigator, "A Double-Blind, Placebo-Controlled, Dose-Response Comparison of the
Safety and Efficacy of Three Doses of Sertindole and Three Doses of Haloperidol in
Schizophrenic Patients." Phase III trial, inpatient setting. Grant support by Abbott Laboratories,
approximately $60,000 over one year. Completed 1994-1995. Contributed to FDA consideration
of Serlect for U.S. marketing, 1996-1997.

Principal Investigator, "An Open Label, Long Term, Safety Study of Sertindole in Schizophrenic
Patients."  Phase II trial, outpatient setting.  Grant support from Abbott Laboratories,
approximately $50,000 over two years.  Completed 1996.

Principal Investigator, "Biopsychosocial Natural History Study of HIV Infection in the USAF."  RO-
1 equivalent grant from Henry M. Jackson Foundation for the Advancement of Military Medicine,
approximately $2,000,000.  Completed 1987-1993, including pilot data collection.

Unrestricted Educational Grants, $19,000, for Mountain Update on Anxiety Disorders CME
conference (SKB, Lilly, Mead-Johnson), 1995.

Unrestricted Educational Grants totaling approximately $30,000 annually in support of the
VAMC/ETSU Psychiatry Grand Rounds and Visiting Professor Program, 1994-2000; 2002-2006.
Grant funding following CME guidelines and administered through the ETSU Office of Continuing
Education.

Principal Investigator, "Double-Blind Crossover Study of Zolpidem and Temazepam in Elderly,
Hospitalized Patients."  Funded through Psychiatry Research Fund, Mountain Home VAMC, and
Chair of Excellence in Geriatrics, ETSU.  Approved study, ultimately closed due to lack of
appropriate subjects available for recruitment.

Principal Investigator, "A Randomized, Double-Blind Placebo Controlled Study of Risperidone for
Treatment of Behavioral Disturbances in Subjects with Dementia."  Collaboration with R. Hamdy,
Cecile Quillen Chair of Excellence in Geriatrics, approximately $100,000 at full recruitment, 1995-
1997; completed.

Associate Investigator, "Use of Nefazodone in Depressed Women with Premenstrual
Amplification of Symptoms: a Pilot Study."  Principal Investigator: Merry Miller, M.D.  $5,000 pilot
study grant, 1996-1999; completed.

Associate Investigator, "Voice Characteristics Associated with Gender Misidentification: A Pilot
Study."  Principal Investigator: Robert King, M.A.  Unfunded study in data analysis phase, 2001-
2005; completed in 2007.

Principal Investigator, Johnson City site, VA Cooperative Study #430, "Reducing the Efficacy-
Effectiveness Gap in Bipolar Disorder."  Health services research conducted at 12 sites
nationwide.  Grant for this site's operations total $435,000 over five years of study, 1997-2003;
completed.

Coinvestigator, "Treatment for Erectile Disorder with Viagra in a VA Population: Efficacy and

36

Zzyym v. Tillerson – AR 0855

Patient and Partner Satisfaction." Principal Investigator: William Finger, Ph.D. Approximately $30,000 total grant over two year period, 2000-2001; study concluded.

Principal Investigator, Johnson City site, "A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type." Phase III clinical trial, sponsored by Bristol-Meyers Squibb, 2000-2001, $174,000 at full recruitment. Extension phase, 42 weeks, separate grant at maximum of $232,800. Approved April, 2000; completed.

Coinvestigator, "Effects of zaleplon on postural stability in the elderly." Principal Investigator: Faith Akin, Ph.D. $1000 grant for subject recruitment expenses, 2000-2001.

Principal Investigator, James H. Quillen VA site, "ZODIAK study; An International, Multicenter Large Simple Trial (LST) To Compare the Cardiovascular Safety of Ziprasidone and Olanzapine." Pfizer Pharmaceuticals, approximately $20,000 at full recruitment. Approved April, 2002, recruitment completed and closed in 2004. Results published: Strom B, Eng S, Faich G, et al: comparative mortality associated with ziprasidone and olanzapine in real-world use among 18,154 patients with schizophrenia: The ziprasidone Observational Study of Cardiac Outcomes (ZODIAC). Amer J Psychiatry 168(2):193-201, 2011.

Coinvestigator, "Survey of Family and Systems Aggression Against Therapists."
Unfunded study, completed between 2002 and 2003; Randi Ettner, Ph.D., Principle Investigator; completed.

Coinvestigator, "Effect of Olanzapine on the Auditory Gating Deficit in Patients with Schizophrenia." Principal Investigator: Barney Miller, Ph.D. Investigator-initiated study funded by Lilly, approximately $85,000. 2002. Study did not recruit subjects at ETSU and was closed 2003.

Principal Investigator, multicenter study, "The SOURCE Study: Schizophrenia Outcomes, Utilization, Relapse, and Clinical Evaluation." Janssen Research, $100,000 grant at full recruitment (two year open label followup study of risperidone Consta), 2005-2007; second highest recruitment of 43 centers in multicenter study. Completed. See publications from this study under the Publications section, numbers 128 and 129.

Coauthor on grants to VA Central Office for program enhancements to mental health programs at Mountain Home VAMC; approximately $2,000,000 received for additional staff and support for residential treatment programs and PTSD clinic expansion, 2006-2007.

Principal Investigator in conjunction with Herbert Meltzer, MD, Vanderbilt University,
" High Dose Risperidone Consta for Patients with Schizophrenia with Unsatisfactory Response to Standard Dose Risperidone or  Long-Acting Injectable." Phase IV study of outpatients with schizophrenia who are partially responsive to risperidone oral and/or long-acting injectable, using a double-blind methodology to study doses between 50 and 100 mg every two weeks.  Site funding of approximately $100,000. 2008-2010. Approved by ETSU IRB but negotiations between sponsor and Department of Veterans Affairs were not completed on intellectual property rights. Study not initiated at Mountain Home VAMC.

Principal Investigator (Everett McDuffie, MD, coinvestigator), "Descriptive study of veterans with gender identity disturbances: Characteristics and comorbidities, 1987-2007." Unfunded study that is first to characterize a population of 75 U.S. veterans with gender identity disturbances over a 20 year time frame. Completed 2009.

Principal Investigator: "Analysis of State and Federal Prison Directives Related to Transgender Inmate Medical Care and Placement." Unfunded review of existing prison policies through the end of 2007. Completed 2008.

Zzyym v. Tillerson - AR 0856

Principal Investigator: "Qualitative Analysis of Concerns of Transgender Inmates in the United States. Unfunded analysis of 129 letters from self-identified transgender inmates across the US." Completed 2012.

Coinvestigator, "Prevalence and Suicidality in Transgender Veterans"; coinvestigator with collaborators at the VA Center of Excellence for Suicide Prevention. 2011-2013. Completed; publication of results in October, 2013.

Principal Investigator, "Assessing Health Outcomes, Health Care Utilization, and Health Disparities in Transgender Veterans Receiving Care in the Veterans Health Administration." Approved by ETSU IRB 7/1/13; protocol remains open.  Six manuscripts published; one in preparation.

Consultant, Patient-Centered Outcomes Research Institute grant on transgender healthcare outcomes (STRONG), Michael Goodman, MD, Principal Investigator, Emery University, 2014-present.

**References available upon request.**

38

Zzyym v. Tillerson - AR 0857

# EXHIBIT B

Exhibit B to George Brown Declaration

Zzyym v. Tillerson – AR 0858

Brown Declaration Exh. B

## Bibliography

Altschiller, Donald, *Hate Crimes:  A Reference Handbook* (3d ed. 2015)

American Medical Association, Committee on Human Sexuality, *Human Sexuality* (1972).

American Psychoanalytic Association, *Position Statement on Attempts to Change Sexual
     Orientation, Gender Identity, or Gender Expression* (June 2012), *available at*
     http://www.apsa.org/content/2012-position-statement-attempts-change-sexual-
     orientation-gender-identity-or-gender.

American Psychological Association, *Transgender, Gender Identity, & Gender Expression Non-
     Discrimination* (Aug. 2008), *available at* http://www.apa.org/about/policy/
     transgender.aspx.

American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders
     (DSM-5)* (5th ed. 2013).

Arcelus, J., et al., *Systematic review and meta-analysis of prevalence studies in transsexualism*,
     30 Eur. Psychiatry 807 (2015).

Auyeung, Bonnie, et al., *Fetal Testosterone Predicts Sexually Differentiated Childhood Behavior
     in Girls and in Boys*, 20 Psychol. Sci. 144 (2009).

Baker, Howard J., *Transsexualism—Problems in Treatment*, 125 Am. J. Psychiatry 1412 (1969).

Berglund, Hans, et al., *Brain response to putative pheromones in lesbian women*, 103 Proc. Nat'l
     Acad. Sci. 8269 (Gustafsson, Jan-Åke, et al. eds., 2006).

Blosnich, John R., et al., *Mental Health of Transgender Veterans in US States With and Without
     Discrimination and Hate Crime Legal Protection*, 106 Am. J. Pub. Health 534 (2016).

Bradford, Judith, et al., *Experiences of Transgender-Related Discrimination and Implications for
     Health: Results From the Virginia Transgender Health Initiative Study*, 103 Am. J. Pub.
     Health 1820 (2013).

Bradley, Susan J., *Gender Disorders in Childhood:  A Formulation*, in *Gender Dysphoria:
     Development, Research, Management* 175 (Steiner, Betty W., ed., 1985).

Brown, George R., *Transsexuals in the Military:  Flight Into Hypermasculinity*, 17 Archives
     Sexual Behav. 527 (1988).

Brown, George R. & Jones, Kenneth T., *Mental Health and Medical Health Disparities in 5135
     Transgender Veterans Receiving Healthcare in the Veterans Health Administration:  A
     Case–Control Study*, 3 LGBT Health 122 (2016).

1

Zzyym v. Tillerson - AR 0859

Brown Declaration Exh. B

Burgess, Diana, et al., *Effects of Perceived Discrimination on Mental Health and Mental Health Services Utilization Among Gay, Lesbian, Bisexual and Transgender Persons*, J. LGBT Health Res., Oct. 11, 2008, at 1.

Clements-Nolle, Kristen, et al., *Attempted Suicide Among Transgender Persons: The Influence of Gender-Based Discrimination and Victimization*, J. Homosexuality, June 2006, at 53.

Cohen-Kettenis, P. T., & Gooren, L.J.G, *Transsexualism: A review of etiology, diagnosis and treatment*, 46 J. Psychosomatic Res. 315 (1999).

Coleman, Eli, et al., *Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7*, 13 Int'l J. Transgenderism 165 (2011).

Daniel, Hilary & Butkus, Renee, *Lesbian, Gay, Bisexual, and Transgender Health Disparities: Executive Summary of a Policy Position Paper From the American College of Physicians*, 163 Annals Internal Med. 135 (2015).

Diamond, Lisa M., *A Dynamical Systems Approach to the Development and Expression of Female Same-Sex Sexuality*, 2 Perspectives Psychol. Sci. 142 (2007).

Ettner, Randi, *The Etiology of Transsexualism*, in *Principles of Transgender Medicine and Surgery* 1 (Ettner, Randi, et al. eds., 1st ed. 2007).

Giedd, Jay N., et al., *Sexual dimorphism of the developing human brain*, 21 Progress Neuro-Psychopharmacology & Biological Psychiatry 1185 (1997).

Goldblum, Peter, et al., *The Relationship Between Gender-Based Victimization and Suicide Attempts in Transgender People*, 43 Prof. Psychol.: Res. & Prac. 468 (2012).

Golden, Carla, *Diversity and Variability in Women's Sexual Identities*, in *Lesbian Psychologies: Explorations and Challenges* 19 (Boston Lesbian Psychologies Collective ed., 1987).

Green, Richard & Keverne, E.B., *The Disparate Maternal Aunt–Uncle Ratio in Male Transsexuals: an Explanation Invoking Genomic Imprinting*, 202 J. Theoretical Biology 55 (2000).

Grossman, Arnold H. & D'augelli, Anthony R., *Transgender Youth: Invisible and Vulnerable*, 51 J. Homosexuality 111 (2006).

Haas, Ann P., et al., *Suicide Attempts among Transgender and Gender Non-Conforming Adults: Findings of the National Transgender Discrimination Study* (Jan. 2014), *available at* http://williamsinstitute.law.ucla.edu/wp-content/uploads/AFSP-Williams-Suicide-Report-Final.pdf.

Kimura, Doreen, *Sex Differences in the Brain*, 267 Sci. Am. 118 (1992).

Klein, Fritz, et al., *Sexual Orientation: A Multi-Variable Dynamic Process*, J. Homosexuality, Spring 1985, at 35.

2

Zzyym v. Tillerson – AR 0860

Brown Declaration Exh. B

Kruijver, Frank P.M., et al., Male-to-Female Transsexuals Have Female Neuron Numbers in a
Limbic Nucleus, 85 J. Clinical Endocrinology & Metabolism 2034 (2000).

Lawrence, Anne A., *Gender Dysphoria*, in *Gabbard's Treatment of Psychiatric Disorders* 695
(Gabbard, Glen O., ed., 2007).

Lev, Arlene Istar, *Transgender Emergency: Therapeutic Guidelines fo Working with Gender-
Variant People and Their Families* (2004).

LeVay, Simon, *A Difference in Hypothalamic Structure between Heterosexual and Homosexual
Men*, 253 Sci. 1034 (1991).

Lothstein, Leslie M. & Levine, Stephen B., *Expressive Psychotherapy With Gender Dysphoric
Patients*, 38 Archives Gen. Psychiatry 924 (1981).

Luders, Eileen, et al., *Regional gray matter variation in male-to-female transsexualism*, 46
NeuroImage 904 (2009).

MacGillivray, Margaret H. & Mazur, Tom, *Intersex*, 52 Advances Pediatrics 295 (2005).

Mazur, Tom, et al., *Intersex: Definition, Examples, Gender Stability, and the Case Against
Merging with Transsexualism*, in *Principles of Transgender Medicine and Surgery* 235
(Ettner, Randi, et al. eds., 1st ed. 2007).

McDuffie, Everett & Brown, George R., *70 U.S. Veterans with Gender Identity Disturbances: A
Descriptive Study*, 12 Int'l J. Transgenderism 21 (2010).

Money, John, et al., *Imprinting and the Establishment of Gender Role*, 77 Archives Neurology &
Psychiatry 333 (1957).

Monstrey, Stan, et al., *Surgery: General Principles*, in *Principles of Transgender Medicine and
Surgery* 89 (Ettner, Randi, et al. eds., 1st ed. 2007).

Nadal, Kevin L., et al., *Sexual Orientation and Transgender Microaggressions: Implications for
Mental Health and Counseling*, in *Microaggressions and Marginality: Manifestation,
Dynamics, and Impact* 217 (Sue, Derald Wing, ed., 2010).

Nadal, Kevin L. & Griffin, Katie E., *Microaggressions: A Root of Bullying, Violence, and
Victimization toward Lesbian, Gay, Bisexual, and Transgender Youths*, in 1 *From
Bullying to Cyberstalking to Assault and Sexual Violation, The Psychology of Teen
Violence and Victimization* 3 (Paludi, Michele A., ed., 2011)

National Institute of Mental Health, *Strategic Plan for Research* (2015), *available at*
http://www.nimh.nih.gov/about/strategic-planning-reports/
NIMH_StrategicPlanforResearch_508Compliant_CORRECTED_FINAL_149979.pdf

3

Nielsen, Johannes & Wohlert, Mogens, *Chromosome abnormalities found among 34910 newborn children: results from a 13-year incidence study in Århus, Denmark*, 87 Hum. Genetics 81 (1991).

Nichols, Margaret, *Lesbian sexuality/female sexuality: Rethinking 'lesbian bed death'*, 19 Sexual & Relationship Theory 363 (2004).

Ovesey, Lionel & Person, Ethel, *Gender Identity and Sexual Psychopathology in Men: A Psychodynamic Analysis of Homosexuality, Transsexualism, and Transvestism*, 1 J. Am. Acad. Psychoanalysis 53 (1973).

Peplau, Letitia Anne & Garnets, Linda D., *A New Paradigm for Understanding Women's Sexuality and Sexual Orientation*, 56 J. Soc. Issues 330 (2000).

Rametti, Giuseppina, et al., *White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study*, 45 J. Psychiatric Res. 199 (2011).

Reisner, Sari L., "Counting" Transgender and Gender-Nonconforming Adults in Health Research: Recommendations from the Gender Identity in US Surveillance Group, 2 Transgender Stud. Q. 34 (2015).

Richardson, Sarah S., *Sex Itself: The Search for Male & Female in the Human Genome* (2013).

Sadock, Benjamin J. & Sadock, Virginia A., *Kaplan and Sadock's Synopsis of Psychiatry: Behavioral Sciences/Clinical Psychiatry* (10th ed. 2007).

Savic, Ivanka & Arver, Stefan, *Sex Dimorphism of the Brain in Male-to-Female Transsexuals*, 21 Cerebral Cortex 2525 (2011).

Seikowski, K., *Psychotherapy and transsexualism*, 39 Andrologia 248 (2007).

Shivley, Michael G. & De Cecco, John P., *Components of Sexual Identity*, 3 J. Homosexuality 41 (1977).

Simon, Lajos, et al., *Regional Grey Matter Structure Differences between Transsexuals and Healthy Controls—A Voxel Based Morphometry Study*, 8 PLoS ONE e83,947 (2013).

Stoller, Robert J., *A contribution to the study of gender identity*, 45 Int'l J. Psychoanalysis 220 (1964).

Stoller, Robert J., *Male Childhood Transsexualism*, 7 J. Am. Acad. Child Psychiatry 193 (1968).

Stotzer, Rebecca L., *Violence against transgender people: A review of United States data*, 14 Aggression & Violent Behav. 170 (2009).

4

Brown Declaration Exh. B

Substance Abuse and Mental Health Services Administration, *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth* (Oct. 2015), *available at* http://store.samhsa.gov/shin/content//SMA15-4928/SMA15-4928.pdf.

Swaab, Dick F., *Sexual differentiation of the brain and behavior*, 21 Best Prac. & Res.: Clinical Endocrinology & Metabolism 431 (2007).

Van Goozen, Stephanie H.M., et al., *Organizing and Activating Effects of Sex Hormones in Homosexual Transsexuals*, 116 Behav. Neuroscience 982 (2002).

Department of Veterans Affairs, Veterans Health Administration, VHA Directive 2013-003, *Providing Health Care for Transgender and Intersex Veterans* (2013), *available at* http://www.va.gov/vhapublications/ViewPublication.asp?pub_ID=2863.

Zhou, Jiang-Ning, et al., *A sex difference in the human brain and its relation to transsexuality*, 378 Nature 68 (1995).

Zucker, Kenneth J. & Bradley, Susan J., *Gender Identity Disorder and Psychosexual Problems in Children and Adolescents* (1995).

Zurenda, Lauren & Sandberg, David E., *Congenital Adrenal Hyperplasia*, in *Encyclopedia of Clinical Child and Pediatric Psychology* 134 (Ollendick, Thomas H. & Schroeder, Carolyn S., eds., 2003).

5

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

      Plaintiff,

         v.

STATE OF NORTH CAROLINA;
PATRICK MCCRORY, in his official
capacity as Governor of North Carolina;
NORTH CAROLINA DEPARTMENT
OF PUBLIC SAFETY; UNIVERSITY
OF NORTH CAROLINA; and BOARD OF
GOVERNORS OF THE
UNIVERSITY OF NORTH CAROLINA,

      Defendants.

Case No. 1:16-cv-425

## SUPPLEMENTAL EXPERT DECLARATION OF GEORGE R. BROWN, MD, DFAPA IN SUPPORT OF THE UNITED STATES' MOTION FOR PRELIMINARY INJUNCTION

      1.      As is detailed in my June 20, 2016 declaration submitted in support of the United States' preliminary injunction motion, I am a Professor of Psychiatry and Associate Chairman of the Department of Psychiatry at East Tennessee State University and I have been retained by counsel for the United States as an expert in this litigation. I submit this supplemental declaration to address opinions offered by Defendants' expert witnesses in opposition to the motion.

      2.      I have been publishing books and articles on the subject of the diagnosis and treatment of Gender Dysphoria for over three decades, as my June 20 declaration makes clear. During this time, I have kept up with published research, continued to contribute original research to the literature on this topic, and I have consistently been deeply engaged with the community of experts in this field through conferences, consultations, lecturing, and other professional activities. I have never before heard of any of Defendants' medical experts prior to reviewing their declarations. To my knowledge, I have never encountered them at any professional conferences

1

Zzyym v. Tillerson – AR 0864

on this subject.    I am not aware of any publications by them concerning Gender Dysphoria, or

related issues in any book or peer-reviewed scientific journal, and I see none listed on their CVs.

**Medical Standards Established in the DSM and WPATH Standards of Care**

3.    The Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition

("DSM-5") is the authoritative source for psychiatric diagnoses in the United States and many

other countries. The process of determining the diagnoses and diagnostic criteria included in the

DSM involves a robust review of available evidence by numerous experts with varying

perspectives in the relevant field over the course of several years of research, planning and debate.

There is no sound basis for concluding that its contents are the product of influence from "political

interest groups."    (Josephson ¶ 24).    The process by which this 947 page document was

developed was well publicized, interactive with thousands of clinicians and researchers, and well

described in the literature (DSM-5, pp. 5-10, 897-916).

4.    There is no basis for Dr. Josephson's assertion that the change to the current

diagnosis and nomenclature for Gender Dysphoria was the result of "political interest groups" as

opposed to "scientific information."    (Josephson ¶ 24).    Having been present for discussions

about these changes, presented by the Chair of Sexual and Gender Identity Disorders Committee,

Dr. Kenneth Zucker, the reasons for the title change from "Gender Identity Disorder" to "Gender

Dysphoria" was based on a more thorough understanding of this condition in the intervening 13

years between the publication of DSM's Fourth Edition, Text Revision ("DSM-IV-TR") and

DSM-5.    Gender Dysphoria, as a diagnosis, focuses on the treatable symptoms that a patient

experiences.    "Dysphoria," rather than "Identity," is the focus of treatment, and there is

substantial evidence that Dysphoria can be treated successfully.

2

5.    Likewise, Dr. Mayer's critique of the DSM-5's diagnosis of Gender Dysphoria in children reveals a lack of understanding of both the DSM and how it is used in practice.   He isolates one aspect of a comprehensive set of criteria (gender atypical play preferences) and notes that it would not be a sound basis for a diagnosis.   (Mayer ¶¶ 46-47).   But that is precisely why it is only part of a comprehensive set of criteria provided to clinical professionals to use in the context of their practice to make a diagnosis.   In fact, to arrive at a diagnosis of Gender Dysphoria in a child, a minimum of 6 of 8 specified "A" criteria must be met, accompanied by a minimum time frame criterion and a clinical significance criterion "B."   All of these requirements must be met to arrive at a diagnosis.   As with all psychiatric diagnoses, patients must be reassessed over time, and diagnoses may or may not be present at future time points.

6.    Defendants' medical experts further situate themselves outside the mainstream of the field by rejecting well-accepted treatment protocols recognized by the major medical and mental health professional associations in the United States.   As set forth in my June 20 declaration, the World Professional Association of Transgender Health ("WPATH") publishes Standards of Care for treating Gender Dysphoria. WPATH is an internationally recognized association comprising nearly 1,000 medical, surgical, mental health, and other professionals who specialize in the treatment of transgender and gender non-conforming people.   The WPATH Standards of Care ("SOC"), which are in their seventh revision, represent the evidence-based consensus of experts in the field and have been recognized as the authoritative treatment protocols by the major medical and mental health associations in the United States, including the American Psychiatric Association, the American Medical Association, and the American Psychological Association.   The largest health care system in the United States, the Veterans Health Administration ("VHA"), treats transgender veterans largely based on the guidelines set forth in

3

the current version of the WPATH SOC, and references these standards in their national training programs.   I have been directly involved with the national VHA training program since its inception in 2012.

7.      Some of Defendants' expert witnesses characterized WPATH as an advocacy organization with a social and political agenda (Van Meter ¶ 53), as opposed to a professional medical association that uses evidence-based standards.   WPATH is a medical association in the same mold as every other medical association dedicated to the treatment of a particular condition— it creates a community of experts to share research and clinical experience; it establishes best practices for treatment based on experts in the field engaging in a robust review of the available evidence; and it supports policies that enhance the well-being of its patient population.   There is ample evidence supporting the WPATH SOC, which are in widespread use throughout the United States and other countries.   Any psychiatrist or other clinician trained in or with experience in this field would be aware of this.

## Illustrative Errors in Defendants' Experts Opinions

8.      Many of the opinions offered by Defendants' experts are unsound, reflecting a lack of experience in this field.   The following are some pertinent examples.

### The Suggestion That Transgender People are Delusional

9.      I have not heard the theory that transgender people are suffering from a delusion articulated by any credible mental health professional in over thirty years.   That theory has been soundly disproven and rejected by the medical profession.

10.      In suggesting that transgender people are suffering from a delusion, Defendants' experts use a dictionary definition of "delusion" to oversimplify a complex psychiatric issue and draw an illogical and ill-informed conclusion that has no basis in evidence.

4

11.    Contrary to Defendants' experts' opinion, the medical definition of a "delusion" is not merely "a fixed, false belief which is held despite clear evidence to the contrary."    (Josephson ¶ 42; Van Meter ¶ 50).    As the DSM-5 notes, a delusion is a fixed belief not amenable to change in light of conflicting evidence, which is associated with certain psychotic disorders and generally characterized by persecutory, religious or other grandiose themes (DSM-5, pp. 819-820). Delusional ideas or beliefs are "held despite what almost everyone else believes and despite what constitutes incontrovertible and obvious proof or evidence to the contrary" (DSM-5, p. 819). Delusions are generally treated with antipsychotic medication.

12.    By contrast, transgender people have a very clear understanding of the reality that their body does not align with their gender identity.    If you asked a transgender woman, prior to her transition, whether she has male genitals, is perceived by others who look at her body to be a man, or whether her birth certificate labels her a male, she is acutely aware of these realities.    It is precisely the accurate understanding of these realities coupled with the incongruence between experienced gender identity and objectively observable bodily realities that leads to psychological distress and the diagnosis of Gender Dysphoria.    Patients with Gender Dysphoria harbor no delusions whatsoever about "external reality" and to categorize these patients as delusional is not only inaccurate, but completely out of step with modern, mainstream, medical thinking.

*The Suggestion That the Only Appropriate Treatment for Gender Dysphoria is to Align Gender Identity with Birth Sex*

13.    The WPATH Standards of Care emphasize the importance of the social transition for transgender people with Gender Dysphoria.    Defendants' expert witnesses seem to suggest that rather than follow these professional standards, clinicians who see such patients should try to help them change their gender identity to align with their birth-assigned sex.    As I noted in my June 20 declaration, attempts to do this have been found to be ineffective and are recognized as

5

potentially harmful by professional associations.    The only treatment approaches for Gender

Dysphoria in adolescents and adults that is supported by evidence and, thus, represents the medical

consensus, is the gender-affirming protocols set forth in the WPATH Standards of Care and in the

Endocrine Society's guidelines as applied to the hormonal aspects of multimodal treatment for this

condition.    I note that two of Defendant's experts are members of the Endocrine Society (Drs.

Van Meter and Hruz), but their statements about Gender Dysphoria place them completely out of

step with their own professional Society in this regard.

       14.      Evidence cited by Defendants' expert, Dr. Mayer, supports the conclusion that

gender identity is real, fixed, and not generally malleable based on external interventions.    Dr.

Mayer cites the case of David Reimer, who was reported to have been assigned male at birth with

no sign of any intersex condition but whose penis was severely damaged in a botched

circumcision.    According to the sources cited by Dr. Mayer, David's parents, in an effort to

grapple with the consequences of the circumcision, opted for additional surgical and hormonal

interventions and raised David as a girl ("Brenda"), concealing his history.    These decisions were

made after consultation with experts at Johns Hopkins.    Notwithstanding this alteration to the

external sex characteristics and hormones, as well as consistent social inputs affirming that David

was a girl, David's gender identity remained fixed as male, and he suffered psychological distress

as a result of the divergence between his male gender identity on the one hand and his female

social identity, hormones, and external feminized sexual characteristics on the other hand.    David

lived the last 20 years of his life (from age 18-38) as a male, consistent with his gender identity.

This evidence, offered by Defendants' expert, illustrates well the stability of gender identity in the

face of overwhelming external interventions, and not the contrary.

Zzyym v. Tillerson - AR 0869

*The Erroneous Lumping Together of Pre-Pubertal Children, Adolescents, and Adults*

15.    Defendants' expert witnesses erroneously generalize about the appropriate course

of treatment for Gender Dysphoria in adults or adolescents based on data about pre-pubertal

children.   The DSM-5 recognizes separate criteria for diagnosing Gender Dysphoria in children,

on the one hand, and adults and adolescents on the other.   The WPATH Standards of Care have

distinct standards of care for pre-pubertal children (generally up to about age 10), adolescents and

adults.

16.    Defendants' experts point to the fact that some professionals do not favor social

transition in pre-pubertal children based on data showing high rates of young gender incongruent

children ceasing to experience gender incongruence by adulthood.   They erroneously suggest that

this applies to adolescents and adults as well.   It does not.   Gender Dysphoria in postpubertal

adolescents and adults is very unlikely to "disappear."   For example, in one follow-up study of

adolescents treated at a gender clinic, 100% of the 70 individuals treated ultimately underwent

hormone therapy and continued to identify with a gender different than the one assigned to them at

birth.   (de Vries, Steensma, Doreleijers, & Cohen-Kettenis, 2010).   In my personal experience, I

have had no adult or late adolescent patients with Gender Dysphoria have a resolution of these

clinical symptoms without one or more interventions.

*Misunderstanding the Evidentiary Basis for the Accepted Treatment Protocols*

17.    Defendants' expert witnesses assert that there is a lack of evidence demonstrating

the effectiveness of the accepted protocols for the treatment of Gender Dysphoria.   Dr. Hruz

argues that there is a need for clinical research trials on treatments.   (Hruz ¶ 33).   Dr. Mayer

specifically criticizes studies demonstrating positive effect, arguing that they lack a matched

7

Zzyym v. Tillerson – AR 0870

control group.   (Mayer ¶ 85).   Dr. Josephson also criticizes the absence of controlled studies on

youth and adolescents.   (Josephson ¶ 34).

     18.     But these kinds of studies are not the only type of evidence scientists and doctors

rely on.   Studies demonstrating that patients' conditions improved after treatment can be very

informative, whether or not there are matched control groups.   (Manieri, Castellano, Crespi, et al.,

2014).   Moreover, Defendants' experts ignore another critically important source of

evidence—the clinical experience of generations of doctors who have treated patients with Gender

Dysphoria.   There is abundant clinical experience going back 50 years establishing the

effectiveness of social transition, hormone therapy and surgeries as treatment for Gender

Dysphoria.

     19.     Medical professionals every day make choices about treatment protocols that are

not based on matched control group studies or randomized control trials.   For example, many

aspects of the treatment protocols for common psychiatric conditions such as bipolar disorder,

depression, and schizophrenia (the bulk of patients seen in outpatient psychiatric clinics) are not

matched with control group studies or double blind clinical trials, but rather have been accepted by

the profession as the standard of care based on clinical experience, limited published data, case

series, or other types of evidence available.   Another common example is a doctor's decision to

select one drug over another in treating a particular condition.   In many cases, the decision to

select drug A over drug B or drug C is not validated by a control group study demonstrating that

drug A produces results superior to drug B or drug C.   Instead, the doctor makes a decision among

available drugs based on clinical experience and his or her overall assessment of a patient's

situation.   That decision does not lack an evidentiary basis simply because there is not a matched

control group study to support it.

Zzyym v. Tillerson - AR 0871

20.     I personally would never hold myself up as an expert in a clinical psychological condition without having not just some clinical experience but substantial clinical experience. Clinical experience is particularly important in the specialty area of transgender health. Reviewing relevant literature is not a sufficient basis for developing expertise on these subjects. To draw valid conclusions, one must integrate knowledge of the literature with personally obtained clinical information, up-to-date presentations at conferences, consultation with colleagues who work with similar patients, interviewing family members, and other sources of important clinical information.   I am hard-pressed to see evidence of relevant clinical experience with gender dysphoric children, adolescents or adults among the Defendants' experts (or in the case of Dr. Mayer, *any* clinical experience).

*The Asserted Definition of Sex*

21.     To the extent that Defendants' experts define sex based on the ability to procreate or engage in reproduction, they are relying on outdated sources that do not reflect the current medical consensus.   As I noted in my June 20 declaration, with citations to the relevant sources reflecting the current consensus view, "biological sex" is a broad and complex concept that consists of a number of variables, including gender identity, genital anatomy (internal and externally visible), secondary sexual characteristics, brain anatomy, hormonal levels in the brain and body, and chromosomal complement.   Failure to account for these aspects of sex that extend beyond reproductive systems reflects an incomplete and ill-informed understanding of "sex." Defendants' experts limited definition of "sex" does not account for the many humans who have no ability to procreate and may not or cannot engage in reproduction.

9

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this _14th_ day of September, 2016.

By: _____

George R. Brown, MD, DFAPA

Brown Supplemental Declaration

## Bibliography

American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders
(DSM-5)* (5th ed. 2013).

American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders
(DSM-IV-TR)* (4th ed., Text Revision 2000).

de Vries, Annelou & Steensma, Thomas, et al., *Puberty Suppression in Adolescents with Gender
Identity Disorder: A Prospective Follow-up Study*, J. Sexual Med. 8(8):2276-83 (2010).

Manieri, Chiara & Castellano, Elena, et al., *Medical Treatment of Subjects with Gender Identity
Disorder: The Experience in an Italian Public Health Center*, Int'l J. Transgenderism
15:53-65 (2014).

Mayer, Lawrence & McHugh, Paul, *Sexuality and Gender: Findings from the Biological,
Psychological, and Social Sciences*, The New Atlantis: A Journal of Technology &
Society (2016).

World Professional Association for Transgender Health, *Standards of Care for the Health of
Transsexual, Transgender, and Gender-Nonconforming People*, Version 7 (2011).

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> PATRICK MCCRORY *et al.*, <br><br> Defendants | CASE NO. 1:16-CV-00236-TDS-JEP |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> *v.* <br><br> STATE OF NORTH CAROLINA *et al.*, <br><br> Defendants | CASE NO. 1:16-CV-00425-TDS-JEP |

## EXPERT DECLARATION OF Paul W Hruz, M.D., Ph.D

1.      I have been retained by counsel for Defendants as an expert in connection with the above-captioned litigation. I have actual knowledge of the matters stated in this declaration. My professional background, experience, and publications are detailed in my curriculum vitae, a true and accurate copy which is attached as Exhibit A to this declaration. I received my doctor of philosophy degree from the Medical College of Wisconsin in 1993. I received my medical degree from the Medical College of Wisconsin in 1994. I am currently the Director of the Division of Pediatric Endocrinology and Diabetes at Washington University School of Medicine.

Zzyym v. Tillerson - AR 0875

I served as the Director of the Pediatric Endocrinology Fellowship Program at Washington University from 2008-2016.

2.      I am board certified in Pediatrics and Pediatric Endocrinology. I have been licensed to practice medicine in Missouri since 2000.

3.      My professional memberships include the American Academy of Pediatrics, the Pediatric Endocrine Society, the Endocrine Society, and the American Association for Biochemistry and Molecular Biology.

4.      I have extensive experience in treating infants and children with disorders of sexual development and am an active member of the multidisciplinary Disorders of Sexual Development (DSD) program at Washington University. The DSD Team at Washington University is part of the DSD-Translational Research Network, a national multi-institutional research network that investigates the genetic causes and the psychologic consequences of DSD.

5.      In the nearly 20 years that I have been in clinical practice I have participated in the care of hundreds of children with disorders of sexual development including but not limited to congenital adrenal hyperplasia, 3β-hydroxysteroid dehydrogenase deficiency, partial and complete androgen insensitivity, 17-hydroxysteroid dehydrogenase deficiency, cloacal extrophy, aphallia, and Turner syndrome.

6.      In my role as the director of the Division of Pediatric Endocrinology at Washington University, I have extensively studied the existing literature related to the incidence, potential etiology and treatment of gender dysphoria as efforts were made to develop a Transgender clinic at Saint Louis Children's Hospital. I have also participated in local and national meetings where the endocrine care of children with gender dysphoria has been discussed and debated. Pediatric patients referred to our practice for the evaluation and treatment of gender dysphoria are cared

for by an interdisciplinary team of providers that includes a psychologist and pediatric endocrinologist who have been specifically chosen for this role based upon a special interest in this rare patient population. Due to serious concerns regarding the safety, efficacy, and ethics of the current treatment paradigm, I have not directly engaged in hormonal treatment of patients with gender dysphoria.

7.      My opinions as detailed in this declaration are based upon my knowledge and direct professional experience in the subject matters discussed.  The materials that I have relied upon are the same types of materials that other experts in my field of clinical practice rely upon when forming opinions on the subject.  A list of the sources I have relied on is attached as Exhibit B to this declaration.

8.      Over my career, I have provided expert medical record review and testified at deposition in less than a dozen cases.  I have never testified at trial and I have not been involved in any depositions in the past four years.

9.      I am being compensated at an hourly rate for actual time devoted, at the rate of $350 per hour.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.


**Basic Terminology**

10.      Biological sex is a term that specifically refers to a member of a species in relation to the member's capacity to either donate (male) or receive (female) genetic material for the purpose of reproduction.  This remains the standard definition that has been accepted and used by scientists, medical personnel, and society in general.

11.    Gender, a term that had traditionally been reserved for grammatical purposes, is currently used to describe the psychologic and cultural characteristics of a person in relation to biological sex.  Gender therefore exists in reference to societal perceptions, not biology.

12.    Gender identity refers to a person's individual perception of being male or female.

13.    Sexual orientation refers to a person's arousal and desire for sexual intimacy with members of the male or female sex.

### Human sexuality in relation to fundamental biology and observed variations

14.    Sex is genetically encoded at the moment of conception due to the presence of specific DNA sequences (i.e. genes) that direct the production of signals that influence the formation of the gonad to develop either into a testis or ovary.  This genetic information is normally present on X and Y chromosomes.  Chromosomal sex refers to the normal complement of X and Y chromosomes (i.e. normal human males have one X and one Y chromosome whereas normal human females have two X chromosomes).  Genetic signals are mediated through the activation or deactivation of other genes and through programmed signaling of hormones and cellular transcription factors.  The default pattern of development in the absence of external signaling is female.  The development of the male appearance (phenotype) depends upon active signaling processes.

15.    For members of the human species, sex is normatively aligned in a binary fashion (i.e., either male or female) in relation to biologic purpose.  Medical designation of an individual as male or female is typically made at birth according to external phenotypic expression of primary sexual traits (i.e., presence of a penis for males and presence of labia and vagina for females).