# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02362-RBJ

DANA ALIX ZZYYM,

    Plaintiff,

v.

MICHAEL R. POMPEO, in his official capacity as the Secretary of State; and SHERMAN PORTELL, in his official capacity as the Director of the Colorado Passport Agency for the United States Department of State,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 88] of Judge R. Brooke Jackson entered on September 19, 2018, it is

ORDERED that the administrative record does not show that the decision making process that resulted in the policy in question was rational.  It is

FURTHER ORDERED that the withholding of Dana Zzyym's passport is in excess of statutory authority.  It is

FURTHER ORDERED that the defendants are enjoined from relying upon its binary-only gender marker policy to withhold the requested passport from Dana Zzyym.

Dated at Denver, Colorado this 19th day of September, 2018.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk