# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

July 06, 2020

Jane K. Castro
Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **18-1453, Zzyym v. Pompeo, et al**
Dist/Ag docket: 1:15-cv-02362-RBJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's May 12, 2020 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:  Toby Phoebe E. Adams
 Gabriel Arkles
 Benjamin D. Battles
 Paul David Castillo
 Puneet Cheema
 Emily Elizabeth Chow
 Rory Collins
 Jennifer B. Dickey
 Robert H. Dodd
 Thomas J. Donovan Jr.
 Robert Ferguson
 Aaron M. Frey
 Marcy Geoffrey Glenn
 Jonah Knobler
 Brinton Lucas
 Gabriel Martinez
 Kristen Kay Mitchell
 Glenn Moramarco
 Sara R. Neel
 Eric Olson
 Stacey Person
 Ann E. Prouty
 Jonathan Schildt
 Mark Silverstein
 Benjamin Nichols Simler
 Matthew Charles Skurnik
 Heidi Parry Stern
 Mark B. Stern
 Benjamin Thomas Takemoto
 Camilla Taylor
 Lewis Yelin

CMW/lab