IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02362-RBJ

DANA ALIX ZZYYM,

    Plaintiff,

v.

MICHAEL R. POMPEO, in his official capacity as Secretary of State; and
RACHEL B. CRAWFORD,[1] in her official capacity as the Director of the Colorado Passport Agency for the United States Department of State,

    Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's July 6, 2020 Minute Order [ECF No. 113], the parties, through undersigned counsel, hereby submit this Joint Status Report, and state as follows: On May 12, 2020, the United States Court of Appeals for the Tenth Circuit remanded the case to this Court for further proceedings in accordance with its opinion. Following the mandate by the Tenth Circuit, this Court vacated the State Department's denial of Plaintiff's passport application and "direct[ed] counsel to confer in person or by telephone concerning how they wish to proceed and then notify the Court either jointly or separately, as appropriate, of their positions." [ECF No. 113]. Counsel for the parties have conferred by telephone, and the parties jointly recommend the following:

---

[1] Rachel B. Crawford has succeeded Steven J. Mullen as the Director of the Colorado Passport Agency for the United State Department of State and is automatically substituted as defendant under Federal Rule of Civil Procedure 25(d).

1. Within sixty (60) days of this Court's Order remanding the matter to the State Department for reconsideration of Plaintiff's passport application, the Plaintiff shall provide the following supplemental information or evidence ("Supplemental Materials") to the Colorado Passport Agency: a current passport photograph, a photocopy (front and back) of Plaintiff's current state identification card or driver's license, and any update to the information on the two-page DS-11 that was executed on September 2, 2014.

2. The State Department shall reconsider Plaintiff's passport application within ninety (90) days of the receipt of Plaintiff's Supplemental Materials.

3. The parties shall submit a status report to this Court within thirty (30) days of the State Department's decision on reconsideration of Plaintiff's passport application.

Dated: August 6, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

/s/ *Paul D. Castillo*
Paul D. Castillo
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3500 Oak Lawn Ave., Suite 500
Dallas, TX 75219-6722
Phone: (214) 302-2216
Fax: (214) 219-4455
pcastillo@lambdalegal.org

Emily E. Chow
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
emily.chow@faegredrinker.com

*Attorneys for Plaintiff Dana Alix Zzyym*