IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DANA ALIX ZZYYM,

    Plaintiff,

v.

ANTONY J. BLINKEN, *in his official capacity as Secretary of State*, and
RACHEL B. CRAWFORD, *in her official capacity as Director of the Colorado Passport Agency of the U.S. Department of State*,

    Defendants.

Civil Action No. 15-2362-RBJ

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RECONSIDER PLAINTIFF'S PASSPORT APPLICATION

The parties respectfully request an extension of time for the Department of State to reconsider Plaintiff Dana Alix Zzyym's passport application. The parties have previously requested two extensions: the first to allow the Department more time to review Plaintiff's supplementary materials to their passport application, ECF No. 116, and the second to allow settlement discussions to begin, ECF No. 118. The Court granted both extension requests. ECF Nos. 117 & 119.

The parties now submit this third request to allow those discussions to continue. Since the last extension was granted, Plaintiff has submitted a settlement proposal to Defendants, and Defendants have responded. Plaintiff also asked several questions, which Defendants are currently reviewing. In order not to cut these discussions short, the parties accordingly request that the reconsideration deadline be extended from June 3, 2021 until July 16, 2021.

Dated: May 28, 2021                             Respectfully submitted,

                                                                 BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Branch Director
Civil Division, Federal Programs Branch

*Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*