IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DANA ALIX ZZYYM,

    Plaintiff,

v.

ANTONY J. BLINKEN, *in his official capacity as Secretary of State*, and
RACHEL B. CRAWFORD, *in her official capacity as Director of the Colorado Passport Agency of the U.S. Department of State*,

    Defendants.

Civil Action No. 15-2362-RBJ

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RECONSIDER PLAINTIFF'S PASSPORT APPLICATION**

The parties respectfully request an extension of time for the Department of State to reconsider Plaintiff Dana Alix Zzyym's passport application. The parties have previously requested three extensions: the first to allow the Department more time to review Plaintiff's supplementary materials to their passport application, ECF No. 116, the second to allow settlement discussions to begin, ECF No. 118, and the third to continue settlement discussions, ECF No. 120. The Court granted those extension requests. ECF Nos. 117, 119, 121.

The parties now submit this fourth request to continue settlement discussions. The grounds for this further requested extension are as follows.

On June 30, 2021, the Department of State announced that it "has begun moving towards adding a gender marker for non-binary, intersex, and gender non-conforming persons applying for a passport" and is "evaluating the best approach to achieve this goal." Press Statement, Ex. 1; *see also* Selecting Your Gender Marker, Ex. 2. Plaintiff has asked additional questions concerning, among other things, the new policy developments, and the Department is in the process of

addressing those questions. The parties are also discussing resolution of the case in light of the new policy developments.

In order to allow these discussions to proceed in light of the Department's policy announcement, the parties request that the reconsideration deadline be extended from July 16, 2021 until September 1, 2021.

Dated: July 16, 2021                                Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Acting Assistant Attorney General
                                                    Civil Division

                                                    ANTHONY J. COPPOLINO
                                                    Deputy Branch Director
                                                    Civil Division, Federal Programs Branch

                                                    *Benjamin T. Takemoto*
                                                    BENJAMIN T. TAKEMOTO
                                                    (DC Bar # 1045253)
                                                    Trial Attorney
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    P.O. Box No. 883, Ben Franklin Station
                                                    Washington, DC 20044
                                                    Phone: (202) 532-4252
                                                    Fax: (202) 616-8460
                                                    E-mail: benjamin.takemoto@usdoj.gov

                                                    *Attorneys for Defendants*