IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-2362-RBJ

DANA ALIX ZZYYM,

    Plaintiff(s),

v.

ANTONY J. BLINKEN, *in his official capacity as Secretary of State*,[1] and RACHEL B. CRAWFORD, *in her official capacity as Director of the Colorado Passport Agency of the U.S. Department of State*,,

    Defendant(s).

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

Please take notice that Vinita B. Andrapalliyal, Trial Attorney at the U.S. Department of Justice, hereby enters her appearance on behalf of Defendants in this case.


    DATED at Washington, DC this 2nd day of November, 2021

                                 BRIAN M. BOYNTON
                                 Acting Assistant Attorney General
                                 Civil Division

                                 ANTHONY J. COPPOLINO
                                 Deputy Branch Director
                                 Civil Division, Federal Programs Branch

                                 /s/ *Vinita B. Andrapalliyal*
                                 VINITA B. ANDRAPALLIYAL
                                 Trial Attorney
                                 United States Department of Justice
                                 Civil Division, Federal Programs Branch
                                 P.O. Box No. 883, Ben Franklin Station

Washington, DC 20044  
Phone: (202) 305-0845  
Fax: (202) 616-8460  
E-mail: benjamin.takemoto@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals who have entered their appearance on the docket:

Elizabeth Prouty
Faegre Drinker Biddle & Reath LLP-Denver
1144 Fifteenth Street
Suite 3400
Denver, CO 80202
303-607-3746
Fax: 303-607-3600
Email: ann.prouty@faegredrinker.com

Camilla Bronwen Taylor
Lambda Legal Defense & Education Fund-Chicago
105 West Adams
Suite 2600
Chicago, IL 60603
312-663-4413
Fax: 312-663-4307
Email: ctaylor@lambdalegal.org

Emily Elizabeth Chow
Faegre Drinker Biddle & Reath LLP-Minneapolis
90 South 7th Street
Wells Fargo Center
Suite 2200
Minneapolis, MN 55402-3901
612-766-8012
Fax: 612-766-1600
Email: emily.chow@faegredrinker.com

Jessica Marie Kunevicius
Jessica Kunevicius LLC, The Law Office of
695 South Colorado Boulevard
Suite 480
Denver, CO 80246
303-459-2806
Fax: 303-722-7281
Email: jkunevicius@gmail.com

Kristin Ann Petri
Jessica Kunevicius LLC, The Law Office of

695 South Colorado Boulevard
Suite 480
Denver, CO 80246
303-459-2806
Fax: 303-722-2812
Email: petrikristin@gmail.com

Paul David Castillo
Lambda Legal Defense & Education Fund-Dallas
3500 Oak Lawn Avenue
Suite 500
Dallas, TX 75219
214-219-8585
Fax: 214-219-4455
Email: pcastillo@lambdalegal.org

       *s/    Vinita B. Andrapalliyal*
           Trial Attorney
           U.S. Department of Justice