IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02362-RBJ

DANA ALIX ZZYYM,

    Plaintiff,

v.

ANTONY J. BLINKEN, in his official capacity as Secretary of State;[1] and,
RACHEL B. CRAWFORD, in her official capacity as Director of the Colorado Passport Agency of the U.S. Department of State,[2]

    Defendants.

---

### STIPULATION OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)

---

All parties stipulate to a dismissal of this action under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, conditioned upon the Court entering an Order retaining jurisdiction over Plaintiff's claims for attorney fees and costs related to the above-captioned case.

RESPECTFULLY SUBMITTED this 2nd day of November, 2021.

---

[1] Antony J. Blinken became Secretary of State on January 26, 2021 and is automatically substituted as defendant for John F. Kerry under Federal Rule of Civil Procedure 25(d).

[2] Rachel B. Crawford became Director of the Colorado Passport Agency in September 2019 and is automatically substituted as defendant for Sherman D. Portell under Federal Rule of Civil Procedure 25(d).

| | |
|---|---|
| s/ Paul D. Castillo<br>Paul D. Castillo<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>3500 Oak Lawn Ave., Suite 500<br>Dallas, TX 75219-6722<br>Phone: (214) 302-2216<br>Fax: (214) 481-9140<br>pcastillo@lambdalegal.org | Emily E. Chow<br>Rory F. Collins<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Phone: (612) 766-7000<br>Fax: (612) 766-1600<br>emily.chow@faegredrinker.com<br>rory.collins@faegredrinker.com |
| Camilla B. Taylor<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>105 West Adams, 26th Floor<br>Chicago, IL 60603-6208<br>Phone: (312) 552-4413<br>ctaylor@lambdalegal.org | Ann E. Prouty<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1144 15th Street, Suite 3400<br>Denver, CO 80202<br>Phone: (303) 607-3746<br>Fax: (303) 607-3600<br>ann.prouty@faegredrinker.com |

Attorneys for Plaintiff Dana Alix Zzyym

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Branch Director
Civil Division, Federal Programs Branch

/s/ *Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
BENJAMIN T. TAKEMOTO
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0845
Fax: (202) 616-8460
E-mail: vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants